# United States Bankruptcy Court
## District of Nevada

In re  **RED ROSE, INC.**                                             Case No. _____
                                   Debtor(s)                          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RED ROSE, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Petersen-Dean, Inc.**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 11, 2020** | **/s/ Brett A. Axelrod** |
| Date | **Brett A. Axelrod 5859** |
| | Signature of Attorney or Litigant |
| | Counsel for **RED ROSE, INC.** |
| | **Fox Rothschild LLP** |
| | **1980 Festival Plaza Drive, Suite 700** |
| | **Las Vegas, NV 89135** |
| | **(702) 262-6899 Fax:(702) 597-5503** |
| | **baxelrod@foxrothschild.com** |