BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for the Debtor*

> Electronically Filed July 17, 2020

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-20-12814-mkn |
| RED ROSE, INC., | Jointly Administered with<br>Case No. BK-S-20-12815-mkn |
| ☐ Affects Beachhead Roofing and Supply, Inc. | Case No. BK-S-20-12816-mkn |
| ☐ Affects California Equipment Leasing Association, Inc. | Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn |
| ☐ Affects Fences 4 America, Inc. | Case No. BK-S-20-12820-mkn |
| ☐ Affects James Petersen Industries, Inc. | Case No. BK-S-20-12821-mkn |
| ☐ Affects PD Solar, Inc. | Case No. BK-S-20-12822-mkn |
| ☐ Affects Petersen Roofing and Solar LLC | Case No. BK-S-20-12823-mkn |
| ☐ Affects Petersen-Dean, Inc. | Case No. BK-S-20-12824-mkn |
| ☒ Affects PetersenDean Hawaii LLC | Case No. BK-S-20-12825-mkn |
| ☐ Affects PetersenDean Roofing and Solar Systems, Inc. | Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn |
| ☐ Affects PetersenDean Texas, Inc. | Case No. BK-S-20-12829-mkn |
| ☐ Affects Red Rose, Inc. | Case No. BK-S-20-12831-mkn |
| ☐ Affects Roofs 4 America, Inc. | Case No. BK-S-20-12833-mkn |
| ☐ Affects Solar 4 America, Inc. | |
| ☐ Affects Sonoma Roofing Services, Inc. | Chapter 11 |
| ☐ Affects TD Venture Fund, LLC | |
| ☐ Affects Tri-Valley Supply, Inc. | **AMENDED SCHEDULES OF** |
| ☐ Affects All Debtors | **ASSETS AND LIABILITIES** |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY
AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS**

Petersen-Dean, Inc., Beachhead Roofing & Supply, Inc., California Equipment Leasing Association, Inc., Fences 4 America, Inc., James Petersen Industries, Inc., PD Solar, Inc., Petersen Roofing and Solar LLC, PetersenDean Hawaii LLC, PetersenDean Roofing and Solar Systems, Inc., PetersenDean Texas, Inc., Red Rose, Inc., Roofs 4 America, Inc., Solar 4 America, Inc., Sonoma Roofing Services, Inc., TD Venture Fund, LLC, and Tri-Valley Supply, Inc., debtors and debtors in possession (collectively, the "Debtors") in the above captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their proposed undersigned counsel, Fox Rothschild LLP ("Counsel"), are filing their respective *Schedules of Assets and Liabilities* (collectively, the "Schedules") and *Statements of Financial Affairs* (collectively, the "Statements," and together with the Schedules, collectively, the "*Schedules and Statements*")[1] in the United States Bankruptcy Court for the District of Nevada (the "Court"). The Debtors, which were assisted by their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

---

[1] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Schedules and Statements, as appropriate.

The Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement their Schedules and Statements.

**Reservation of Rights.** Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Cases and "As of" Information Date.** On June 11, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 23, 2020, the Court entered an order [ECF No. 94] jointly administering the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). All financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date unless otherwise indicated herein or in the Schedules and Statements.

2

**Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.  Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP.  Unlike any consolidated financial statements, the Schedules and Statements, except where otherwise indicated herein or in the Schedules and Statements, reflect the assets and liabilities of each Debtor on a non-consolidated basis, where possible.

**Recharacterization.**  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Consolidated Entity Accounts Payable and Disbursement Systems.**  The Debtors maintain a centralized cash management system (the "Cash Management System").  The Debtors maintain the Cash Management System to collect, concentrate, and disburse funds generated from their operations.  A more complete description of the Debtors' Cash Management System is set forth in the *Emergency Motion For Order Pursuant to 11 U.S.C. §§363, 1107 and 1108 (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief* (the "Cash Management Motion") filed on June 16, 2020 (ECF No. 36].

3

**Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) current or former directors, officers or persons in control of a Debtor, (b) relatives of current or former directors, officers, or persons in control of a Debtor, (c) a partnership in which a Debtor is a general partner or (d) an affiliate of a Debtor.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 3(c).  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies.**  The following is a summary of certain significant reporting policies:

a.    **Current Market Value — Net Book Value.**  In many instances, current market valuations are neither maintained by, nor readily available to, the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the

4

Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value.

b.      **First Day Orders.  Pursuant** to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "<u>First Day Order</u>," and collectively, the "<u>First Day Orders</u>"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits.  Except to the extent that these parties have claims in excess of the authority granted to the Debtors under the First Day Orders, in certain instances, the Debtors may have not included certain claims of this nature in the Schedules and Statements.

c.      **Setoffs.  To** the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Debtors' Schedules and Statements.  The Debtors and their estates reserve all of their rights with respect to any such setoffs.

d.      **Credits and Adjustments.**  Claims of creditors are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs and recoupments with respect to the same.

e.      **Accounts Receivable.**  The accounts receivable information listed on Schedule B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts.

5

f.    **Leases.**  In the ordinary course of business, the Debtors may lease certain real property, fixtures and equipment from certain third-party lessors for use in the daily operation of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

g.    **Entity Classification Issues.**  The Debtors have endeavored in good faith to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases.  While the Schedules reflect the results of this effort, several factors may impact the ability of the Debtors to precisely assign assets, liabilities, and executory contacts and unexpired leases to particular Debtor entities, including, but not limited to: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contacts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their business; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

h.    **Executory Contracts and Unexpired Leases.**  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors'

6

executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve any and all rights with respect to the assertion of any such claims.

       i.      **Intercompany Claims.** For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule B or liabilities on Schedule F as appropriate (collectively, the "Intercompany Claims"). While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.

      j.      **Unknown or Undetermined Amounts.** Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

      k.      **Liabilities.** At the time of the filing of the Schedules and Statements, the Debtors are continuing to reconcile certain accounts payable liabilities. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of the filing of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the

prepetition and postpetition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors and their estates reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, or characterization of the structure of any transaction, document or instrument related to any such claim.

l.      **Estimates.**  To timely close the books and records of the Debtors and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

m.      **Classifications.**  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority," or (c) on Schedule F as "unsecured non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to recharacterize or reclassify any claim or contract.

n.      **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor and its estate that such amount is not "disputed," "contingent" or "unliquidated." The Debtors and their estates reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their Schedules on any grounds, including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed,"

8

"contingent" or "unliquidated." Listing a claim on the Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Schedules.

      o.    **Guaranties and Other Secondary Liability Claims.**  Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and similar agreements may exist. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

### NOTES FOR SCHEDULES

**Schedule B — Personal Property.**  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in their respective Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers. The Debtors and their estates reserve all of their rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair or otherwise affect the assertion of such claims and causes of action.

Patents, trademarks, and other intellectual property is listed on Schedule B22 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

9

Since the deposit provided for under that *Order Pursuant to 11 U.S.C. § 366 Re: Adequate Assurance of Payment for Postpetition Utility Services* [ECF No. 54] did not exist as of the Petition Date, the Debtors have not accounted for it on Schedule B.

**Schedule D — Creditors Holding Secured Claims.** Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits. By listing a party on Schedule D based on a UCC-1 filing, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes. Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

Active\112145750.v1-7/9/20

**Schedule E — Creditors Holding Unsecured Priority Claims.**  The Debtors have not listed on Schedule E any tax and priority employee wage and benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order.  The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F — Creditors Holding Unsecured Non-Priority Claims.**  Certain creditors listed on Schedule F may owe amounts to the Debtors; as such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule F.  Also, the amounts listed on Schedule F reflect known prepetition claims as of Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.  As noted above, certain claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, and the Debtors and their estates reserve all rights with respect to any such claims.  Schedule F contains certain information regarding pending litigation involving the Debtors.  The amounts for these potential claims are listed as unknown or undetermined, contingent, unliquidated and disputed in the Schedules.

The Debtors have used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtors believe that there are instances in which vendors have yet to provide

11

proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Schedule F.  The Debtors may not have listed on Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims, claims related to vendors, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order.  The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule F are entitled to priority claims.

**Schedule G — Executory Contracts and Unexpired Leases.**  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.  In the ordinary course of business, the Debtors enter into various agreements with their customers and vendors.  The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, were unable to

12

list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

## NOTES FOR STATEMENTS

**Statement 3b.**  Statement 3b includes any disbursement or other transfer made by that particular Debtor, except for those made to insiders, employees, and bankruptcy professionals. The amounts listed in Statement 3b reflect that Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3b.  All disbursements listed on Statement 3b were made by that particular Debtor.

**Statement 3(c) and 23.**  As previously set forth herein and in more detail in the Cash Management Motion, the Debtors maintain a centralized cash management system.  As a result, during the year preceding the Petition Date, certain payments may have been made to insiders of

13

each of the Debtors by one or more of the other Debtors, and some of these payments may have been for the benefit of another Debtor. These payments are listed on Statement 3(c) and 23 for the Debtor making the payment, even if the payment was made to or for the benefit of an insider of another Debtor.

**Statement 4(a).** The Debtors and their estates reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings. The Debtors may not have included on Statement 4(a) certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement 9.** Debtor PDI made payments on behalf of all of the Debtors to various professionals for restructuring services. The payments listed in Statement 9 are generally only for restructuring-related services. The Debtors may have made other payments to the listed professionals for non-bankruptcy related services, but these payments are not listed in Statement 9.

14

| Fill in this information to identify the case: |
|---|

Debtor    PetersenDean Hawaii LLC

United States Bankruptcy Court for the:    Nevada

Case number    20-12823-mkn
(if known)

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $4,008,210.02 |
|---|

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $4,008,210.02 |
|---|

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $28,447,370.00 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $21,150.13 |
|---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| + | $2,473,641.49 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Lines 2 + 3a + 3b

| $30,942,161.62 |
|---|

---

| Fill in this information to identify the case: |
|---|
| Debtor    PetersenDean Hawaii LLC |
| United States Bankruptcy Court for the:   Nevada |
| Case number   20-12823-mkn <br> (if known) |

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     04/19

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

    NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CALIFORNIA BANK AND TRUST | GENERAL CHECKING ACCOUNT - SWEEP | 1975 | $0.00 |
| 3.2. | CALIFORNIA BANK AND TRUST | PAYROLL CHECKING ACCOUNT - SWEEP | 1967 | $0.00 |
| 3.3. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH - KAUAI | 4968 | $20.00 |
| 3.4. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH - MAUI | 4925 | $3,224.81 |
| 3.5. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH - OAHU | 4941 | $2,172.24 |
| 3.6. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH -PAYROLL (INACTIVE) | 4933 | $20.00 |
| 3.7. | FIRST HAWAIIAN BANK | GENERAL CHECKING ACCOUNT | 4917 | $28,559.19 |
| 3.8. | FIRST REPUBLIC BANK | GENERAL CHECKING ACCOUNT - SWEEP | 6785 | $0.00 |
| 3.9. | FIRST REPUBLIC BANK | PAYROLL CHECKING ACCOUNT | 5762 | $0.00 |
| 3.10. | FIRST REPUBLIC BANK | PAYROLL CHECKING ACCOUNT - SWEEP | 5968 | $0.00 |
| 3.11. | FIRST REPUBLIC BANK | PETERSENDEAN HAWAII LLC (P 9735) | 9735 | $806,393.68 |
| 3.12. | WELLS FARGO BANK, N.A. | COMMERCIAL DEMAND DEPOSIT ACCOUNT | 368 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

    NONE

Debtor    Petersen Dean Hawaii LLC                    Case number (if known) 20-12814-mkn
          (Name)

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE<br>TOTAL TO LINE 80. | $840,389.92 |
|---|---|---|

## Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | UTILITY DEPOSIT - ELECTRICITY - HAWAIIAN ELECTRIC COMPANY | $0.00 |
| 7.2. | UTILITY DEPOSIT - ELECTRICITY - KAUA'I ISLAND UTILITY COOPERA+ | $0.00 |
| 7.3. | UTILITY DEPOSIT - ELECTRICITY - MAUI ELECTRIC CO. LTD. | $0.00 |
| 7.4. | UTILITY DEPOSIT - ISP - SPECTRUM BUSINESS | $0.00 |
| 7.5. | UTILITY DEPOSIT - RENT UTILITIES - 220 LALO PLACE LLC | $0.00 |
| 7.6. | UTILITY DEPOSIT - RENT UTILITIES - LIPT EAST KAAHUMANU AVE. LLC | $0.00 |
| 7.7. | UTILITY DEPOSIT - VOICE AND ISP - HAWAIIAN TELCOM | $0.00 |
| 7.8. | UTILITY DEPOSIT - WATER - BOARD OF WATER SUPPLY | $0.00 |
| 7.9. | UTILITY DEPOSIT - WATER - DEPARTMENT OF WATER SUPPLY | $0.00 |

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**NONE**

| 9 | Total of Part 2.<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $0.00 |
|---|---|---|

## Part 3:    ACCOUNTS RECEIVABLE

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.    ACCOUNTS RECEIVABLE**

ACCOUNTS RECEIVABLE    $3,167,820.1  -  $0.00  = ➔    $3,167,820.10
                        face amount    doubtful or uncollectable accounts

| 12 | Total of Part 3.<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $3,167,820.10 |
|---|---|---|

## Part 4:    INVESTMENTS

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12823-gln |
|---|---|---|---|
| | (Name) | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

NOT APPLICABLE

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. RAW MATERIALS**

**20. WORK IN PROGRESS**

**21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

**22. OTHER INVENTORY OR SUPPLIES**

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

NOT APPLICABLE

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value    $139,989.44    Valuation method  Net Book Value    Current value    $139,989.44

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. CROPS—EITHER PLANTED OR HARVESTED**

**29. FARM ANIMALS** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES)

**31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

Debtor    Petersen Dean Hawaii LLC
         (Name)
Case number (if known) 20-12814-mkn

**33    Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

| | NOT APPLICABLE |

**34.    Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |

**38.    DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    OFFICE FURNITURE** | | | |
| 39.1.    KONICA MINOLTA BUSINESS SOLUTIONS | UNKNOWN | | UNKNOWN |
| **40.    OFFICE FIXTURES** | | | |
| NONE | | | |
| **41.    OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| NONE | | | |
| **42.    COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

**43    Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

| | UNKNOWN |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |

**46.    DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |

Debtor   Petersen-Dean, Hawaii, LLC

    (Name)

Case number (if known) 20-12814-mkn

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.  2000 CHEVY LICENSE PLATE # 544 TTW | UNKNOWN | | UNKNOWN |
| 47.2.  2003 TOYOTA LICENSE PLATE # 267 TTV | UNKNOWN | | UNKNOWN |
| 47.3.  2004 FORD F-250 BIG RED VIN# 1FTNX20L34EB86679 | UNKNOWN | | UNKNOWN |
| 47.4.  2004 FORD RANGER VIN# 1FTYR10D84PB27609 | UNKNOWN | | UNKNOWN |
| 47.5.  2005 CHEVY 1500 VIN# 1GCEC14V05Z290770 | UNKNOWN | | UNKNOWN |
| 47.6.  2005 CHEVY LICENSE PLATE # 299 TTV | UNKNOWN | | UNKNOWN |
| 47.7.  2005 CHEVY LICENSE PLATE # 722 MDG | UNKNOWN | | UNKNOWN |
| 47.8.  2005 FORD LICENSE PLATE # 474 MDA | UNKNOWN | | UNKNOWN |
| 47.9.  2005 NISSAN LICENSE PLATE # 170 MDH | UNKNOWN | | UNKNOWN |
| 47.10.  2006 CHEVY EXPRESS VIN# 1GCHG39U761217635 | UNKNOWN | | UNKNOWN |
| 47.11.  2006 FORD LICENSE PLATE # 305 MDD | UNKNOWN | | UNKNOWN |
| 47.12.  2007 DODGE RAM W/ LIFTGATE VIN# 3D7KR26D57G773241 | UNKNOWN | | UNKNOWN |
| 47.13.  2007 FORD CLF FLAT BED VIN# 3FRLL45Z87V500530 | UNKNOWN | | UNKNOWN |
| 47.14.  2007 FORD E-250 VIN# 1FTNE24L37DB01463 | UNKNOWN | | UNKNOWN |
| 47.15.  2007 FORD F-150 VIN# 1FTRF12277NA15120 | UNKNOWN | | UNKNOWN |
| 47.16.  2008 CHEVY LICENSE PLATE # 874 MDF | UNKNOWN | | UNKNOWN |
| 47.17.  2008 DODGE LICENSE PLATE # 581 TVW | UNKNOWN | | UNKNOWN |
| 47.18.  2008 DODGE LICENSE PLATE # 616 TVW | UNKNOWN | | UNKNOWN |
| 47.19.  2008 DODGE RAM VIN# 1D7HA16N88J185354 | UNKNOWN | | UNKNOWN |
| 47.20.  2008 DODGE RAM VIN# 1D7HA16NX8J185355 | UNKNOWN | | UNKNOWN |
| 47.21.  2008 DODGE SXT VIN# 1D7HE32K88S528203 | UNKNOWN | | UNKNOWN |
| 47.22.  2008 FORD F-150 VIN# 1FTVX14598KD81814 | UNKNOWN | | UNKNOWN |
| 47.23.  2008 FORD RANGER VIN# 1FTYR10U08PA56847 | UNKNOWN | | UNKNOWN |
| 47.24.  2009 CHEVY EXPRESS VIN# 1GCGG25C091125886 | UNKNOWN | | UNKNOWN |
| 47.25.  2009 CHEVY EXPRESS VIN# 1GCGG25C191128960 | UNKNOWN | | UNKNOWN |
| 47.26.  2009 CHEVY LICENSE PLATE # 127 TTV | UNKNOWN | | UNKNOWN |
| 47.27.  2009 DODGE LICENSE PLATE # 311 TTC | UNKNOWN | | UNKNOWN |
| 47.28.  2009 FORD E-250 VIN# 1FTNE24L89DA76062 | UNKNOWN | | UNKNOWN |
| 47.29.  2009 FORD LICENSE PLATE # 615 TVW | UNKNOWN | | UNKNOWN |
| 47.30.  2009 FORD LICENSE PLATE # 977 TTA | UNKNOWN | | UNKNOWN |
| 47.31.  2009 GMC 1500 VIN# 1GTEC14C49Z900514 | UNKNOWN | | UNKNOWN |
| 47.32.  2010 DODGE RAM VIN# 3D7JB1EP6AG133116 | UNKNOWN | | UNKNOWN |
| 47.33.  2010 FORD E-250 VIN# 1FTNE2EW0ADA28388 | UNKNOWN | | UNKNOWN |
| 47.34.  2010 FORD LICENSE PLATE # 426 TTF | UNKNOWN | | UNKNOWN |
| 47.35.  2011 FORD F-150 VIN# 1FTNF1CF1BKD23958 | UNKNOWN | | UNKNOWN |
| 47.36.  2011 FORD F-150 VIN# 1FTNF1CF1BKD32501 | UNKNOWN | | UNKNOWN |
| 47.37.  2011 FORD F-150 VIN# 1FTNF1CF3BKD23959 | UNKNOWN | | UNKNOWN |
| 47.38.  2011 FORD F-150 VIN# 1FTNF1CF4BKD28569 | UNKNOWN | | UNKNOWN |
| 47.39.  2011 FORD LICENSE PLATE # 511 TTP | UNKNOWN | | UNKNOWN |
| 47.40.  2011 FORD LICENSE PLATE # 519 TTP | UNKNOWN | | UNKNOWN |
| 47.41.  2011 FORD LICENSE PLATE # 522 MDD | UNKNOWN | | UNKNOWN |
| 47.42.  2011 FORD LICENSE PLATE # 577 TTP | UNKNOWN | | UNKNOWN |
| 47.43.  2011 FORD LICENSE PLATE # 579 TTP | UNKNOWN | | UNKNOWN |
| 47.44.  2011 FORD LICENSE PLATE # 759 MDL | UNKNOWN | | UNKNOWN |
| 47.45.  2012 FORD E-250 VIN# 1FTNE2EW7CDA27709 | UNKNOWN | | UNKNOWN |
| 47.46.  2012 FORD F-150 VIN# 1FTNF1CF1CKD33746 | UNKNOWN | | UNKNOWN |
| 47.47.  2012 FORD F-150 VIN# 1FTNF1CFXCKD33745 | UNKNOWN | | UNKNOWN |
| 47.48.  2012 FORD F-350 VIN# 1FSTW30RX8EB55337 | UNKNOWN | | UNKNOWN |
| 47.49.  2012 FORD LICENSE PLATE # 043 TTV | UNKNOWN | | UNKNOWN |
| 47.50.  2012 FORD LICENSE PLATE # 130 TTV | UNKNOWN | | UNKNOWN |
| 47.51.  2012 FORD LICENSE PLATE # 131 TTV | UNKNOWN | | UNKNOWN |
| 47.52.  2012 FORD LICENSE PLATE # 188 TTV | UNKNOWN | | UNKNOWN |
| 47.53.  2012 FORD LICENSE PLATE # 291 TTX | UNKNOWN | | UNKNOWN |
| 47.54.  2012 FORD LICENSE PLATE # 389 TTD | UNKNOWN | | UNKNOWN |
| 47.55.  2012 NISSAN LICENSE PLATE # 259 TTY | UNKNOWN | | UNKNOWN |
| 47.56.  2013 FORD E-250 VIN# 1FTNE2EW1DDB13003 | UNKNOWN | | UNKNOWN |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

| | | | |
|---|---|---|---|
| 47.57.   2013 FORD F-150 VIN# 1FTFW1ET0DFA38980 | UNKNOWN | | UNKNOWN |
| 47.58.   2013 FORD F-150 VIN# 1FTNF1CF3DKD97479 | UNKNOWN | | UNKNOWN |
| 47.59.   2013 FORD F-450 DUMP TRUCK VIN# 1FD0W4HT8DEA81340 | UNKNOWN | | UNKNOWN |
| 47.60.   2017 FORD F-150 ADMIN VIN# 1FTEW1CG1HKD73566 | UNKNOWN | | UNKNOWN |
| 47.61.   2019 FORD F-650   VIN# 1FDNF6DE0KDF12605 | UNKNOWN | | UNKNOWN |
| 47.62.   2019 NISSAN LICENSE PLATE # 113 TWZ | UNKNOWN | | UNKNOWN |
| 47.63.   2019 NISSAN VAN L   VIN# 1N6BF0KM0KN800825 | UNKNOWN | | UNKNOWN |
| 47.64.   PURCHASE OF ASSET #5345 2007 FORD F | UNKNOWN | | UNKNOWN |

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**NONE**

**49. AIRCRAFT AND ACCESSORIES**

**NONE**

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

**NONE**

| | |
|---|---|
| **51 Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | UNKNOWN |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   220 LALO ST, UNIT #1, KAHULUI, HI 96732 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |
| 55.2.   70 E KAAHUMANU AVE, UNIT C-3, KAHULUI, HI 96732 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |
| 55.3.   99-1265 HALAWA VALLEY ST, AIEA, HI 96701 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |

| | |
|---|---|
| **56 Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNKNOWN |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

Debtor    Petersen Hawaii, LLC                          Case number (if known)    20-12623-mkn
         (Name)

---

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| NONE | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   WWW.EDISONBATTERIES.CO | UNKNOWN | | UNKNOWN |
| 61.2.   WWW.EDISONBATTERY.CO | UNKNOWN | | UNKNOWN |
| 61.3.   WWW.HALEAKALASOLAR.COM | UNKNOWN | | UNKNOWN |
| 61.4.   WWW.HALEAKALASOLAR.NET | UNKNOWN | | UNKNOWN |
| 61.5.   WWW.HALEAKALASOLAR.ORG | UNKNOWN | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| NONE | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| NONE | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| NONE | | | |
| **65. GOODWILL** | | | |
| NONE | | | |

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.                                    | UNKNOWN |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

---

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| 74. | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 75. | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| 76. | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| 77. | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 78 | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | NOT APPLICABLE |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>☒ No<br>☐ Yes | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $840,389.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,167,820.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNKNOWN | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNKNOWN | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNKNOWN |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . .91a. | $4,008,210.02 | + 91b  UNKNOWN |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $4,008,210.02 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    04/19

Be as complete and accurate as possible.

1.  1. **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Creditors with Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.1 | **Creditor's name**<br>ACF FINCO I LP<br><br>**Creditor's mailing address**<br>560 WHITE PLAINS RD<br>TARRYTOWN, NY  10591<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/24/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>LIEN ON ALL ASSETS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | $28,447,370.00 | UNKNOWN |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $28,447,370.00 |
| --- | --- | --- |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>DAWSEN YONTING<br>39300 CIVIC CENTER DR.<br>SUITE 300<br>FREMONT, CA 94538<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $35.00 | $35.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>GABE TORRES<br>39300 CIVIC CENTER DR.<br>SUITE 300<br>FREMONT, CA 94538<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.02 | $20.02 |
| 2.3 | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE LOCAL OFFICE<br>600 ARCH STREET<br>PHILADELPHIA, PA 19106<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.4**

**Priority creditor's name and mailing address**
LEIGHANN HUGHES
39300 CIVIC CENTER DR.
SUITE 300
FREMONT, CA 94538

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $95.11     Priority amount: $95.11

**2.5**

**Priority creditor's name and mailing address**
LUIS BONILLA
39300 CIVIC CENTER DR.
SUITE 300
FREMONT, CA 94538

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,000.00     Priority amount: $1,000.00

**2.6**

**Priority creditor's name and mailing address**
TIMOTHY E. LEIST
39300 CIVIC CENTER DR.
SUITE 300
FREMONT, CA 94538

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $20,000.00     Priority amount: $20,000.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
220 LALO PLACE, LLC
661 KAAPPUNI PLACE
KIHEI, HI 96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEASE OBLIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

Debtor    Petersen-Dean Hawaii LLC                                   Case number (if known)    20-12623-gmn

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73,271.70

ABC SUPPLY CO INC.
ATTN JEFF ARMSTRONG, ASST GEN COUNSEL
ONE ABC PARKWAY, SUITE 919
BELOIT, WI  53511-4466

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,148.11

AD LEVERAGE
ATTN ANDREW PALOSI, PRESIDENT
1329 E THOUSAND OAKS BLVD SUITE 200
THOUSAND OAKS, CA  91362

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.36

ADP LLC
PO BOX 31001-1874
PASADENA, CA  91110-1874

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,546.59

AFFORDABLE PRODUCTS LLC
PO BOX 3446
MILILANI, HI  96789

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,105.84

AFLAC
1932 WYNNTON RD.
COLUMBUS, GA  31999-7000

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Petersen Dean Hawaii LLC
          (Name)

Case number (if known)    20-12814-gkn

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.17 |
|---|---|---|---|

**3.7**

**Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
PO BOX 102289
PASADENA, CA  91189-2289

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.17

---

**3.8**

**Nonpriority creditor's name and mailing address**

AKAMAI LAND SURVEYING, INC.
P.O. BOX 1748
MAKAWAO, HI  96768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$625.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

ALLAN NISHIMURA
98-827 KAAHELE STREET
AIEA, HI  96701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.10**

**Nonpriority creditor's name and mailing address**

ALPHA SUPPLY, LLC - MAUI BRANCH
DBA ALPHA ELECTRIC SUPPLY COMPANY
343 KEA STREET
KAILUA-KONA, HI  96732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$127,371.82

---

**3.11**

**Nonpriority creditor's name and mailing address**

ALTA HOLDINGS, LLC
2010 MAIN ST, STE 650
IRVINE, CA  92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,000.00

---

Debtor    Petersen Dean Hawaii LLC
          (Name)

Case number (if known) 20-12814-mkn

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.12** **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX  75265-0448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$260,900.87

---

**3.13** **Nonpriority creditor's name and mailing address**

ASSOCIATED BUILDERS AND CONTRACTORS
HAWAII CHAPTER
1375 DILLINGHAM BLVD., SUITE 200
HONOLULU, HI  96817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,700.00

---

**3.14** **Nonpriority creditor's name and mailing address**

AXA EQUITABLE
PO BOX 8004
BOSTON, MA  02266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,280.00

---

**3.15** **Nonpriority creditor's name and mailing address**

BEACON SALES ACQUISITION
PO BOX 740914
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$276,010.02

---

**3.16** **Nonpriority creditor's name and mailing address**

BOARD OF WATER SUPPLY
630 SOUTH BERETANIA ST.
HONOLULU, HI  96843

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$159.85

---

Debtor    Petersen-Dean Hawaii LLC                          Case number (if known)  20-12814-mkn
          (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.17**  **Nonpriority creditor's name and mailing address**

BTC SERVICES AND REPAIR
PO BOX 3120
WAILUKU, HI 96793

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,350.00

---

**3.18**  **Nonpriority creditor's name and mailing address**

CACHE VALLEY ELECTRIC CO.
PO BOX 405
LOGAN, UT 84323-0405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,178.73

---

**3.19**  **Nonpriority creditor's name and mailing address**

CASE LOMBARDI & PETTIT CLIENT TRUST
MAUKA TOWER, PACIFIC GUARDIAN CTR
737 BISHOP ST, STE 2600
HONOLULU, HI 96813-3283

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$744.82

---

**3.20**  **Nonpriority creditor's name and mailing address**

CCH - COURIER CORPORATION OF HAWAII
PO BOX 30507
HONOLULU, HI 96820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,058.73

---

**3.21**  **Nonpriority creditor's name and mailing address**

CED GREENTECH
PO BOX 847080
LOS ANGELES, CA 90084-7080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,766.64

---

Debtor    Petersen-Dean Hawaii LLC
          _____          Case number (if known) 20-12823-gbk
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.34 |
|---|---|---|---|

3.22  **Nonpriority creditor's name and mailing address**

CENTRAL MAUI PROPANE
P.O.BOX 2049
KIHEI, HI  96753

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$108.34

---

3.23  **Nonpriority creditor's name and mailing address**

CKM ARCHITECTS, LLC
98-829 LEIALII STREET
AIEA, HI  96701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$523.56

---

3.24  **Nonpriority creditor's name and mailing address**

COMPLETE ACCOUNTING SOLUTIONS LLC
4450 KULA HWY., 1263
KULA, HI  96790

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,401.58

---

3.25  **Nonpriority creditor's name and mailing address**

COSCO, INC.
PO BOX 1300
HONOLULU, HI  96819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$364.66

---

3.26  **Nonpriority creditor's name and mailing address**

COVERALL NORTH AMERICA INC
2955 MOMENTUM PLACE
CHICAGO, IL  60689

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$496.38

---

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**DELETED**

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.27
CUTTER HONOLULU INC
94-152 LEONUI ST
WAIPAHU, HI 96797

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

3.28
**Nonpriority creditor's name and mailing address**
DAVID'S FENCING, INC.
94-079 LEOKANE ST.
WAIPAHU, HI 96797

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,757.03

---

3.29
**Nonpriority creditor's name and mailing address**
DELUXE
P.O. BOX 4656
CAROL STREAM, IL 60197-4656

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$929.09

---

3.30
**Nonpriority creditor's name and mailing address**
DINERS CLUB (4840)
PO BOX 5732
CAROL STREAM, IL 60197-5732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,232.88

---

3.31
**Nonpriority creditor's name and mailing address**
DOLPHIN GRAPHICS
17200 FOOTHILL BLVD.
CASTRO VALLEY, CA 94546

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.80

| Debtor | Petersen Dean Hawaii LLC | Case number *(if known)* 20-12814-mkn |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

EAGLE VIEW TECHNOLOGIES, INC.
DEPT CH 16524
PALATINE, IL  60055-6524

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,464.00

---

**3.33** | **Nonpriority creditor's name and mailing address**

EDGEWOOD PARTNERS INSURANCE CENTER
PO BOX 511389
LOS ANGELES, CA  90517-9944

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.34** | **Nonpriority creditor's name and mailing address**

ELECTRATECH SERVICES LLC
6386 AHELE DRIVE
KAPAA, HI  96746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,749.47

---

**3.35** | **Nonpriority creditor's name and mailing address**

ENTERPRISE FM TRUST
ENTERPRISE FLEET MGMT CUST BILLING
PO BOX 800089
KANSAS CITY, MO  64180-0089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,584.73

---

**3.36** | **Nonpriority creditor's name and mailing address**

FAMILY CUSTOM DESIGNS
1020 NEVADA ST., SUITE 203
REDLANDS, CA  92374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,219.59

Debtor    Petersen-Dean Hawaii LLC                    Case number (if known)  20-12814-mkn

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,000.58

FASTENAL COMPANY
ATTN: ACCOUNTS REC
PO BOX 1286
WINONA, MN 55987-1286

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $296.35

FEDEX
PO BOX 660481
DALLAS, TX 75266

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $521.61

FIRST HAWAII BANK
20 WEST KAAHUMANU AVENUE
KAHULUI BANKING CENTER
KAHULUI, HI 96732

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $332.74

FIRST HAWAII BANK
20 WEST KAAHUMANU AVENUE
KAHULUI BANKING CENTER
KAHULUI, HI 96732

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $304.37

FISHER HAWAII
950 MAPUNAPUNA ST.
HONOLULU, HI 96819

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Petersen-Dean Hawaii LLC                         Case number (if known) 20-12814-mkn
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | $465.32 |

**3.42**

**Nonpriority creditor's name and mailing address**

FUSION ELECTRIC SUPPLY LLC
59 LAA STREET, UNIT 61-B
KAHULUI, HI 96732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$465.32

---

**3.43**

**Nonpriority creditor's name and mailing address**

GARDEN ISLE DISPOSAL, INC.
2666 NIUMALU ROAD
LIHUE, HI 96766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$740.13

---

**3.44**

**Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER CO.
121 ALAMAHA STREET
KAHULUI, HI 96732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,111.49

---

**3.45**

**Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER CO.
121 ALAMAHA STREET
KAHULUI, HI 96732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$214.13

---

**3.46**

**Nonpriority creditor's name and mailing address**

HAGGITH'S STRUCTURAL SCAN
47-338 MAWAENA ST.
KANEOHE, HI 96744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,926.72

---

Debtor  Petersen-Dean Hawaii, LLC   Case number (if known) 20-12814-mkn
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,999.10 |

**Nonpriority creditor's name and mailing address**

3.47
HALAWA HOUSE OF THE SUN LLC
220 LALO STREET, SUITE 1
KAHULUI, HI 96732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $22,999.10

---

3.48
HALAWA HOUSE OF THE SUN, LLC
661 KAAPUNI PLACE
KIHEI, HI 96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEASE OBLIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

3.49
HAWAII BLUEPRINT & SUPPLY
575 COOKE ST. SUITE C
HONOLULU, HI 96813

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $232.31

---

3.50
HAWAII MEDICAL SERVICE ASSOCIATION
PO BOX 29810
HONOLULU, HI 96820-2210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $85,626.76

---

3.51
HAWAII NUT & BOLT, INC
905 AHUA STREET
HONOLULU, HI 96819

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $806.93

---

Debtor  Petersen Hawaii LLC                                    Case number (if known)  20-12814-mkn
        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,089.93
*Check all that apply.*

HAWAII PETROLEUM INC
385 HUKILIKE ST. SUITE 101
KAHULUI, HI 96732

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00
*Check all that apply.*

HAWAII SOLAR ENERGY ASSOCIATION
PO BOX 37070
HONOLULU, HI 96819

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**DELETED**

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
*Check all that apply.*

HAWAII TRUCK UPFITTERS
98-025 HEKAHA ST, BLDG 2 UNIT 8
AIEA, HI 96701

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,666.16
*Check all that apply.*

HAWAIIAN ELECTRIC COMPANY
P.O. BOX 29570
HONOLULU, HI 96820-1970

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,073.39
*Check all that apply.*

HAWAIIAN TELCOM
624 S GRAND AVE
LOS ANGELES, CA 90017

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Petersen-Dean Hawaii, LLC                          Case number *(if known)* 20-12823-gkm
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,070.58

HD SUPPLY CONSTR & INDUST-WHITE CAP
PO BOX 6040
CYPRESS, CA  90630-0040

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,835.67

HERC RENTALS, INC.
PO BOX 936257
ATLANTA, GA  31193

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00

HIDERU INOUE
2411 SAINT LOUIS DRIVE
HONOLULU, HI  96816

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $111.70

HIRERIGHT
CORPORATE RISK HOLDING III, INC.
PO BOX 847891
DALLAS, TX  75284-7891

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $317.42

HONBLUE INC.
501 SUMNER STREET 3B1
HONOLULU, HI  96817

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,846.52 |

HONOLULU DISPOSAL SERVICE, INC.
P.O. BOX 30490
HONOLULU, HI 96820-0490

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,012.30 |

HONSADOR LUMBER LLC
250 LALO PL.
KAHULUI, HI 96732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**DELETED**

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |

HPM BUILDING SUPPLY
16-166 MELEKAHIWA STREET
KEAAU, HI 96749

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116,966.14 |

INDEPENDENT ELECTRIC SUPPLY INC
ATTN KRIS BEAUCHMAN
2001 MARINA BLVD.
SAN LEANDRO, CA 94577

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,756.89 |

INTEGRATED BUSINESS SOLUTIONS OF HI
99-1046 IWAENA STREET
AIEA, HI 96701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Petersen Dean Hawaii LLC                    Case number (if known) 20-12823-gkn
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>INTER ISLAND SOLAR SUPPLY<br>ATTN BRIAN GOLD, PRESIDENT<br>761 AHUA STREET<br>HONOLULU, HI 96819<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $894,962.83 |

| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>JOHN H. RUST<br>92-6024 KOHI STREET<br>KAPOLEI, HI 96707-3302<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $830.47 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>K2N CREST<br>CREST CONSULTING ENGINEERS P.C.<br>1010 JORIE BLVD., SUITE 320<br>OAK BROOK, IL 60523<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,645.83 |

| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>KAISER PERMANENTE<br>P.O. BOX 29080<br>HONOLULU, HI 96820-1480<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,292.52 |

| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>KONICA MINOLTA BUSINESS SOLUTIONS<br>DEPT LA 22988<br>PASADENA, CA 91185-2988<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $206.63 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

<table>
<tr><td></td><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.72</td>
<td>

**Nonpriority creditor's name and mailing address**

LCA BANK CORPORATION
1375 DEER VALLEY DR., SUITE 218
PARK CITY, UT  84060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$8,020.67</td>
</tr>

<tr>
<td>3.73</td>
<td>

**Nonpriority creditor's name and mailing address**

LEILA STRINGER
94-332 PAUWALA PLACE
MILILANI, HI  96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$750.00</td>
</tr>

<tr>
<td>3.74</td>
<td>

**Nonpriority creditor's name and mailing address**

LIPT EAST KAAHUMANU AVE
C/O FESTIVAL MANAGEMENT CORPORATION
5901 CENTURY BLVD., SUITE 700
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEASE OBLIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">UNKNOWN</td>
</tr>

<tr>
<td>3.75</td>
<td>

**Nonpriority creditor's name and mailing address**

LIPT EAST KAAHUMANU AVE LLC
P.O. BOX 740830
LOS ANGELES, CA  90074-0830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$24,835.89</td>
</tr>

<tr>
<td>3.76</td>
<td>

**Nonpriority creditor's name and mailing address**

MARK HUMPHRIES
164 ULUMALU
HAIKU, HI  96708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$3,566.00</td>
</tr>
</table>

Debtor    Petersen Dean Hawaii LLC

(Name)

Case number (if known) 20-12814-mkn

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.36 |
| | MAUI ELECTRIC CO LTD | *Check all that apply.* | |
| | PO BOX 310040 | ☒ Contingent | |
| | HONOLULU, HI 96820-1040 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
| | MORIKAWA & ASSOCIATES, LLC | *Check all that apply.* | |
| | PO BOX 880280 | ☒ Contingent | |
| | PUKALANI, HI 96788 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,619.00 |
| | MSC INDUSTRIAL SUPPLY CO. | *Check all that apply.* | |
| | PO BOX 78845 | ☒ Contingent | |
| | MILWAUKEE, WI 53278-8845 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,129.31 |
| | ONESOURCE DISTRIBUTORS LLC | *Check all that apply.* | |
| | ATTN MIKE SMITH, PRESIDENT | ☒ Contingent | |
| | P.O. BOX 740527 | ☒ Unliquidated | |
| | LOS ANGELES, CA 90074-0527 | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $609.99 |
| | PACE SUPPLY CORP | *Check all that apply.* | |
| | PO BOX 6407 | ☒ Contingent | |
| | ROHNERT PARK, CA 94927-6407 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) 20-12814-mkn |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $875.00 |
|---|---|---|---|

PACIFIC CONCRETE CUTTING & CORING
PO BOX 662261
LIHUE, HI 96766

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

### DELETED

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | ($145.80) |
|---|---|---|---|

PACIFIC ENERGY ALTERNATIVES
955 S. MCCARRAN BLVD
SPARKS, NV 89503

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

PAM ZUSMAN
1167 KAENA STREET
KALAHEO, HI 96741

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,305.00 |
|---|---|---|---|

PAULICON CORPORATION
3463 ASHTON COURT
PALO ALTO, CA 94306

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,096.35 |
|---|---|---|---|

PETEROCK, INC.
1961 VINEYARD STREET
WAILUKU, HI 96793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12828-gskn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address**<br><br>PIONEER ELECTRIC, INC.<br>228 MOHONUA PL.<br>HONOLULU, HI 96819<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,026.39 |

| 3.88 | **Nonpriority creditor's name and mailing address**<br><br>PITNEY BOWES<br>GLOBAL FINANCIAL SERVICES LLC<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250-7887<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $593.17 |

| 3.89 | **Nonpriority creditor's name and mailing address**<br><br>R&C ENTERPRISES, LLC<br>R&C ROOFING CONTRACTOR<br>PO BOX 583<br>PEARL CITY, HI 96782<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $21,256.47 |

| 3.90 | **Nonpriority creditor's name and mailing address**<br><br>R&R SERVICES, INC.<br>922 AUSTIN LN., BUILDING D<br>HONOLULU, HI 96817<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,480.17 |

| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>SPECTRUM BUSINESS<br>PO BOX 60074<br>CITY OF INDUSTRY, CA 91716-0074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $472.11 |

Debtor    Petersen Dean Hawaii LLC                              Case number (if known)    20-12814-mkn
         (Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address**<br>STAPLES ADVANTAGE<br>PO BOX 660409<br>DALLAS, TX 75266-0409<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,493.16 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>TERMINIX INTERNATIONAL CO., LP<br>150 PEABODY PLACE<br>MEMPHIS, TN 38103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $680.62 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>TESLA, INC.<br>ATTN JONATHAN BUTLER, DEPUTY GEN COUNSEL<br>3055 CLEARVIEW WAY<br>SAN MATEO, CA 94402<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $187,219.38 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>TIRES WAREHOUSE HAWAII<br>181 DAIRY RD.<br>KAHULUI, HI 96732<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,505.89 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>VALLEY ISLE AUTOMOTIVE INC<br>970 B LOWER MAIN ST.<br>WAILUKU, HI 96793<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $951.76 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12623-gnn |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON CONNECT FLEET USA LLC<br>PO BOX 15043<br>ALBANY, NY  12212-5043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,356.42 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>VERNON CENO<br>85-1307 KANEILIO STREET<br>WAIANAE, HI  96792<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $990.65 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>VINCI & ASSOCIATES<br>175 E. WILBUR ROAD, SUITE 103<br>THOUSAND OAKS, CA  91360<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,669.37 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>WASTE PRO HAWAII LLC<br>301 HANSEN RD<br>KAHULUI, HI  96732<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,320.24 |
| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL  60197-6293<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,165.62 |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12813-gln |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|
| | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,858.62 |
|---|---|---|---|

3.102    **Nonpriority creditor's name and mailing address**

WSP USA BUILDINGS INC
1 PENN PLAZA
250 W 34TH ST 2ND FL
NEW YORK, NY  10119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $36,858.62

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $21,150.13 |
| 5b. | Total claims from Part 2 | 5b. + | $2,473,641.49 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,494,791.62** |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    04/19

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - 220 LALO ST, UNIT #1, KAHULUI, HI 96732 - OFFICE | 220 LALO PLACE, LLC<br>661 KAAPPUNI PLACE<br>KIHEI, HI 96753 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: ALOHA EYE CLINIC LTD DATED 12/30/2019 | ALOHA EYE CLINIC LTD<br>DR JIVIN TANTISIRA<br>450 HOOKAHI STREET<br><br>WAILUKU, HI 96793 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: SPECTRUM REMOVE & REINSTALL DATED 5/8/2020 | CHARTER COMMUNICATIONS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: SPECTRUM REROOF DATED 5/8/2020 | CHARTER COMMUNICATIONS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Case 20-12814-mkn     Doc 409     Entered 07/17/20 12:55:50     Page 50 of 54

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: KIHAPAI HUI DATED 12/18/2019 | ETERNAX SOLAR<br>564 WALD<br><br>IRVINE, CA 92618 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: INTERNATIONAL TRUCKING (CONTRACT) DATED 9/26/2019 | FAR WEST PROPERTIES, LLC<br>MARK YRAGUI<br>91-554 KOMOHANA STREET LOT 9<br><br>KAPOLEI, HI 96707 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - 99-1265 HALAWA VALLEY ST, AIEA, HI 96701 - OFFICE | HALAWA HOUSE OF THE SUN, LLC<br>661 KAAPUNI PLACE<br>KIHEI, HI 96753 |
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: IAO GARDENS  AOAO DATED 8/27/2019 | IAO GARDENS AOAO<br>PERRY KUNIN / NATHAN DOLE<br>2180 VINEYARD STREET<br><br>WAILUKU, HI 96793 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: KAI WAHINE COMMUNITY CENTER DATED 8/15/2019 | KAI WAHINE COMMUNITY CENTER<br>ROBYBE VETTRAINO<br>TMK<br><br>KIHEI, HI 96753 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: KAI WAHINE PUMP HOUSE DATED 8/16/2019 | KAI WAHINE COMMUNITY CENTER<br>ROBYBE VETTRAINO<br>TMK<br><br>KIHEI, HI 96753 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - 70 E KAAHUMANU AVE, UNIT C-3, KAHULUI, HI 96732 - WAREHOUSE | LIPT EAST KAAHUMANU AVE C/O FESTIVAL MANAGEMENT CORPORATION 5901 CENTURY BLVD., SUITE 700 LOS ANGELES, CA 90045 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: 100 KAMAOLE  SOLAR HOT WATER DATED 2/11/2020 | RIEDEL CONSTRUCTION, INC PO BOX 1656

KAHULUI, HI 96733 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENDED TRADE PAYABLES AGREEMENT TO ALLOW PDI/PDS/PDH TO VENDOR BALANCE THROUGH DECEMBER 18, 2020. | TARGRAY TECHNOLOGY INTERNATIONAL 8105 TRANSCANADIENNE KIRKLAND, QC  H9J3Z4 CANADA |
| | **State the term remaining** | 1/14/2020 | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: KOKO MARINA CENTER PHASE 2 -INSTALL DATED 5/24/2019 | VOLTA CHARGING LLC 155 DE HARO STREET

SAN FRANCISCO, CA  94103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: HAUIKI GUARD HOUSE DATED 9/24/2018 | WATERS, CHAD 1050 BISHOP STREET

HONOLULU, HI  96813 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**4/19**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.** **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | CALIFORNIA EQUIPMENT LEASING ASSOCIATION, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | FENCES4AMERICA, INC. | 2201 WALNUT AVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | PACIFIC COAST ROOFING & CONSTRUCTION, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | PD SOLAR, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | PD SOLAR, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | TARGRAY TECHNOLOGY INTERNATIONAL, INC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | PETERSENDEAN BUILDER GROUP, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | PETERSEN-DEAN COMMERCIAL, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC. | 7517 CURRENCY DRIVE ORLANDO, FL  32809 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | PETERSENDEAN TEXAS, INC. | 14713 JERSEY SHORE DRIVE HOUSTON, TX  77047 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | PETERSEN-DEAN, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | PETERSEN-DEAN, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | TARGRAY TECHNOLOGY INTERNATIONAL, INC. | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
|        | (Name)                   |                        |              |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | RED ROSE, INC. | 4530 NORTH WALNUT ROAD<br>LAS VEGAS, NV  89081 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | ROOFS 4 AMERICA, INC. | 2201 WALNUT AVE, SUITE 300<br>FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | SOLAR 4 AMERICA, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300<br>FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | SONOMA ROOFING SERVICES, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300<br>FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | TRI VALLEY SUPPLY, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300<br>FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor    PetersenDean Hawaii LLC

United States Bankruptcy Court for the:    Nevada

Case number    20-12823-mkn
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    04/19

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/17/2020         ✖  /s/ Stephen Nerheim
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                  Stephen Nerheim
                                  Printed name

                                  CFO
                                  Position or relationship to debtor