BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for the Debtor*

| Electronically Filed July 28, 2020 |
| --- |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
| --- | --- |
| In re | Case No. BK-S-20-12814-mkn |
| | |
| RED ROSE, INC., | Jointly Administered with |
| | Case No. BK-S-20-12815-mkn |
| ☐ Affects Beachhead Roofing and Supply, Inc. | Case No. BK-S-20-12816-mkn |
| ☐ Affects California Equipment Leasing | Case No. BK-S-20-12818-mkn |
|   Association, Inc. | Case No. BK-S-20-12819-mkn |
| ☐ Affects Fences 4 America, Inc. | Case No. BK-S-20-12820-mkn |
| ☐ Affects James Petersen Industries, Inc. | Case No. BK-S-20-12821-mkn |
| ☐ Affects PD Solar, Inc. | Case No. BK-S-20-12822-mkn |
| ☐ Affects Petersen Roofing and Solar LLC | Case No. BK-S-20-12823-mkn |
| ☐ Affects Petersen-Dean, Inc. | Case No. BK-S-20-12824-mkn |
| ☒ Affects PetersenDean Hawaii LLC | Case No. BK-S-20-12825-mkn |
| ☐ Affects PetersenDean Roofing and Solar | Case No. BK-S-20-12826-mkn |
|   Systems, Inc. | Case No. BK-S-20-12827-mkn |
| ☐ Affects PetersenDean Texas, Inc. | Case No. BK-S-20-12829-mkn |
| ☐ Affects Red Rose, Inc. | Case No. BK-S-20-12831-mkn |
| ☐ Affects Roofs 4 America, Inc. | Case No. BK-S-20-12833-mkn |
| ☐ Affects Solar 4 America, Inc. | |
| ☐ Affects Sonoma Roofing Services, Inc. | Chapter 11 |
| ☐ Affects TD Venture Fund, LLC | |
| ☐ Affects Tri-Valley Supply, Inc. | **AMENDED SCHEDULES OF ASSETS** |
| ☐ Affects All Debtors | **AND LIABILITIES** |

Active\112401698

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS**

Petersen-Dean, Inc., Beachhead Roofing & Supply, Inc., California Equipment Leasing Association, Inc., Fences 4 America, Inc., James Petersen Industries, Inc., PD Solar, Inc., Petersen Roofing and Solar LLC, PetersenDean Hawaii LLC, PetersenDean Roofing and Solar Systems, Inc., PetersenDean Texas, Inc., Red Rose, Inc., Roofs 4 America, Inc., Solar 4 America, Inc., Sonoma Roofing Services, Inc., TD Venture Fund, LLC, and Tri-Valley Supply, Inc., debtors and debtors in possession (collectively, the "Debtors"), in the above captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their proposed undersigned counsel, Fox Rothschild LLP ("Counsel"), are filing their respective *Schedules of Assets and Liabilities* (collectively, the "Schedules") and *Statements of Financial Affairs* (collectively, the "Statements," and together with the Schedules, collectively, the "*Schedules and Statements*")[1] in the United States Bankruptcy Court for the District of Nevada (the "Court"). The Debtors, which were assisted by their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

---

[1] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Schedules and Statements, as appropriate.

The Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement their Schedules and Statements.

**Reservation of Rights.** Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Cases and "As of" Information Date.** On June 11, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 23, 2020, the Court entered an order [ECF No. 94] jointly administering the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). All financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date unless otherwise indicated herein or in the Schedules and Statements.

Active\112145750.v1-7/9/20

**Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.  Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP.  Unlike any consolidated financial statements, the Schedules and Statements, except where otherwise indicated herein or in the Schedules and Statements, reflect the assets and liabilities of each Debtor on a non-consolidated basis, where possible.

**Recharacterization.**  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Consolidated Entity Accounts Payable and Disbursement Systems.**  The Debtors maintain a centralized cash management system (the "Cash Management System").  The Debtors maintain the Cash Management System to collect, concentrate, and disburse funds generated from their operations.  A more complete description of the Debtors' Cash Management System is set forth in the *Emergency Motion For Order Pursuant to 11 U.S.C. §§363, 1107 and 1108 (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief* (the "Cash Management Motion") filed on June 16, 2020 (ECF No. 36].

3

**Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) current or former directors, officers or persons in control of a Debtor, (b) relatives of current or former directors, officers, or persons in control of a Debtor, (c) a partnership in which a Debtor is a general partner or (d) an affiliate of a Debtor.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 3(c).  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies.**  The following is a summary of certain significant reporting policies:

a.    **Current Market Value — Net Book Value.**  In many instances, current market valuations are neither maintained by, nor readily available to, the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the

4

Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value.

b.   **First Day Orders.  Pursuant** to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "<u>First Day Order</u>," and collectively, the "<u>First Day Orders</u>"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits.  Except to the extent that these parties have claims in excess of the authority granted to the Debtors under the First Day Orders, in certain instances, the Debtors may have not included certain claims of this nature in the Schedules and Statements.

c.   **Setoffs.**  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Debtors' Schedules and Statements.  The Debtors and their estates reserve all of their rights with respect to any such setoffs.

d.   **Credits and Adjustments.**  Claims of creditors are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs and recoupments with respect to the same.

e.   **Accounts Receivable.**  The accounts receivable information listed on Schedule B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts.

5

f.      **Leases.**  In the ordinary course of business, the Debtors may lease certain real property, fixtures and equipment from certain third-party lessors for use in the daily operation of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

g.      **Entity Classification Issues.**  The Debtors have endeavored in good faith to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases.  While the Schedules reflect the results of this effort, several factors may impact the ability of the Debtors to precisely assign assets, liabilities, and executory contacts and unexpired leases to particular Debtor entities, including, but not limited to: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contacts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their business; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

h.      **Executory Contracts and Unexpired Leases.**  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors'

6

executory contracts and unexpired leases have been set forth solely on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors and their estates reserve any and all rights with respect to the assertion of any such claims.

      i.     **Intercompany Claims.**  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables.  Receivables and payables among the Debtors are reported as assets on Schedule B or liabilities on Schedule F as appropriate (collectively, the "Intercompany Claims").  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.

      j.     **Unknown or Undetermined Amounts.**  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

      k.     **Liabilities.**  At the time of the filing of the Schedules and Statements, the Debtors are continuing to reconcile certain accounts payable liabilities.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of the filing of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the

prepetition and postpetition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors and their estates reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, or characterization of the structure of any transaction, document or instrument related to any such claim.

l.      **Estimates.**  To timely close the books and records of the Debtors and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

m.      **Classifications.**  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority," or (c) on Schedule F as "unsecured non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to recharacterize or reclassify any claim or contract.

n.      **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor and its estate that such amount is not "disputed," "contingent" or "unliquidated." The Debtors and their estates reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their Schedules on any grounds, including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed,"

8

"contingent" or "unliquidated." Listing a claim on the Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Schedules.

      o.    **Guaranties and Other Secondary Liability Claims.** Guaranties and other secondary liability claims (collectively, the "<u>Guaranties</u>") with respect to the Debtors' contracts and leases may not be included on Schedule H and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and similar agreements may exist. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

<div align="center"><strong>NOTES FOR SCHEDULES</strong></div>

**Schedule B — Personal Property.** Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in their respective Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers. The Debtors and their estates reserve all of their rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair or otherwise affect the assertion of such claims and causes of action.

Patents, trademarks, and other intellectual property is listed on Schedule B22 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

<div align="center">9</div>

Since the deposit provided for under that *Order Pursuant to 11 U.S.C. § 366 Re: Adequate Assurance of Payment for Postpetition Utility Services* [ECF No. 54] did not exist as of the Petition Date, the Debtors have not accounted for it on Schedule B.

**Schedule D — Creditors Holding Secured Claims.**  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.  By listing a party on Schedule D based on a UCC-1 filing, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes. Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

**Schedule E — Creditors Holding Unsecured Priority Claims.** The Debtors have not listed on Schedule E any tax and priority employee wage and benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders. The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F — Creditors Holding Unsecured Non-Priority Claims.** Certain creditors listed on Schedule F may owe amounts to the Debtors; as such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule F. Also, the amounts listed on Schedule F reflect known prepetition claims as of Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F. As noted above, certain claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, and the Debtors and their estates reserve all rights with respect to any such claims. Schedule F contains certain information regarding pending litigation involving the Debtors. The amounts for these potential claims are listed as unknown or undetermined, contingent, unliquidated and disputed in the Schedules.

The Debtors have used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtors believe that there are instances in which vendors have yet to provide

11

proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Schedule F.  The Debtors may not have listed on Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims, claims related to vendors, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order.  The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule F are entitled to priority claims.

**Schedule G — Executory Contracts and Unexpired Leases.**  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.  In the ordinary course of business, the Debtors enter into various agreements with their customers and vendors.  The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, were unable to

12

list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

### NOTES FOR STATEMENTS

**Statement 3b.**  Statement 3b includes any disbursement or other transfer made by that particular Debtor, except for those made to insiders, employees, and bankruptcy professionals.  The amounts listed in Statement 3b reflect that Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3b.  All disbursements listed on Statement 3b were made by that particular Debtor.

**Statement 3(c) and 23.**  As previously set forth herein and in more detail in the Cash Management Motion, the Debtors maintain a centralized cash management system.  As a result, during the year preceding the Petition Date, certain payments may have been made to insiders of

13

each of the Debtors by one or more of the other Debtors, and some of these payments may have been for the benefit of another Debtor. These payments are listed on Statement 3(c) and 23 for the Debtor making the payment, even if the payment was made to or for the benefit of an insider of another Debtor.

**Statement 4(a).** The Debtors and their estates reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings. The Debtors may not have included on Statement 4(a) certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement 9.** Debtor PDI made payments on behalf of all of the Debtors to various professionals for restructuring services. The payments listed in Statement 9 are generally only for restructuring-related services. The Debtors may have made other payments to the listed professionals for non-bankruptcy related services, but these payments are not listed in Statement 9.

Active\112145750.v1-7/9/20

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          04/19

---

**Part 1:**  **Summary of Assets**

---

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $4,008,210.02 |
|---|

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $4,008,210.02 |
|---|

---

**Part 2:**  **Summary of Liabilities**

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $28,447,370.00 |
|---|

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $21,150.13 |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| + | $5,960,692.17 |
|---|---|

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $34,429,212.30 |
|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number (if known)</td><td>20-12823-mkn</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          04/19

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    CASH ON HAND**

NONE

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CALIFORNIA BANK AND TRUST | GENERAL CHECKING ACCOUNT - SWEEP | 1975 | $0.00 |
| 3.2. | CALIFORNIA BANK AND TRUST | PAYROLL CHECKING ACCOUNT - SWEEP | 1967 | $0.00 |
| 3.3. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH - KAUAI | 4968 | $20.00 |
| 3.4. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH - MAUI | 4925 | $3,224.81 |
| 3.5. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH - OAHU | 4941 | $2,172.24 |
| 3.6. | FIRST HAWAIIAN BANK | DIVISIONAL CHECKING ACCT/PETTY CASH -PAYROLL (INACTIVE) | 4933 | $20.00 |
| 3.7. | FIRST HAWAIIAN BANK | GENERAL CHECKING ACCOUNT | 4917 | $28,559.19 |
| 3.8. | FIRST REPUBLIC BANK | GENERAL CHECKING ACCOUNT - SWEEP | 6785 | $0.00 |
| 3.9. | FIRST REPUBLIC BANK | PAYROLL CHECKING ACCOUNT | 5762 | $0.00 |
| 3.10. | FIRST REPUBLIC BANK | PAYROLL CHECKING ACCOUNT - SWEEP | 5968 | $0.00 |
| 3.11. | FIRST REPUBLIC BANK | PETERSENDEAN HAWAII LLC (P 9735) | 9735 | $806,393.68 |
| 3.12. | WELLS FARGO BANK, N.A. | COMMERCIAL DEMAND DEPOSIT ACCOUNT | 368 | $0.00 |

**4.    OTHER CASH EQUIVALENTS**

NONE

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $840,389.92 |
|---|---|---|

## Part 2: DEPOSITS AND PREPAYMENTS

**6.  DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | UTILITY DEPOSIT - ELECTRICITY - HAWAIIAN ELECTRIC COMPANY | $0.00 |
| 7.2. | UTILITY DEPOSIT - ELECTRICITY - KAUA'I ISLAND UTILITY COOPERA+ | $0.00 |
| 7.3. | UTILITY DEPOSIT - ELECTRICITY - MAUI ELECTRIC CO. LTD. | $0.00 |
| 7.4. | UTILITY DEPOSIT - ISP - SPECTRUM BUSINESS | $0.00 |
| 7.5. | UTILITY DEPOSIT - RENT UTILITIES - 220 LALO PLACE LLC | $0.00 |
| 7.6. | UTILITY DEPOSIT - RENT UTILITIES - LIPT EAST KAAHUMANU AVE. LLC | $0.00 |
| 7.7. | UTILITY DEPOSIT - VOICE AND ISP - HAWAIIAN TELCOM | $0.00 |
| 7.8. | UTILITY DEPOSIT - WATER - BOARD OF WATER SUPPLY | $0.00 |
| 7.9. | UTILITY DEPOSIT - WATER - DEPARTMENT OF WATER SUPPLY | $0.00 |

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**NONE**

| 9 | Total of Part 2.<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $0.00 |
|---|---|---|

## Part 3: ACCOUNTS RECEIVABLE

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.  ACCOUNTS RECEIVABLE**

ACCOUNTS RECEIVABLE

| $3,167,820.1 | | $0.00 | = → | $3,167,820.10 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectable accounts | | |

| 12 | Total of Part 3.<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $3,167,820.10 |
|---|---|---|

## Part 4: INVESTMENTS

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16.** **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17** **Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

<div style="border:1px solid">NOT APPLICABLE</div>

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18.** **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **RAW MATERIALS**

**20.** **WORK IN PROGRESS**

**21.** **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

**22.** **OTHER INVENTORY OR SUPPLIES**

**23** **Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

<div style="border:1px solid">NOT APPLICABLE</div>

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value    $139,989.44    Valuation method  Net Book Value    Current value    $139,989.44

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **CROPS—EITHER PLANTED OR HARVESTED**

**29.** **FARM ANIMALS** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30.** **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES)

**31.** **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32.** **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

Debtor    Petersen-Dean Nevada LLC                                    Case number (if known)    20-12814-mkn
         (Name)

33    **Total of Part 6.**
      ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.                                    NOT APPLICABLE

34.   **Is the debtor a member of an agricultural cooperative?**
      ☒ No
      ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ☒ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

38.   **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
      ☐ No. Go to Part 8.
      ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.   **OFFICE FURNITURE**

                                       **ADDITION**
      39.1.  KONICA MINOLTA BUSINESS SOLUTIONS        $3,646.16    NET BOOK VALUE        UNKNOWN

                                       **DELETED**
      39.2.  KONICA MINOLTA BUSINESS SOLUTIONS        UNKNOWN                            UNKNOWN

40.   **OFFICE FIXTURES**

      NONE

41.   **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

      NONE

42.   **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

      NONE

43    **Total of Part 7.**
      ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.                                    UNKNOWN

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☒ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

46.   **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
      ☐ No. Go to Part 9.
      ☒ Yes. Fill in the information below.

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) 20-12814-mkn |
|---|---|---|
| | (Name) | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2000 CHEVY LICENSE PLATE # 544 TTW | UNKNOWN | | UNKNOWN |
| 47.2. | 2003 TOYOTA LICENSE PLATE # 267 TTV | UNKNOWN | | UNKNOWN |
| 47.3. | 2004 FORD F-250 BIG RED VIN# 1FTNX20L34EB86679 | UNKNOWN | | UNKNOWN |
| 47.4. | 2004 FORD RANGER VIN# 1FTYR10D84PB27609 | UNKNOWN | | UNKNOWN |
| 47.5. | 2005 CHEVY 1500 VIN# 1GCEC14V05Z290770 | UNKNOWN | | UNKNOWN |
| 47.6. | 2005 CHEVY LICENSE PLATE # 299 TTV | UNKNOWN | | UNKNOWN |
| 47.7. | 2005 CHEVY LICENSE PLATE # 722 MDG | UNKNOWN | | UNKNOWN |
| 47.8. | 2005 FORD LICENSE PLATE # 474 MDA | UNKNOWN | | UNKNOWN |
| 47.9. | 2005 NISSAN LICENSE PLATE # 170 MDH | UNKNOWN | | UNKNOWN |
| 47.10. | 2006 CHEVY EXPRESS VIN# 1GCHG39U761217635 | UNKNOWN | | UNKNOWN |
| 47.11. | 2006 FORD LICENSE PLATE # 305 MDD | UNKNOWN | | UNKNOWN |
| 47.12. | 2007 DODGE RAM W/ LIFTGATE VIN# 3D7KR26D57G773241 | UNKNOWN | | UNKNOWN |
| 47.13. | 2007 FORD CLF FLAT BED VIN# 3FRLL45Z87V500530 | UNKNOWN | | UNKNOWN |
| 47.14. | 2007 FORD E-250 VIN# 1FTNE24L37DB01463 | UNKNOWN | | UNKNOWN |
| 47.15. | 2007 FORD F-150 VIN# 1FTRF12277NA15120 | UNKNOWN | | UNKNOWN |
| 47.16. | 2008 CHEVY LICENSE PLATE # 874 MDF | UNKNOWN | | UNKNOWN |
| 47.17. | 2008 DODGE LICENSE PLATE # 581 TVW | UNKNOWN | | UNKNOWN |
| 47.18. | 2008 DODGE LICENSE PLATE # 616 TVW | UNKNOWN | | UNKNOWN |
| 47.19. | 2008 DODGE RAM VIN# 1D7HA16N88J185354 | UNKNOWN | | UNKNOWN |
| 47.20. | 2008 DODGE RAM VIN# 1D7HA16NX8J185355 | UNKNOWN | | UNKNOWN |
| 47.21. | 2008 DODGE SXT VIN# 1D7HE32K88S528203 | UNKNOWN | | UNKNOWN |
| 47.22. | 2008 FORD F-150 VIN# 1FTVX14598KD81814 | UNKNOWN | | UNKNOWN |
| 47.23. | 2008 FORD RANGER VIN# 1FTYR10U08PA56847 | UNKNOWN | | UNKNOWN |
| 47.24. | 2009 CHEVY EXPRESS VIN# 1GCGG25C091125886 | UNKNOWN | | UNKNOWN |
| 47.25. | 2009 CHEVY EXPRESS VIN# 1GCGG25C191128960 | UNKNOWN | | UNKNOWN |
| 47.26. | 2009 CHEVY LICENSE PLATE # 127 TTV | UNKNOWN | | UNKNOWN |
| 47.27. | 2009 DODGE LICENSE PLATE # 311 TTC | UNKNOWN | | UNKNOWN |
| 47.28. | 2009 FORD E-250 VIN# 1FTNE24L89DA76062 | UNKNOWN | | UNKNOWN |
| 47.29. | 2009 FORD LICENSE PLATE # 615 TVW | UNKNOWN | | UNKNOWN |
| 47.30. | 2009 FORD LICENSE PLATE # 977 TTA | UNKNOWN | | UNKNOWN |
| 47.31. | 2009 GMC 1500 VIN# 1GTEC14C49Z900514 | UNKNOWN | | UNKNOWN |
| 47.32. | 2010 DODGE VAN VIN# 3D7JB1EP6AG133116 | UNKNOWN | | UNKNOWN |
| 47.33. | 2010 FORD E-250 VIN# 1FTNE2EW0ADA28388 | UNKNOWN | | UNKNOWN |
| 47.34. | 2010 FORD LICENSE PLATE # 426 TTF | UNKNOWN | | UNKNOWN |
| 47.35. | 2011 FORD F-150 VIN# 1FTNF1CF1BKD23958 | UNKNOWN | | UNKNOWN |
| 47.36. | 2011 FORD F-150 VIN# 1FTNF1CF1BKD32501 | UNKNOWN | | UNKNOWN |
| 47.37. | 2011 FORD F-150 VIN# 1FTNF1CF3BKD23959 | UNKNOWN | | UNKNOWN |
| 47.38. | 2011 FORD F-150 VIN# 1FTNF1CF4BKD28569 | UNKNOWN | | UNKNOWN |
| 47.39. | 2011 FORD LICENSE PLATE # 511 TTP | UNKNOWN | | UNKNOWN |
| 47.40. | 2011 FORD LICENSE PLATE # 519 TTP | UNKNOWN | | UNKNOWN |
| 47.41. | 2011 FORD LICENSE PLATE # 522 MDD | UNKNOWN | | UNKNOWN |
| 47.42. | 2011 FORD LICENSE PLATE # 577 TTP | UNKNOWN | | UNKNOWN |
| 47.43. | 2011 FORD LICENSE PLATE # 579 TTP | UNKNOWN | | UNKNOWN |
| 47.44. | 2011 FORD LICENSE PLATE # 759 MDL | UNKNOWN | | UNKNOWN |
| 47.45. | 2012 FORD E-250 VIN# 1FTNE2EW7CDA27709 | UNKNOWN | | UNKNOWN |
| 47.46. | 2012 FORD F-150 VIN# 1FTNF1CF1CKD33746 | UNKNOWN | | UNKNOWN |
| 47.47. | 2012 FORD F-150 VIN# 1FTNF1CFXCKD33745 | UNKNOWN | | UNKNOWN |
| 47.48. | 2012 FORD F-350 VIN# 1FSTW30RX8EB55337 | UNKNOWN | | UNKNOWN |
| 47.49. | 2012 FORD LICENSE PLATE # 043 TTV | UNKNOWN | | UNKNOWN |
| 47.50. | 2012 FORD LICENSE PLATE # 130 TTV | UNKNOWN | | UNKNOWN |
| 47.51. | 2012 FORD LICENSE PLATE # 131 TTV | UNKNOWN | | UNKNOWN |
| 47.52. | 2012 FORD LICENSE PLATE # 188 TTV | UNKNOWN | | UNKNOWN |
| 47.53. | 2012 FORD LICENSE PLATE # 291 TTX | UNKNOWN | | UNKNOWN |
| 47.54. | 2012 FORD LICENSE PLATE # 389 TTD | UNKNOWN | | UNKNOWN |
| 47.55. | 2012 NISSAN LICENSE PLATE # 259 TTY | UNKNOWN | | UNKNOWN |
| 47.56. | 2013 FORD E-250 VIN# 1FTNE2EW1DDB13003 | UNKNOWN | | UNKNOWN |

| Debtor | Petersen Dean Hawaii LLC | | Case number (if known) | 20-12814-mkn | |
|--------|--------------------------|--|------------------------|--------------|--|
| | (Name) | | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.57. 2013 FORD F-150 VIN# 1FTFW1ET0DFA38980 | UNKNOWN | | UNKNOWN |
| 47.58. 2013 FORD F-150 VIN# 1FTNF1CF3DKD97479 | UNKNOWN | | UNKNOWN |
| 47.59. 2013 FORD F-450 DUMP TRUCK VIN# 1FD0W4HT8DEA81340 | UNKNOWN | | UNKNOWN |
| 47.60. 2017 FORD F-150 ADMIN VIN# 1FTEW1CG1HKD73566 | UNKNOWN | | UNKNOWN |
| 47.61. 2019 FORD F-650 VIN# 1FDNF6DE0KDF12605 | UNKNOWN | | UNKNOWN |
| 47.62. 2019 NISSAN LICENSE PLATE # 113 TWZ | UNKNOWN | | UNKNOWN |
| 47.63. 2019 NISSAN VAN L VIN# 1N6BF0KM0KN800825 | UNKNOWN | | UNKNOWN |
| **DELETED** | | | |
| 47.64. PURCHASE OF ASSET #5345 2007 FORD F | UNKNOWN | | UNKNOWN |
| **ADDITION** | | | |
| 47.65. PURCHASE OF ASSET #5345 2007 FORD F | $18,590.79 | NET BOOK VALUE | UNKNOWN |

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**NONE**

**49. AIRCRAFT AND ACCESSORIES**

**NONE**

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

**NONE**

| | | |
|---|---|---|
| **51 Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | UNKNOWN |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 220 LALO ST, UNIT #1, KAHULUI, HI 96732 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |
| 55.2. 70 E KAAHUMANU AVE, UNIT C-3, KAHULUI, HI 96732 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |
| 55.3. 99-1265 HALAWA VALLEY ST, AIEA, HI 96701 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |

| | | | |
|---|---|---|---|
| **56 Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | UNKNOWN |

| Debtor | Petersen, Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| NONE | | | |
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.  WWW.EDISONBATTERIES.CO | UNKNOWN | | UNKNOWN |
| 61.2.  WWW.EDISONBATTERY.CO | UNKNOWN | | UNKNOWN |
| 61.3.  WWW.HALEAKALASOLAR.COM | UNKNOWN | | UNKNOWN |
| 61.4.  WWW.HALEAKALASOLAR.NET | UNKNOWN | | UNKNOWN |
| 61.5.  WWW.HALEAKALASOLAR.ORG | UNKNOWN | | UNKNOWN |
| **62.** **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| NONE | | | |
| **63.** **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| NONE | | | |
| **64.** **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| NONE | | | |
| **65.** **GOODWILL** | | | |
| NONE | | | |

**66** **Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.
| UNKNOWN |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **NOTES RECEIVABLE**
DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**
DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

NOT APPLICABLE

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $840,389.92 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $3,167,820.10 | |
| **83. Investments.** *Copy line 17, Part 4.* | | |
| **84. Inventory.** *Copy line 23, Part 5.* | | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNKNOWN | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNKNOWN | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | | UNKNOWN |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90. All other assets.** *Copy line 78, Part 11.* | + | |
| **91. Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $4,008,210.02 | + 91b  UNKNOWN |

---

Debtor   Petersen-Dean Hawaii LLC
         (Name)

Case number (if known)   20-12814-mkn

| | |
|---|---|
| **92.   Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $4,008,210.02 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    04/19

Be as complete and accurate as possible.

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:    List All Creditors with Secured Claims**

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>ACF FINCO I LP | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS | $28,447,370.00 | UNKNOWN |
| | **Creditor's mailing address**<br>560 WHITE PLAINS RD<br>TARRYTOWN, NY 10591 | **Describe the lien**<br>LIEN ON ALL ASSETS | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>12/24/2019 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $28,447,370.00 |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | PetersenDean Hawaii LLC |
| United States Bankruptcy Court for the: | Nevada |
| Case number (if known) | 20-12823-mkn |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>DAWSEN YONTING<br>39300 CIVIC CENTER DR.<br>SUITE 300<br>FREMONT, CA  94538<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br>EMPLOYEE PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $35.00 | $35.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>GABE TORRES<br>39300 CIVIC CENTER DR.<br>SUITE 300<br>FREMONT, CA  94538<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br>EMPLOYEE PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.02 | $20.02 |
| 2.3 | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE LOCAL OFFICE<br>600 ARCH STREET<br>PHILADELPHIA, PA  19106<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TAXES PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
| | (Name) | | |

---

**Part 1:**   **Additional Page**

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.4**   **Priority creditor's name and mailing address**

LEIGHANN HUGHES
39300 CIVIC CENTER DR.
SUITE 300
FREMONT, CA  94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $95.11   Priority amount: $95.11

---

**2.5**   **Priority creditor's name and mailing address**

LUIS BONILLA
39300 CIVIC CENTER DR.
SUITE 300
FREMONT, CA  94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,000.00   Priority amount: $1,000.00

---

**2.6**   **Priority creditor's name and mailing address**

TIMOTHY E. LEIST
39300 CIVIC CENTER DR.
SUITE 300
FREMONT, CA  94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $20,000.00   Priority amount: $20,000.00

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1**   **Nonpriority creditor's name and mailing address**

220 LALO PLACE, LLC
661 KAAPPUNI PLACE
KIHEI, HI  96753

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEASE OBLIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.2** **Nonpriority creditor's name and mailing address**
ABC SUPPLY CO INC.
ATTN JEFF ARMSTRONG, ASST GEN COUNSEL
ONE ABC PARKWAY, SUITE 919
BELOIT, WI 53511-4466

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$73,271.70

ADDITION

**3.3** **Nonpriority creditor's name and mailing address**
ACIERTO, PHILLIP
94-1199 KEAHUA LOOP
WAIPAHU, HI 96797

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,801.96

**3.4** **Nonpriority creditor's name and mailing address**
AD LEVERAGE
ATTN ANDREW PALOSI, PRESIDENT
1329 E THOUSAND OAKS BLVD SUITE 200
THOUSAND OAKS, CA 91362

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$59,148.11

ADDITION

**3.5** **Nonpriority creditor's name and mailing address**
ADAMS, MIKE
40 KANE ROAD
HAIKU, HI 96708

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

**3.6** **Nonpriority creditor's name and mailing address**
ADP LLC
PO BOX 31001-1874
PASADENA, CA 91110-1874

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.36

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### 3.7
**Nonpriority creditor's name and mailing address**
AFFORDABLE PRODUCTS LLC
PO BOX 3446
MILILANI, HI 96789

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,546.59

### 3.8
**Nonpriority creditor's name and mailing address**
AFLAC
1932 WYNNTON RD.
COLUMBUS, GA 31999-7000

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,105.84

### 3.9
**Nonpriority creditor's name and mailing address**
AIRGAS USA LLC
PO BOX 102289
PASADENA, CA 91189-2289

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.17

### 3.10
**Nonpriority creditor's name and mailing address**
AKAMAI LAND SURVEYING, INC.
P.O. BOX 1748
MAKAWAO, HI 96768

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$625.00

### ADDITION

### 3.11
**Nonpriority creditor's name and mailing address**
ALIPIO, THOMAS
91-6503 KAPOLEI PKWY
EWA BEACH, HI 96706

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,435.71

| Debtor | Petersen-Dean Hawaii, LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address**<br>ALLAN NISHIMURA<br>98-827 KAAHELE STREET<br>AIEA, HI 96701 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $1,000.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>ALPHA SUPPLY, LLC - MAUI BRANCH<br>DBA ALPHA ELECTRIC SUPPLY COMPANY<br>343 KEA STREET<br>KAILUA-KONA, HI 96732 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $127,371.82 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>ALTA HOLDINGS, LLC<br>2010 MAIN ST, STE 650<br>IRVINE, CA 92614 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $20,000.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

<div align="center">

**ADDITION**

</div>

| 3.15 | **Nonpriority creditor's name and mailing address**<br>ALTENHOF, BRUCE<br>94-1061 ANANIA CIRCLE<br>MILILANI, HI 96789 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $22,717.76 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265-0448 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $260,900.87 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|---------------------------|------------------------|--------------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

### ADDITION

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|------|---|---|---|
| | ARRISGADO, FRANCOISE<br>3362 CAMPBELL AVENUE<br>HONOLULU, HI 96815 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,103.20 |
|------|---|---|---|
| | ASHMORE, DOUGLAS<br>161353 37TH AVE<br>KEAAU, HI 96749 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,700.00 |
|------|---|---|---|
| | ASSOCIATED BUILDERS AND CONTRACTORS<br>HAWAII CHAPTER<br>1375 DILLINGHAM BLVD., SUITE 200<br>HONOLULU, HI 96817 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,003.40 |
|------|---|---|---|
| | AVERNA, ERICK<br>221 WAILAU PLACE<br>LAHAINA, HI 96761 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,280.00 |
|------|---|---|---|
| | AXA EQUITABLE<br>PO BOX 8004<br>BOSTON, MA 02266 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,649.55 |

BAKER, DAVID H
94101 AUHAKU PLACE
MILILANI, HI 96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,125.50 |

BALDONADO, SILVER
94-1045 KALOLI LOOP
WAIPAHU, HI 96797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |

BALDWIN, EDWARD
30 WELINA PLACE
MAKAWAO, HI 96768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,120.79 |

BARRERA, JERRY
190 ELEU PLACE
KIHEI, HI 96753

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $276,010.02 |

BEACON SALES ACQUISITION
PO BOX 740914
LOS ANGELES, CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Petersen-Dean Hawaii LLC | | Case number (if known) | 20-12814-mkn |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>BEHRENS, JAY<br>66-159 ACHIU LN<br>HALEIWA, HI 96712<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,455.57 |
|---|---|---|---|

### ADDITION

| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>BELTRAN, NORMA<br>94-1044 PAIWA PLACE<br>WAIPAHU, HI 96797<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,438.40 |
|---|---|---|---|

| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>BOARD OF WATER SUPPLY<br>630 SOUTH BERETANIA ST.<br>HONOLULU, HI 96843<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $159.85 |
|---|---|---|---|

### ADDITION

| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>BOLAND, EMMA<br>290 PORTLOCK ROAD<br>HONOLULU, HI 96825<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
|---|---|---|---|

### ADDITION

| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>BROWN, NICKI<br>87-1839 MOKILA ST<br>WAIANAE, HI 96792<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,750.00 |
|---|---|---|---|

Debtor    Petersen-Dean Hawaii LLC                          Case number (if known)  20-12814-mkn
          (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| | | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>BTC SERVICES AND REPAIR<br>PO BOX 3120<br>WAILUKU, HI  96793<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,350.00 |

**ADDITION**

| 3.33 | **Nonpriority creditor's name and mailing address**<br>BUENAVISTA, ANTHONY DENNIS<br>92-648 MEHANI STREET<br>KAPOLEI, HI  96707<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,571.76 |

**ADDITION**

| 3.34 | **Nonpriority creditor's name and mailing address**<br>BURKHALTER, BERN<br>290 FRONT STREET<br>LAHAINA, HI  96761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,907.57 |

**ADDITION**

| 3.35 | **Nonpriority creditor's name and mailing address**<br>BUSINGER, STEVEN<br>4837 SIERRA DRIVE<br>HONOLULU, HI  96816<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>CACHE VALLEY ELECTRIC CO.<br>PO BOX 405<br>LOGAN, UT  84323-0405<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,178.73 |

Debtor  Petersen Dean Hawaii LLC
        (Name)

Case number (if known) 20-12814-mkn

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

### ADDITION

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,614.27 |
|---|---|---|---|

CALHAU, PATRICIA
45-132 MOKULELE DR
KANEOHE, HI 96744

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,500.00 |
|---|---|---|---|

CALHAU, PATRICIA
45-132 MOKULELE DR
KANEOHE, HI 96744

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

CARTER, ELIZABETH
171 MAOLI PLACE
PAIA, HI 96779

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $744.82 |
|---|---|---|---|

CASE LOMBARDI & PETTIT CLIENT TRUST
MAUKA TOWER, PACIFIC GUARDIAN CTR
737 BISHOP ST, STE 2600
HONOLULU, HI 96813-3283

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,596.58 |
|---|---|---|---|

CASTAGNETTI, GENE
119 AIKAPA PL
KAILUA, HI 96734

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>CATRACCHIA, ROSLYN<br>343 NENUE STREET<br>HONOLULU, HI 96821<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

### ADDITION

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>CATRACCHIA, ROSLYN<br>343 NENUE STREET<br>HONOLULU, HI 96821<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>CCH - COURIER CORPORATION OF HAWAII<br>PO BOX 30507<br>HONOLULU, HI 96820<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,058.73 |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>CED GREENTECH<br>PO BOX 847080<br>LOS ANGELES, CA 90084-7080<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,766.64 |

### ADDITION

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br><br>CENTEIO, WILLIAM<br>84979 MOAELEHUA ST<br>WAIANAE, HI 96792<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** <br> CENTRAL MAUI PROPANE <br> P.O.BOX 2049 <br> KIHEI, HI  96753 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | $108.34 |

### ADDITION

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** <br> CHANG, BEVERLY <br> 45-722 LANIPOLA PLACE <br> KANEOHE, HI  96744 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> CUSTOMER CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | $1,000.00 |

### ADDITION

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** <br> CHING, EDRIC <br> 1435 PUEO STREET <br> HONOLULU, HI  96816 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> CUSTOMER CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | $3,364.92 |

### ADDITION

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** <br> CHOCK, GORDON <br> 1097 KAWELOKA ST <br> PEARL CITY, HI  96782 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> CUSTOMER CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | $8,000.00 |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** <br> CKM ARCHITECTS, LLC <br> 98-829 LEIALII STREET <br> AIEA, HI  96701 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | $523.56 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,459.00 |
|---|---|---|---|

CLARK, RICHARD
2503 PAUOA RD
HONOLULU, HI 96813

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,905.00 |
|---|---|---|---|

CLEMENT, HARRIET
914 19TH AVE
HONOLULU, HI 96816

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

### ADDITION

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,609.39 |
|---|---|---|---|

COLOMA, VELMA
364 S LEHUA STREET
KAHULUI, HI 96732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,401.58 |
|---|---|---|---|

COMPLETE ACCOUNTING SOLUTIONS LLC
4450 KULA HWY., 1263
KULA, HI 96790

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $364.66 |
|---|---|---|---|

COSCO, INC.
PO BOX 1300
HONOLULU, HI 96819

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Petersen Dean Hawaii LLC                                    Case number (if known)    20-12814-mkn
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

| 3.57 | **Nonpriority creditor's name and mailing address**<br>COVERALL NORTH AMERICA INC<br>2955 MOMENTUM PLACE<br>CHICAGO, IL  60689<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $496.38 |

<div align="center">

**ADDITION**

</div>

| 3.58 | **Nonpriority creditor's name and mailing address**<br>CULVER, PHILLIP<br>79 MOLEHULEHU LOOP<br>KAHULUI, HI  96732<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

<div align="center">

**DELETED**

</div>

| 3.59 | **Nonpriority creditor's name and mailing address**<br>CUTTER HONOLULU INC<br>94-152 LEONUI ST<br>WAIPAHU, HI  96797<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

<div align="center">

**ADDITION**

</div>

| 3.60 | **Nonpriority creditor's name and mailing address**<br>DAVID, NICOLE<br>269 KOMO MAI STREET<br>LAHAINA, HI  96761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>DAVID'S FENCING, INC.<br>94-079 LEOKANE ST.<br>WAIPAHU, HI  96797<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,757.03 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.62 | **Nonpriority creditor's name and mailing address**<br>D'AVIRRO, DAVID<br>551 HALELA STREET<br>KAILUA, HI 96734<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

### ADDITION

| 3.63 | **Nonpriority creditor's name and mailing address**<br>DEARBORN, THOMAS<br>2727 KAUHALE STREET<br>KIHEI, HI 96753<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

### ADDITION

| 3.64 | **Nonpriority creditor's name and mailing address**<br>DECOITE, DONALD<br>481 HAIKU RD<br>HAIKU, HI 96708<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $51,997.50 |

### ADDITION

| 3.65 | **Nonpriority creditor's name and mailing address**<br>DELUXE<br>P.O. BOX 4656<br>CAROL STREAM, IL 60197-4656<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $929.09 |

### ADDITION

| 3.66 | **Nonpriority creditor's name and mailing address**<br>DEMELLO, DORI<br>85-1429 WAIANAE VALLEY ROAD<br>WAIANAE, HI 96792<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

Debtor    Petersen Dean Hawaii LLC
          (Name)

Case number (if known) 20-12814-mkn

| Part 2: | Additional Page |
| --- | --- |

<table>
<tr><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

**ADDITION**

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,656.50 |

3.67    **Nonpriority creditor's name and mailing address**

DENNISON, DEBORAH
108 ULUMALU ROAD
HAIKU, HI 96708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,656.50

---

**ADDITION**

3.68    **Nonpriority creditor's name and mailing address**

DEPONTE, WALTIN
94-1092 PULELO STREET
WAIPAHU, HI 96797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,740.65

---

3.69    **Nonpriority creditor's name and mailing address**

DINERS CLUB (4840)
PO BOX 5732
CAROL STREAM, IL 60197-5732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,232.88

---

**ADDITION**

3.70    **Nonpriority creditor's name and mailing address**

DIRKSEN, BILLY
3130 AKALA DRIVE
KIHEI, HI 96753

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,049.43

---

3.71    **Nonpriority creditor's name and mailing address**

DOLPHIN GRAPHICS
17200 FOOTHILL BLVD.
CASTRO VALLEY, CA 94546

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.80

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,849.71 |
|---|---|---|---|

DUFFER, ROBERT
95-249 LEALEA PL
MILILANI, HI  96789

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

DURANTE, NANI
94-135 PUNANE LOOP
MILILANI, HI  96789

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,464.00 |
|---|---|---|---|

EAGLE VIEW TECHNOLOGIES, INC.
DEPT CH 16524
PALATINE, IL  60055-6524

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
|---|---|---|---|

EDGEWOOD PARTNERS INSURANCE CENTER
PO BOX 511389
LOS ANGELES, CA  90517-9944

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,749.47 |
|---|---|---|---|

ELECTRATECH SERVICES LLC
6386 AHELE DRIVE
KAPAA, HI  96746

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen Dean Hawaii, LLC | Case number (if known) | 20-12814-mkn |
|--------|---------------------------|------------------------|--------------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  | | Amount of claim |
|---|---|---|

### ADDITION

| 3.77 | **Nonpriority creditor's name and mailing address**<br>ENDICOTT, JOHN S<br>355 LAPA PLACE<br>KAILUA, HI 96734<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>ENTERPRISE FM TRUST<br>ENTERPRISE FLEET MGMT CUST BILLING<br>PO BOX 800089<br>KANSAS CITY, MO 64180-0089<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,584.73 |

### ADDITION

| 3.79 | **Nonpriority creditor's name and mailing address**<br>EVANGELISTA, MADELINE<br>958 E ONAHA PLACE<br>WAILUKU, HI 96793<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>FAMILY CUSTOM DESIGNS<br>1020 NEVADA ST., SUITE 203<br>REDLANDS, CA 92374<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,219.59 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>FASTENAL COMPANY<br>ATTN: ACCOUNTS REC<br>PO BOX 1286<br>WINONA, MN 55987-1286<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,000.58 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
|        | (Name)                   |                        |              |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.82** | **Nonpriority creditor's name and mailing address**
FEDEX
PO BOX 660481
DALLAS, TX  75266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$296.35

---

### ADDITION

**3.83** | **Nonpriority creditor's name and mailing address**
FERREIRA, FRANCES
1258 WANAKA STREET
HONOLULU, HI  96818

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,643.52

---

**3.84** | **Nonpriority creditor's name and mailing address**
FIRST HAWAII BANK
20 WEST KAAHUMANU AVENUE
KAHULUI BANKING CENTER
KAHULUI, HI  96732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$521.61

---

**3.85** | **Nonpriority creditor's name and mailing address**
FIRST HAWAII BANK
20 WEST KAAHUMANU AVENUE
KAHULUI BANKING CENTER
KAHULUI, HI  96732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$332.74

---

**3.86** | **Nonpriority creditor's name and mailing address**
FISHER HAWAII
950 MAPUNAPUNA ST.
HONOLULU, HI  96819

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$304.37

---

Debtor  Petersen Dean Hawaii LLC                                Case number (if known)  20-12814-mkn
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $465.32 |
|------|------|------|------|

3.87  **Nonpriority creditor's name and mailing address**

FUSION ELECTRIC SUPPLY LLC
59 LAA STREET, UNIT 61-B
KAHULUI, HI  96732

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim  $465.32

---

**ADDITION**

3.88  **Nonpriority creditor's name and mailing address**

GABRIELSON, BRIAN
3403 AKALA DRIVE
KIHEI, HI  96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim  $3,369.80

---

**ADDITION**

3.89  **Nonpriority creditor's name and mailing address**

GARCES, MELVYN
92-760 NOHOPAA ST
KAPOLEI, HI  96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim  $46,000.00

---

**ADDITION**

3.90  **Nonpriority creditor's name and mailing address**

GARCIA, KEVIN
92-1206 OLANA ST APT 1
KAPOLEI, HI  96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim  $0.00

---

**ADDITION**

3.91  **Nonpriority creditor's name and mailing address**

GARCIA, KEVIN
92-1206 OLANI STREET UNIT 1
KAPOLEI, HI  96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim  $1,000.00

---

Debtor    Petersen Dean Hawaii LLC                                    Case number (if known)    20-12814-mkn
          (Name)

| **Part 2:** | Additional Page | | |

|  | | | Amount of claim |
|---|---|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $740.13 |
|---|---|---|---|

3.92  **Nonpriority creditor's name and mailing address**

GARDEN ISLE DISPOSAL, INC.
2666 NIUMALU ROAD
LIHUE, HI 96766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$740.13

---

**ADDITION**

3.93  **Nonpriority creditor's name and mailing address**

GASTON, MICHAEL
550 KAMA'AHA AVE UNIT 1205
KAPOLEI, HI 96707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**ADDITION**

3.94  **Nonpriority creditor's name and mailing address**

GASTON, MICHAEL
550 KAMA'AHA AVE UNIT 1205
KAPOLEI, HI 96707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**ADDITION**

3.95  **Nonpriority creditor's name and mailing address**

GASTON, TERESA
91-925 IKULANI STREET
KAPOLEI, HI 96706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,013.09

---

**ADDITION**

3.96  **Nonpriority creditor's name and mailing address**

GINES, GIANCARLO
84-711 LAHAINA ST
WAIANAE, HI 96792

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor  Petersen Dean Hawaii LLC _____  Case number (if known) 20-12814-mkn
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

### ADDITION

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|------|-----|-----|------|

GODDARD, ANGELA
72 HULUHULU PLACE
KAHULUI, HI  96732

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|------|-----|-----|------|

GOMES, GRACE
822 KUHIO STREET
WAILUKU, HI  96793

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,265.95 |
|------|-----|-----|------|

GOMES, JAMES
8640 KULA HIGHWAY
KULA, HI  96790

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39,249.32 |
|-------|-----|-----|------|

GONSALVES, JAYZLYN-ALEIGHA
95-204 HOAKEA PLACE
MILILANI, HI  96789

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|-------|-----|-----|------|

GONSALVES, TAMMY G
410 KAHIKI ST
KAHULUI, HI  96732

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

### ADDITION

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|
| | GONSALVES, TAMMY G<br>410 KAHIKI ST<br>KAHULUI, HI 96732 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|
| | GOO, KAREN<br>531-A JUDD ST<br>HONOLULU, HI 96817 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,111.49 |
|---|---|---|---|
| | GOODYEAR TIRE & RUBBER CO.<br>121 ALAMAHA STREET<br>KAHULUI, HI 96732 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $214.13 |
|---|---|---|---|
| | GOODYEAR TIRE & RUBBER CO.<br>121 ALAMAHA STREET<br>KAHULUI, HI 96732 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|
| | GOTO, EDWIN<br>94-218 KIAHA LOOP<br>MILILANI, HI 96789 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

<table>
<tr><td></td><td></td><td></td><td style="background:#ddd">Amount of claim</td></tr>
</table>

**ADDITION**

| | | | |
|---|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>GOYA, KELLI<br>1343 HELE ST<br>KAILUA, HI  96734 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $29,629.88 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**ADDITION**

| | | | |
|---|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address**<br>GRIFFIN, CHINTANA<br>160 LUNALILO HOME ROAD<br>HONOLULU, HI  96825 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $1,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**ADDITION**

| | | | |
|---|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address**<br>HAGA, HAROLD<br>94-1424 KAHULI STREET<br>WAIPAHU, HI  96797 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>HAGGITH'S STRUCTURAL SCAN<br>47-338 MAWAENA ST.<br>KANEOHE, HI  96744 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $3,926.72 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>HALAWA HOUSE OF THE SUN LLC<br>220 LALO STREET, SUITE 1<br>KAHULUI, HI  96732 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $22,999.10 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) 20-12814-mkn |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.112** | **Nonpriority creditor's name and mailing address**
HALAWA HOUSE OF THE SUN, LLC
661 KAAPUNI PLACE
KIHEI, HI 96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEASE OBLIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**UNKNOWN**

<div align="center">

### ADDITION
</div>

**3.113** | **Nonpriority creditor's name and mailing address**
HARPER, LAN
722 ALULIKE STREET
KIHEI, HI 96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.114** | **Nonpriority creditor's name and mailing address**
HAWAII BLUEPRINT & SUPPLY
575 COOKE ST. SUITE C
HONOLULU, HI 96813

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$232.31**

**3.115** | **Nonpriority creditor's name and mailing address**
HAWAII MEDICAL SERVICE ASSOCIATION
PO BOX 29810
HONOLULU, HI 96820-2210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$85,626.76**

**3.116** | **Nonpriority creditor's name and mailing address**
HAWAII NUT & BOLT, INC
905 AHUA STREET
HONOLULU, HI 96819

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$806.93**

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|---------------------------|------------------------|--------------|
|        | (Name)                    |                        |              |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>HAWAII PETROLEUM INC<br>385 HUKILIKE ST. SUITE 101<br>KAHULUI, HI 96732<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,089.93 |

| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>HAWAII SOLAR ENERGY ASSOCIATION<br>PO BOX 37070<br>HONOLULU, HI 96819<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,500.00 |

<div align="center">**DELETED**</div>

| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>HAWAII TRUCK UPFITTERS<br>98-025 HEKAHA ST, BLDG 2 UNIT 8<br>AIEA, HI 96701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>HAWAIIAN ELECTRIC COMPANY<br>P.O. BOX 29570<br>HONOLULU, HI 96820-1970<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UTILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,666.16 |

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>HAWAIIAN TELCOM<br>624 S GRAND AVE<br>LOS ANGELES, CA 90017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,073.39 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| | | | Amount of claim |
|---|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address**<br>HAYASHIBARA, JACQUELINE<br>767 HAHAIONE STREET<br>HONOLULU, HI 96825<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30,433.36 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>HD SUPPLY CONSTR & INDUST-WHITE CAP<br>PO BOX 6040<br>CYPRESS, CA 90630-0040<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,070.58 |

### ADDITION

| 3.124 | **Nonpriority creditor's name and mailing address**<br>HEE, AL<br>1155 AKIPOLA STREET<br>KAILUA, HI 96734<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

### ADDITION

| 3.125 | **Nonpriority creditor's name and mailing address**<br>HEE, PATRICIA<br>6482 HAWAII KAI DRIVE<br>HONOLULU, HI 96825<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,663.61 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br>HERC RENTALS, INC.<br>PO BOX 936257<br>ATLANTA, GA 31193<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,835.67 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

HERSTUS, CESTMIR
657 OLINDA ROAD
MAKAWAO, HI 96768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

HETRICK, DAN
98-1722 KAAHUMANU #A
PEARL CITY, HI 96782

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00 |
|---|---|---|---|

HIDERU INOUE
2411 SAINT LOUIS DRIVE
HONOLULU, HI 96816

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,701.39 |
|---|---|---|---|

HIGA, KATHY
1239 ALA AOLANI ST
HONOLULU, HI 96819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.70 |
|---|---|---|---|

HIRERIGHT
CORPORATE RISK HOLDING III, INC.
PO BOX 847891
DALLAS, TX 75284-7891

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen | Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### ADDITION

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,200.70 |
|---|---|---|---|
| | HOKAMA, DUSTIN<br>46-165 LILIPUNA ROAD<br>KANEOHE, HI  96744 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|
| | HOLLAND, CAROL<br>28 HOOLALEI WAY<br>KIHEI, HI  96753 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $317.42 |
|---|---|---|---|
| | HONBLUE INC.<br>501 SUMNER STREET 3B1<br>HONOLULU, HI  96817 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,846.52 |
|---|---|---|---|
| | HONOLULU DISPOSAL SERVICE, INC.<br>P.O. BOX 30490<br>HONOLULU, HI  96820-0490 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,012.30 |
|---|---|---|---|
| | HONSADOR LUMBER LLC<br>250 LALO PL.<br>KAHULUI, HI  96732 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    Petersen-Dean Hawaii LLC _____    Case number (if known) 20-12814-mkn

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

### ADDITION

| 3.137 | **Nonpriority creditor's name and mailing address**<br>HOOPII, CAROL<br>301 HOKULANI STREET<br>MAKAWAO, HI 96768<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

### ADDITION

| 3.138 | **Nonpriority creditor's name and mailing address**<br>HOTTENDORF, NICHOLAS<br>45-522 LULUKU RD<br>KANEOHE, HI 96744<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

### ADDITION

| 3.139 | **Nonpriority creditor's name and mailing address**<br>HOTTENDORF, NICHOLAS<br>45-522 LULUKU RD<br>KANEOHE, HI 96744<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

### DELETED

| 3.140 | **Nonpriority creditor's name and mailing address**<br>HPM BUILDING SUPPLY<br>16-166 MELEKAHIWA STREET<br>KEAAU, HI 96749<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

### ADDITION

| 3.141 | **Nonpriority creditor's name and mailing address**<br>IKEDA, JEAN & MYLES<br>79-1014 HONUAINO ST<br>KEALAKEKUA, HI 96750<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

Debtor    Petersen-Dean Hawaii LLC        Case number (if known) 20-12814-mkn

(Name)

| **Part 2:** | Additional Page | Amount of claim |
|---|---|---|

### ADDITION

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,657.90

IMAMURA, JANICE
45-335 NAKULUAI ST
KANEOHE, HI 96744

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,331.81

INCIONG, PERFECTO
99-516 HALAWA HEIGHTS DRIVE
AIEA, HI 96701

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,331.81

INCIONG, PERFECTO
99-516A HALAWA HEIGHTS DRIVE
AIEA, HI 96701

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116,966.14

INDEPENDENT ELECTRIC SUPPLY INC
ATTN KRIS BEAUCHMAN
2001 MARINA BLVD.
SAN LEANDRO, CA 94577

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### ADDITION

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00

INDIA, MONSOON
760 S. KIHEI ROAD, #109/110
KIHEI, HI 96753

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|
| | INGRAM, TOM<br>1922 ULANA STREET<br>HONOLULU, HI 96819 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,756.89 |
|---|---|---|---|
| | INTEGRATED BUSINESS SOLUTIONS OF HI<br>99-1046 IWAENA STREET<br>AIEA, HI 96701 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $894,962.83 |
|---|---|---|---|
| | INTER ISLAND SOLAR SUPPLY<br>ATTN BRIAN GOLD, PRESIDENT<br>761 AHUA STREET<br>HONOLULU, HI 96819 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,976.00 |
|---|---|---|---|
| | ISHII, SEAN<br>334 ELELUPE ROAD<br>HONOLULU, HI 96821 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|
| | ISHIZUKA, RUSSELL<br>94-1018 WAIOLINA ST<br>WAIPAHU, HI 96797 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.152 | **Nonpriority creditor's name and mailing address**<br><br>ISRAEL III., JOHN<br>2451 KAMAILE STREET<br>WAILUKU, HI 96793<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
|---|---|---|---|

### ADDITION

| 3.153 | **Nonpriority creditor's name and mailing address**<br><br>ISRAEL III., JOHN<br>2451 KAMAILE STREET<br>WAILUKU, HI 96793<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
|---|---|---|---|

### ADDITION

| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>JACKSON, CHUCK<br>27 LAUKAHI STREET<br>KIHEI, HI 96753<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,287.05 |
|---|---|---|---|

### ADDITION

| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>JAMES P. PETERSEN<br>39300 CIVIC CENTER DRIVE<br>SUITE 300<br>FREMONT, CA 94538<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PERSONAL GUARANTEE - ROOFING SUPPLY<br>GROUP LLC<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|---|---|---|---|

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### ADDITION

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

**3.156**

**Nonpriority creditor's name and mailing address**
JAMES P. PETERSEN
39300 CIVIC CENTER DRIVE
SUITE 300
FREMONT, CA  94538

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL GUARANTEE - INDEPENDENT
ELECTRIC SUPPLY AND ONESOURCE
DISTRIBUTORS

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.157**

**Nonpriority creditor's name and mailing address**
JOHN H. RUST
92-6024 KOHI STREET
KAPOLEI, HI  96707-3302

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$830.47

---

### ADDITION

**3.158**

**Nonpriority creditor's name and mailing address**
JONES, GREGORY
209 PLANTATION CLUB DRIVE
LAHAINA, HI  96761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.159**

**Nonpriority creditor's name and mailing address**
K2N CREST
CREST CONSULTING ENGINEERS P.C.
1010 JORIE BLVD., SUITE 320
OAK BROOK, IL  60523

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,645.83

---

### ADDITION

**3.160**

**Nonpriority creditor's name and mailing address**
KAAI, JOHN
87-179 PUALEILANI STREET
WAIANAE, HI  96792

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814 mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,276.83 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KADO, KEL
91-217 AUKAHI PLACE
KAPOLEI, HI 96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,276.83

---

| 3.162 | | | $10,292.52 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KAISER PERMANENTE
P.O. BOX 29080
HONOLULU, HI 96820-1480

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,292.52

---

### ADDITION

| 3.163 | | | $58,432.72 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KAMIMOTO, LINDA
95-889 MAKEAUPEA PLACE
MILILANI, HI 96789

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,432.72

---

### ADDITION

| 3.164 | | | $34,261.35 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KAMINAGA, MICHAEL
2064 MAHAOO PL
HONOLULU, HI 96819

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,261.35

---

### ADDITION

| 3.165 | | | $39,399.30 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KANNO, LORA & ROLAND
45-601 OLAKINO PL
KANEOHE, HI 96744

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,399.30

---

Debtor    Petersen Dean Hawaii, LLC                                    Case number (if known)    20-12814-mkn

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

## ADDITION

**3.166**    **Nonpriority creditor's name and mailing address**

KANOA, DONALD
637 KEOLU DRIVE
KAILUA, HI  96734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

## ADDITION

**3.167**    **Nonpriority creditor's name and mailing address**

KINDRED, JONATHAN
129 PAHIKI PL
LAHAINA, HI  96761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$237,997.30

## ADDITION

**3.168**    **Nonpriority creditor's name and mailing address**

KIYOTOKI, LINDA
47-101 HENO PLACE
KANEOHE, HI  96744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

## ADDITION

**3.169**    **Nonpriority creditor's name and mailing address**

KLAPPERT, GERALD
2200 KAMAILE ST
WAILUKU, HI  96793

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$88,241.25

## ADDITION

**3.170**    **Nonpriority creditor's name and mailing address**

KOEBERLE, SCOTT
16-1858 34TH AVE
KEAAU, HI  96749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,937.06

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address**<br><br>KONICA MINOLTA BUSINESS SOLUTIONS<br>DEPT LA 22988<br>PASADENA, CA 91185-2988<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $206.63 |

| | | **ADDITION** | |
|---|---|---|---|

| 3.172 | **Nonpriority creditor's name and mailing address**<br><br>KRAL, DARYL<br>51-278 KAMEHAMEHA HIGHWAY<br>KAAAWA, HI 96730<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,882.54 |

| | | **ADDITION** | |
|---|---|---|---|

| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>KUMAR SHARMA, ROHITASUA<br>1334 KANEWAI STREET<br>HONOLULU, HI 96816<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $86,948.56 |

| | | **ADDITION** | |
|---|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>LAPIERRE, RUSSELL<br>91-491 KUHIALOKO STREET<br>EWA BEACH, HI 96706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>LCA BANK CORPORATION<br>1375 DEER VALLEY DR., SUITE 218<br>PARK CITY, UT 84060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,020.67 |

Debtor    Petersen Dean Hawaii LLC
          (Name)

Case number (if known)    20-12814-mkn

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address**<br>LEILA STRINGER<br>94-332 PAUWALA PLACE<br>MILILANI, HI  96789<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  $750.00 |

ADDITION

| 3.177 | **Nonpriority creditor's name and mailing address**<br>LEONG, THOMAS<br>91-1108 KAI OIO STREET<br>EWA BEACH, HI  96706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  $6,047.48 |

ADDITION

| 3.178 | **Nonpriority creditor's name and mailing address**<br>LIKES, JAMES<br>1712 HIHIMANU STREET<br>KIHEI, HI  96753<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  $1,000.00 |

ADDITION

| 3.179 | **Nonpriority creditor's name and mailing address**<br>LINKLATER, JACK<br>75-6122 LEA PL<br>KAILUA, HI  96740<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  $29,688.35 |

| 3.180 | **Nonpriority creditor's name and mailing address**<br>LIPT EAST KAAHUMANU AVE<br>C/O FESTIVAL MANAGEMENT CORPORATION<br>5901 CENTURY BLVD., SUITE 700<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Debtor    Petersen Dean Hawaii LLC
(Name)

Case number (if known) 20-12814-mkn

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,835.89 |
|---|---|---|---|

3.181 **Nonpriority creditor's name and mailing address**

LIPT EAST KAAHUMANU AVE LLC
P.O. BOX 740830
LOS ANGELES, CA 90074-0830

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,835.89

---

ADDITION

3.182 **Nonpriority creditor's name and mailing address**

LIU, JENNIFER
94-206 KALOLI PL
WAIPAHU, HI 96797

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

ADDITION

3.183 **Nonpriority creditor's name and mailing address**

LOFARO, MICHAEL
595 KAIOLA STREET
KIHEI, HI 96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

ADDITION

3.184 **Nonpriority creditor's name and mailing address**

LOGAN, ALINE
56-129 KAHANA STREET
KAHUKU, HI 96731

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,593.63

---

ADDITION

3.185 **Nonpriority creditor's name and mailing address**

LOGAN, ALINE
56-129KAHANA STREET
KAHUKU, HI 96731

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,218.63

Debtor    Petersen Dean Hawaii LLC
(Name)

Case number (if known)    20-12814-mkn

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**ADDITION**

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,706.58 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

**3.186**

**Nonpriority creditor's name and mailing address**

LOGAN, BYRON
56129 KAHANA ST
KAHUKU, HI 96731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,706.58

**ADDITION**

**3.187**

**Nonpriority creditor's name and mailing address**

LONG, JOHN
2634 DATE ST
HONOLULU, HI 96826

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**ADDITION**

**3.188**

**Nonpriority creditor's name and mailing address**

LOW, ELI
91-1161 KAILEONUI STREET
EWA BEACH, HI 96706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**ADDITION**

**3.189**

**Nonpriority creditor's name and mailing address**

LUM, DOLORES
1663 ALA MAHAMOE STREET, UNIT 2
HONOLULU, HI 96819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,619.76

**ADDITION**

**3.190**

**Nonpriority creditor's name and mailing address**

LUMPKIN, GEORGE
696 KEALAHOU ST
HONOLULU, HI 96825

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | Petersen Dean Hawaii, LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td align="right">Amount of claim</td></tr>
</table>

### ADDITION

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,358.30 |
| | LUTZ, CHRISTINE | *Check all that apply.* | |
| | 95-129 WAILAWA PLACE | ☒ Contingent | |
| | MILILANI, HI 96789 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | MACARAEG, ELPIDIO | *Check all that apply.* | |
| | 1753 HOOKUPA STREET | ☒ Contingent | |
| | PEARL CITY, HI 96782 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| | | | |
|---|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,703.59 |
| | MADEMA-SY, JEAN-CLAUDE | *Check all that apply.* | |
| | 2241 MAHINALANI PLACE | ☒ Contingent | |
| | WAILUKU, HI 96793 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| | | | |
|---|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | MAEDA, CALVIN | *Check all that apply.* | |
| | 98-1764 KAAHUMANU STREET | ☒ Contingent | |
| | PEARL CITY, HI 96782 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| | | | |
|---|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | MAEDA, CALVIN | *Check all that apply.* | |
| | 98-1764 KAAHUMANU STREET, #B | ☒ Contingent | |
| | PEARL CITY, HI 96782 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Petersen Dean Hawaii, LLC                                    Case number (if known)  20-12814-mkn
        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

### ADDITION

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

**3.196**

**Nonpriority creditor's name and mailing address**

MAKAHILAHILA, ROBERT
750 ULULANI STREET
KAILUA, HI 96734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

### ADDITION

**3.197**

**Nonpriority creditor's name and mailing address**

MAMUAD, EDDIE
1931 ULANA STREET
HONOLULU, HI 96819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,197.30

### ADDITION

**3.198**

**Nonpriority creditor's name and mailing address**

MANUEL, JOSEPH
94-470 KUAHUI STREET
WAIPAHU, HI 96797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

### ADDITION

**3.199**

**Nonpriority creditor's name and mailing address**

MANUEL, JOSEPH
94-470 KUAHUI STREET
WAIPAHU, HI 96797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

### ADDITION

**3.200**

**Nonpriority creditor's name and mailing address**

MARINI, MARK
565 KAIMAKE LOOP
KAILUA, HI 96734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) 20-12814-mkn |
|--------|--------------------------|-------------------------------------|
|        | (Name)                   |                                     |

| **Part 2:** | Additional Page | |
|-------------|-----------------|--|

| | | Amount of claim |
|--|--|----------------|

## ADDITION

| 3.201 | **Nonpriority creditor's name and mailing address**<br>MARINI, MARK<br>565 KAIMAKE LOOP<br>KAILUA, HI  96734<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |
|-------|--|--|------|

## ADDITION (3.202)

| 3.202 | **Nonpriority creditor's name and mailing address**<br>MARK HUMPHRIES<br>164 ULUMALU<br>HAIKU, HI  96708<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,566.00 |
|-------|--|--|-----------|

## ADDITION

| 3.203 | **Nonpriority creditor's name and mailing address**<br>MARTIN, MICHAEL<br>3124 KIKIHI STREET<br>KIHEI, HI  96753<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $39,155.50 |
|-------|--|--|------------|

## ADDITION

| 3.204 | **Nonpriority creditor's name and mailing address**<br>MATES, STEVEN<br>95 KAULANA ST<br>HILO, HI  96720<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $44,177.79 |
|-------|--|--|------------|

## ADDITION

| 3.205 | **Nonpriority creditor's name and mailing address**<br>MATHIAS, BENNET<br>1559 MEYERS ST UNIT G<br>HONOLULU, HI  96819<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,019.20 |
|-------|--|--|-----------|

Debtor    Petersen-Dean, Hawaii LLC                          Case number (if known)    20-12814-mkn
         (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.36
| | *Check all that apply.*

MAUI ELECTRIC CO LTD
PO BOX 310040
HONOLULU, HI 96820-1040

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**ADDITION**

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,579.70
| | *Check all that apply.*

MCCORMICK, BRANDON
1545 N. ALANIU PL
KIHEI, HI 96753

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**ADDITION**

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,592.04
| | *Check all that apply.*

MCPHEE, DENNIS
2260 PALOLO AVENUE
HONOLULU, HI 96816

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**ADDITION**

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| | *Check all that apply.*

MENCIAS, PONCIANO
94-1128 KAHUAILANI STREET
WAIPAHU, HI 96797

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**ADDITION**

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
| | *Check all that apply.*

MEYER, LEILANI
334 MALUNUI AVENUE
KAILUA, HI 96734

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Petersen Dean Hawaii LLC
_____
(Name)

Case number (if known) 20-12814-mkn
_____

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### ADDITION

| 3.211 | **Nonpriority creditor's name and mailing address**<br>MILARE, CHADRICK<br>94-1088 HAPALIMA PL<br>WAIPAHU, HI  96797<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $31,296.68 |
|---|---|---|

### ADDITION

| 3.212 | **Nonpriority creditor's name and mailing address**<br>MITSUNAGA, DAVE<br>1627 HANAI LOOP<br>HONOLULU, HI  96817<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |
|---|---|---|

### ADDITION

| 3.213 | **Nonpriority creditor's name and mailing address**<br>MITSUNAGA, DAVE<br>1627 HANAI LOOP<br>HONOLULU, HI  96817<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |
|---|---|---|

### ADDITION

| 3.214 | **Nonpriority creditor's name and mailing address**<br>MONTGOMERY, MELODY<br>61 OHAOHA PLACE<br>MAKAWAO, HI  96768<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |
|---|---|---|

### ADDITION

| 3.215 | **Nonpriority creditor's name and mailing address**<br>MOORE, JEFFREY<br>45-556 MAHINUI ROAD<br>KANEOHE, HI  96744<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |
|---|---|---|

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
MORIKAWA & ASSOCIATES, LLC
PO BOX 880280
PUKALANI, HI  96788

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**ADDITION**

3.217    **Nonpriority creditor's name and mailing address**
MORIMOTO, RENEE
7123 KUKII STREET
HONOLULU, HI  96825

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,598.74

---

3.218    **Nonpriority creditor's name and mailing address**
MSC INDUSTRIAL SUPPLY CO.
PO BOX 78845
MILWAUKEE, WI  53278-8845

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,619.00

---

**ADDITION**

3.219    **Nonpriority creditor's name and mailing address**
MUELLER, PETER
75 LUAKAHA CIRCLE
KIHEI, HI  96753

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**ADDITION**

3.220    **Nonpriority creditor's name and mailing address**
MURAKAMI, VERNE
49 PONLU CIRCLE
WAILUKU, HI  96793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

Debtor  Petersen Dean Hawaii LLC _____  Case number (if known) 20-12814-mkn

(Name)

| Part 2: | Additional Page |
| | |

| | | | Amount of claim |
| --- | --- | --- | --- |

### ADDITION

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,418.47 |
| | NAGASAWA, ROY K | *Check all that apply.* | |
| | 94-1139 AKEU PLACE | ☒ Contingent | |
| | WAIPAHU, HI 96797 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,968.38 |
| | NELMS, CHRIS | *Check all that apply.* | |
| | 243 AIOKOA STREET | ☒ Contingent | |
| | KAILUA, HI 96734 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76,744.60 |
| | NEVADO, MARK | *Check all that apply.* | |
| | 94-980 AWANANI STREET | ☒ Contingent | |
| | WAIPAHU, HI 96797 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,847.60 |
| | NORRIE, STEWART | *Check all that apply.* | |
| | 3480 MALINA PLACE | ☒ Contingent | |
| | KIHEI, HI 96753 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### ADDITION

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
| | NORRIE, STEWART | *Check all that apply.* | |
| | 3480 MALINA PLACE | ☒ Contingent | |
| | KIHEI, HI 96753 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Petersen Dean Hawaii, LLC | Case number (if known) | 20-12814-mkn |
|--------|---------------------------|------------------------|--------------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.226 | **Nonpriority creditor's name and mailing address**<br><br>OGATA, KATHY<br>585 PAPALANI STREET<br>KAILUA, HI 96734<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $93,597.04 |

### ADDITION

| 3.227 | **Nonpriority creditor's name and mailing address**<br><br>OGATA, KATHY<br>585 PAPALANI STREET<br>KAILUA, HI 96734<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,308.90 |

### ADDITION

| 3.228 | **Nonpriority creditor's name and mailing address**<br><br>OMOTO, NORITA<br>2223 KOMO MAI DRIVE<br>PEARL CITY, HI 96782<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,200.24 |

### ADDITION

| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>O'NEILL, STEVAN<br>75-289 MALULANI DR<br>KAILUA KONA, HI 96740<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18,707.10 |

### ADDITION

| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>ONESOURCE DISTRIBUTORS LLC<br>ATTN MIKE SMITH, PRESIDENT<br>P.O. BOX 740527<br>LOS ANGELES, CA 90074-0527<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,129.31 |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,661.13 |
|---|---|---|---|
| | OSHIRO, DIANA<br>95-175 WAILAWA STREET<br>MILILANI, HI  96789 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,000.00 |
|---|---|---|---|
| | OSHIRO, RICK<br>1773-C EAMES ST<br>WAHIWA, HI  96786 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

### ADDITION

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00 |
|---|---|---|---|
| | OYADOMARI, FELICE<br>94-500 MEHE PL<br>WAIPAHU, HI  96797 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $609.99 |
|---|---|---|---|
| | PACE SUPPLY CORP<br>PO BOX 6407<br>ROHNERT PARK, CA  94927-6407 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $875.00 |
|---|---|---|---|
| | PACIFIC CONCRETE CUTTING & CORING<br>PO BOX 662261<br>LIHUE, HI  96766 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
|        | (Name)                   |                        |              |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

### DELETED

**3.236** **Nonpriority creditor's name and mailing address**
PACIFIC ENERGY ALTERNATIVES
955 S. MCCARRAN BLVD
SPARKS, NV  89503

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

($145.80)

---

**3.237** **Nonpriority creditor's name and mailing address**
PAM ZUSMAN
1167 KAENA STREET
KALAHEO, HI  96741

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

### ADDITION

**3.238** **Nonpriority creditor's name and mailing address**
PANGILINAN, JAYSON
92-1267 PUEONANI STREET
KAPOLEI, HI  96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### ADDITION

**3.239** **Nonpriority creditor's name and mailing address**
PANTALEON, ALLEN R
92-44 KINOHI PL #46
KAPOLEI, HI  96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,629.17

---

### ADDITION

**3.240** **Nonpriority creditor's name and mailing address**
PASCUA, ERIN
34 IA IKI STREET
WAILUKU, HI  96793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,305.00 |

3.241 **Nonpriority creditor's name and mailing address**
PAULICON CORPORATION
3463 ASHTON COURT
PALO ALTO, CA 94306

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim $1,305.00

---

**ADDITION**

3.242 **Nonpriority creditor's name and mailing address**
PEROS, ABRAHAM
4309 OLALOA ST
HONOLULU, HI 96818

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,480.42

---

**ADDITION**

3.243 **Nonpriority creditor's name and mailing address**
PERRY, DANIEL
73-1044 AHULANI ST
KAILAUA-KONA, HI 96740

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,428.40

---

3.244 **Nonpriority creditor's name and mailing address**
PETEROCK, INC.
1961 VINEYARD STREET
WAILUKU, HI 96793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,096.35

---

**ADDITION**

3.245 **Nonpriority creditor's name and mailing address**
PETERSON, MIKE
73-1077 KUULEIALOHA CIRCLE
KAILUA, HI 96740

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,645.10

Debtor  Peterson Dean Hawaii LLC
        (Name)

Case number (if known) 20-12814-mkn

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.246 | **Nonpriority creditor's name and mailing address**<br><br>PETERSON, PAULO<br>91-103 KAOPE STREET<br>EWA BEACH, HI 96706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,303.66 |

### ADDITION

| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>PETERSON, PAULO<br>91-1037 KAOPE STREET<br>EWA BEACH, HI 96706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $56,259.00 |

### ADDITION

| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>PETRO, PAUL<br>19 HALINA STREET<br>WAILUKU, HI 96732<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $21,834.53 |

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>PIONEER ELECTRIC, INC.<br>228 MOHONUA PL.<br>HONOLULU, HI 96819<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,026.39 |

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>PITNEY BOWES<br>GLOBAL FINANCIAL SERVICES LLC<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250-7887<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $593.17 |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
| | POLITANO, DAVID | *Check all that apply.* | |
| | 160 KINOHI LOA LOOP | ☑ Contingent | |
| | WAILUKU, HI  96793 | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

### ADDITION

| | | | |
|---|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,706.73 |
| | PRIVRATSKY, SHAWN | *Check all that apply.* | |
| | 3264 KEHA DRIVE | ☑ Contingent | |
| | KIHEI, HI  96753 | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,256.47 |
| | R&C ENTERPRISES, LLC | *Check all that apply.* | |
| | R&C ROOFING CONTRACTOR | ☑ Contingent | |
| | PO BOX 583 | ☑ Unliquidated | |
| | PEARL CITY, HI  96782 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,480.17 |
| | R&R SERVICES, INC. | *Check all that apply.* | |
| | 922 AUSTIN LN., BUILDING D | ☑ Contingent | |
| | HONOLULU, HI  96817 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

### ADDITION

| | | | |
|---|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,702.41 |
| | RAMOS, JUVENAL | *Check all that apply.* | |
| | 899 N NIHEU PLACE | ☑ Contingent | |
| | LAHAINA, HI  96761 | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CUSTOMER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
|        | (Name)                   |                        |              |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,251.31 |
|---|---|---|---|

**3.256**

**Nonpriority creditor's name and mailing address**
RAMOS, NOEMI
94-203 LOAA STREET
WAIPAHU, HI  96797

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,251.31

### ADDITION

**3.257**

**Nonpriority creditor's name and mailing address**
REGO, ELLEN
3441 ALA HAUKULU STREET
HONOLULU, HI  96818

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,524.23

### ADDITION

**3.258**

**Nonpriority creditor's name and mailing address**
RENEAU, ROBBIE
1876 KOAE PLACE
WAILUKU, HI  96793

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,526.05

### ADDITION

**3.259**

**Nonpriority creditor's name and mailing address**
RICKS, JOHN
92-1288 KIKAHA ST #73
KAPOLEI, HI  96707

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,207.29

### ADDITION

**3.260**

**Nonpriority creditor's name and mailing address**
RITCHIE, JOHN
15120 HALEAKALA HIGHWAY
KULA, HI  96790

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,649.39

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

### ADDITION

| 3.261 | **Nonpriority creditor's name and mailing address**<br>ROBERTS, DAWN<br>688 KUPULAU DR<br>KIHEI, HI 96753<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33,879.93 |
|---|---|---|---|

### ADDITION

| 3.262 | **Nonpriority creditor's name and mailing address**<br>ROGERS, MATT<br>151 MELEKOMO PL<br>LAHAINA, HI 96761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $72,730.00 |
|---|---|---|---|

### ADDITION

| 3.263 | **Nonpriority creditor's name and mailing address**<br>ROUSSO, STEVEN<br>68-1122 NORTH KANIKU DR. APT#70-1<br>KAMUELA, HI 96743<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18,759.50 |
|---|---|---|---|

### ADDITION

| 3.264 | **Nonpriority creditor's name and mailing address**<br>SABALBORO, ROY<br>91-1035 KAIPALAOA ST UNIT 1301<br>EWA BEACH, HI 96706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,276.83 |
|---|---|---|---|

### ADDITION

| 3.265 | **Nonpriority creditor's name and mailing address**<br>SAKAI, WILLIAM<br>101 IIWIPOLENA<br>HILO, HI 96720<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $36,853.65 |
|---|---|---|---|

Debtor    Petersen Dean Hawaii LLC
(Name)

Case number (if known) 20-12814-mkn

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,499.30 |
|---|---|---|---|

**3.266**

**Nonpriority creditor's name and mailing address**

SAKUMA, ROLAND
99-810 HULUMANU STREET
AIEA, HI 96701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,499.30

### ADDITION

**3.267**

**Nonpriority creditor's name and mailing address**

SANCHEZ, IMELDA
3040 KAHILI STREET
HONOLULU, HI 96819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,487.68

### ADDITION

**3.268**

**Nonpriority creditor's name and mailing address**

SCHWARZ, DANIEL
661 ULUMALU STREET
KAILUA, HI 96734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$78,870.11

### ADDITION

**3.269**

**Nonpriority creditor's name and mailing address**

SHIMAMOTO, CHRIS M
92-842 KINOHI PLACE #36
KAPOLEI, HI 96707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

### ADDITION

**3.270**

**Nonpriority creditor's name and mailing address**

SHIMAURA, STANLEY
94-174 HOKUALA PL
MILILANI, HI 96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,373.15

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,817.38 |
|---|---|---|---|

**3.271**

**Nonpriority creditor's name and mailing address**

SHIRAISHI, BARNEY
94-1015 KOLIANA STREET
WAIPAHU, HI  96797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,817.38

### ADDITION

**3.272**

**Nonpriority creditor's name and mailing address**

SMITH, JAMES
91-1143 WAIKAPOO STREET
EWA BEACH, HI  96706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

### ADDITION

**3.273**

**Nonpriority creditor's name and mailing address**

SMITH, KAREN
68-126 AU STREET
WAIALUA, HI  96791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,626.34

### ADDITION

**3.274**

**Nonpriority creditor's name and mailing address**

SOUZA, ALFRED
45-024 MAHALANI CIRCLE
KANEOHE, HI  96744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

### ADDITION

**3.275**

**Nonpriority creditor's name and mailing address**

SPECTRUM BUSINESS
PO BOX 60074
CITY OF INDUSTRY, CA  91716-0074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$472.11

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### ADDITION

| 3.276 | **Nonpriority creditor's name and mailing address**<br>SPENCE, RICK<br>91-1061 MAKAHAIAKU STREET<br>KAPOLEI, HI 96707<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,303.66 |

### ADDITION

| 3.277 | **Nonpriority creditor's name and mailing address**<br>STANGELAND, RONALD<br>91-1022 KAIKO STREET<br>HAIKU, HI 96706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 |

| 3.278 | **Nonpriority creditor's name and mailing address**<br>STAPLES ADVANTAGE<br>PO BOX 660409<br>DALLAS, TX 75266-0409<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,493.16 |

### ADDITION

| 3.279 | **Nonpriority creditor's name and mailing address**<br>STEWART, DIANE<br>91-115 HALOKO PLACE<br>EWA BEACH, HI 96706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

### ADDITION

| 3.280 | **Nonpriority creditor's name and mailing address**<br>STRITMATTER, PAUL<br>77 ILIAHI WAY UNIT A<br>LAHAINA, HI 96761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $37,941.60 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,659.50 |
|---|---|---|---|

SUYAMA, KEN
1741 MAOI PLACE
HONOLULU, HI 96816

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

SZAKACS, ROBERT
105 MOLEHULEHU LOOP
KAHULUI, HI 96732

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $86,674.60 |
|---|---|---|---|

SZYMANSKI, TYTUS
4317 KAIKOO PLACE
HONOLULU, HI 96816

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

TABIN, BEN & MILAGROS
91-1003 ALEPA STREET
KAPOLEI, HI 96707

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,231.90 |
|---|---|---|---|

TAKAHASHI, ANNETTE
905 KAPOHO PLACE
HONOLULU, HI 96825

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| | | | Amount of claim |
|---|---|---|---|
| **3.286** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,515.15 |

**3.286**

**Nonpriority creditor's name and mailing address**

TAKARA, BRENT
91-1001 KEANUI DRIVE #409
EWA BEACH, HI 96706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,515.15

---

### ADDITION

**3.287**

**Nonpriority creditor's name and mailing address**

TAKENAKA, STEVEN
94-504 KEALOHI WAY
MILILANI, HI 96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,125.00

---

### ADDITION

**3.288**

**Nonpriority creditor's name and mailing address**

TAPEC, JAMES
91-1012 HULUHULU ST
EWA BEACH, HI 96706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.289**

**Nonpriority creditor's name and mailing address**

TERMINIX INTERNATIONAL CO., LP
150 PEABODY PLACE
MEMPHIS, TN 38103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$680.62

---

**3.290**

**Nonpriority creditor's name and mailing address**

TESLA, INC.
ATTN JONATHAN BUTLER, DEPUTY GEN COUNSEL
3055 CLEARVIEW WAY
SAN MATEO, CA 94402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$187,219.38

---

Debtor   Petersen-Dean Hawaii LLC
         (Name)

Case number (if known)   20-12814-mkn

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>TIRES WAREHOUSE HAWAII<br>181 DAIRY RD.<br>KAHULUI, HI 96732<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,505.89 |

<div align="center">ADDITION</div>

| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>TODD, JOHN<br>140 UWAPO ROAD<br>KIHEI, HI 96753<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

<div align="center">ADDITION</div>

| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>TOMA, SHARON<br>95-208 IKAIKA PLACE<br>MILILANI, HI 96789<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $48,835.10 |

<div align="center">ADDITION</div>

| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>TONKEL, JEFF<br>92-1134 OLANI STREET #1<br>KAPOLEI, HI 96707<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,440.00 |

<div align="center">ADDITION</div>

| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>TORRECER, LILLIAN<br>314 PALAMA DRIVE<br>KAHULUI, HI 96732<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,488.29 |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<div align="right">Amount of claim</div>

### ADDITION

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

TRAFFORD, CLARK
67-312 KANALU STREET
WAIALUA, HI 96791

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

TRINACTY, MATT
1492 AKEAKAMAI STREET
HONOLULU, HI 96816

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

ULCAK, CHRIS
356 LAPA PLACE
KAILUA, HI 96734

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

UYEMATSU, DEBBIE
360C HALELOA PL
HONOLULU, HI 96821

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CUSTOMER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $951.76 |
|---|---|---|---|

VALLEY ISLE AUTOMOTIVE INC
970 B LOWER MAIN ST.
WAILUKU, HI 96793

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### ADDITION

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

3.301 **Nonpriority creditor's name and mailing address**

VAN HOOSER, NATALIE
95-728 KAULULENA STREET
MILILANI, HI 96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

3.302 **Nonpriority creditor's name and mailing address**

VAN HOOSER, NATALIE
95-728 KAULULENA STREET
MILILANI, HI 96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

### ADDITION

3.303 **Nonpriority creditor's name and mailing address**

VELEZ, SHANIKA
94-497 HOLANIKU STREET
MILILANI, HI 96789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.304 **Nonpriority creditor's name and mailing address**

VERIZON CONNECT FLEET USA LLC
PO BOX 15043
ALBANY, NY 12212-5043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $4,356.42
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.305 **Nonpriority creditor's name and mailing address**

VERNON CENO
85-1307 KANEILIO STREET
WAIANAE, HI 96792

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $990.65
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address**<br>VINCI & ASSOCIATES<br>175 E. WILBUR ROAD, SUITE 103<br>THOUSAND OAKS, CA 91360<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,669.37 |

| 3.307 | **Nonpriority creditor's name and mailing address**<br>WASTE PRO HAWAII LLC<br>301 HANSEN RD<br>KAHULUI, HI 96732<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,320.24 |

| 3.308 | **Nonpriority creditor's name and mailing address**<br>WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,165.62 |

### ADDITION

| 3.309 | **Nonpriority creditor's name and mailing address**<br>WILSON, GUY<br>351 KAMA STREET<br>WAILUKU, HI 96793<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

### ADDITION

| 3.310 | **Nonpriority creditor's name and mailing address**<br>WONG, RALEIGH<br>7525 NAKALELE STREET<br>HONOLULU, HI 96825<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $37,119.56 |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**ADDITION**

| 3.311 | **Nonpriority creditor's name and mailing address**<br>WOOD, BOB<br>129 HOOLAAU STREET<br>WAILUKU, HI  96793<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |
|---|---|---|---|
| 3.312 | **Nonpriority creditor's name and mailing address**<br>WSP USA BUILDINGS INC<br>1 PENN PLAZA<br>250 W 34TH ST 2ND FL<br>NEW YORK, NY  10119<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $36,858.62 |

**ADDITION**

| 3.313 | **Nonpriority creditor's name and mailing address**<br>YONAHARA, BOB<br>1877 KOAE PLACE<br>WAILUKU, HI  96793<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,581.57 |
|---|---|---|---|

**ADDITION**

| 3.314 | **Nonpriority creditor's name and mailing address**<br>YOSHINAGA, GENE<br>44-174 NANAMOANA STREET<br>KANEOHE, HI  96744<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $24,797.22 |
|---|---|---|---|

**ADDITION**

| 3.315 | **Nonpriority creditor's name and mailing address**<br>YOUNG, ANTHONY<br>2204 APAAKUMA STREET<br>PEARL CITY, HI  96782<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $19,313.74 |
|---|---|---|---|

Debtor  Petersen-Dean Hawaii, LLC _____    Case number (if known) 20-12814-mkn
        (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### ADDITION

3.316 **Nonpriority creditor's name and mailing address**

YOUNG, ANTHONY
2204 APAAKUMA STREET
PEARL CITY, HI 96782

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$389.28

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $21,150.13 |
| **5b.** Total claims from Part 2 | 5b. + | $5,960,692.17 |
| **5c.** Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $5,981,842.30 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          04/19

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official
    Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|----|----|----|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - 220 LALO ST, UNIT #1, KAHULUI, HI 96732 - OFFICE | 220 LALO PLACE, LLC<br>661 KAAPPUNI PLACE<br>KIHEI, HI 96753 |
| | **State the term remaining** | 9/30/2021 | |
| | **List the contract number of any government contract** | | |
| | | **ADDITION** | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Acierto, Phillip & PD Hawaii; Trans Type: Financed by - Greensky Reg;  Payments Rec'd: $20,801.96;  Billed: $20,801.96;  Bal Due to PD: $20,801.95; Proj. Status: Pre-Permitting / In Progress; Contract Date: 06/26/2019 | Acierto, Phillip<br>94-1199 Keahua Loop<br>Waipahu, HI  96797 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| | | **ADDITION** | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Adams, Mike & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $7,829.32; Bal Due to PD: $13,658.63; Proj. Status: CAP Req / In Progress; Contract Date: 04/30/2020 | Adams, Mike<br>40 Kane Road<br>Haiku, HI  96708 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC
          (Name)                                              Case number (if known)    20-12814-mkn

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Alipio, Thomas & PD Hawaii; Trans Type: Financed by - Greensky Reg;  Payments Rec'd: $34,435.71;  Billed: $40,512.60; Bal Due to PD: $6,076.89; Proj. Status: PTO / In Progress; Contract Date: 10/23/2019 | Alipio, Thomas 91-6503 Kapolei Pkwy Ewa Beach, HI  96706 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: ALOHA EYE CLINIC LTD DATED 12/30/2019 | ALOHA EYE CLINIC LTD DR JIVIN TANTISIRA 450 HOOKAHI STREET WAILUKU, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Altenhof, Bruce & PD Hawaii; Trans Type: Financed by - Greensky Reg;  Payments Rec'd: $22,717.76;  Billed: $32,453.95; Bal Due to PD: $9,736.19; Proj. Status: Permitting / In Progress; Contract Date: 01/31/2019 | Altenhof, Bruce 94-1061 Anania Circle Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Arrisgado, Francoise & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $31,163.88; Bal Due to PD: $62,327.75; Proj. Status: Pre-Permitting / In Progress; Contract Date: 02/26/2020 | Arrisgado, Francoise 3362 Campbell Avenue Honolulu, HI  96815 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ashmore, Doug & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $36,123.84;  Billed: $37,629.00; Bal Due to PD: $1,505.16; Proj. Status: Permitting / In Progress; Contract Date: 05/30/2019 | Ashmore, Doug 161353 37th Ave Keaau, HI  96749 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen-Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Averna, Erick & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $47,003.40;  Billed: $47,003.40; Bal Due to PD: $46,003.39; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 06/05/2019 | Averna, Erick<br>221 Wailau Place<br>Lahaina, HI  96761 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Baker, David H & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $34,649.55;  Billed: $35,399.55; Bal Due to PD: $750.00; Proj. Status: Install / Mat'l Delay; Contract Date: 12/15/2018 | Baker, David H<br>94101 Auhaku Place<br>Mililani, HI  96789 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Baldonado, Silver & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $11,572.00;  Billed: $11,572.00; Bal Due to PD: $0.00; Proj. Status: Scheduling / In Progress; Contract Date: 07/12/2018 | Baldonado, Silver<br>94-1045 Kaloli Loop<br>Waipahu, HI  96797 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Baldwin, Edward & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $39,342.90; Bal Due to PD: $76,685.80; Proj. Status: Pre-Permitting / Cust Delay; Contract Date: 01/21/2020 | Baldwin, Edward<br>30 Welina Place<br>Makawao, HI  96768 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Barrera, Jerry & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $2,120.79;  Billed: $2,120.79; Bal Due to PD: $5,438.60; Proj. Status: Site Survey / In Progress; Contract Date: 06/22/2020 | Barrera, Jerry<br>190 Eleu Place<br>Kihei, HI  96753 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Petersen Dean Hawaii LLC                                    Case number (if known)   20-12814-mkn
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Behrens, Jay & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $53,216.51; Billed: $56,017.41; Bal Due to PD: $2,800.90; Proj. Status: Scheduling / MPU Delay; Contract Date: 08/06/2019 | Behrens, Jay 66-159 Achiu Ln Haleiwa, HI 96712 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Beltran, Norma & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $56,438.40; Billed: $56,388.41; Bal Due to PD: $-49.99; Proj. Status: Final Inspection / In Progress; Contract Date: 08/01/2019 | Beltran, Norma 94-1044 Paiwa Place Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Boland, Emma & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $1,000.00; Billed: $1,000.00; Bal Due to PD: $33,687.48; Proj. Status: Design / In Progress; Contract Date: 09/04/2019 | Boland, Emma 290 Portlock Road Honolulu, HI 96825 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Brown, Nicki & PD Hawaii; Trans Type: Financed by - Greensky Reg; Payments Rec'd: $16,750.00; Billed: $70,139.00; Bal Due to PD: $53,389.00; Proj. Status: Install / In Progress; Contract Date: 09/15/2019 | Brown, Nicki 87-1839 Mokila St WAianae, HI 96792 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Buenavista, Anthony Dennis & PD Hawaii; Trans Type: Financed by - Greensky Reg; Payments Rec'd: $8,571.76; Billed: $6,472.00; Bal Due to PD: $-2,099.76; Proj. Status: PTO / In Progress; Contract Date: 11/15/2019 | Buenavista, Anthony Dennis 92-648 Mehani Street Kapolei, HI 96707 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Burkhalter, Bern & PD Hawaii; Trans Type: Cash; Payments Rec'd: $17,907.57; Billed: $17,960.57; Bal Due to PD: $17,013.56; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 02/07/2020 | Burkhalter, Bern 290 Front Street Lahaina, HI 96761 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Businger, Steven & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $9,788.50; Bal Due to PD: $17,577.00; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 02/28/2020 | Businger, Steven 4837 Sierra Drive Honolulu, HI 96816 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Calhau, Patricia & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $59,511.30; Billed: $62,317.01; Bal Due to PD: $2,805.71; Proj. Status: Install / In Progress; Contract Date: 08/16/2019 | Calhau, Patricia 45213 Mokulele Dr Kaneohe, HI 96744 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Carter, Elizabeth & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $9,188.84; Proj. Status: Design / In Progress; Contract Date: 05/31/2020 | Carter, Elizabeth 171 Maoli Place Paia, HI 96779 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Castagnetti, Gene & PD Hawaii; Trans Type: Cash; Payments Rec'd: $24,596.58;  Billed: $41,114.19; Bal Due to PD: $32,906.25; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 08/22/2019 | Castagnetti, Gene 119 Aikapa Pl Kailua, HI 96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Petersen-Dean Hawaii LLC                                  Case number (if known) 20-12814-mkn
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Catracchia, Roslyn & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $3,272.00; Bal Due to PD: $7,294.00; Proj. Status: Permitting / In Progress; Contract Date: 04/22/2020 | Catracchia, Roslyn 343 Nenue Street Honolulu, HI  96821 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Catracchia, Roslyn & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $3,272.00; Bal Due to PD: $7,294.00; Proj. Status: Permitting / In Progress; Contract Date: 04/22/2020 | Catracchia, Roslyn 343 Nenue Street Honolulu, HI  96821 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Centeio, William & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $38,161.12; Bal Due to PD: $43,450.36; Proj. Status: Scheduling / Cust Delay; Contract Date: 03/07/2019 | Centeio, William 84979 Moaelehua St Waianae, HI  96792 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Chang, Beverly & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $24,350.30; Bal Due to PD: $46,700.60; Proj. Status: Pre-Permitting / On Hold; Contract Date: 09/30/2019 | Chang, Beverly 45-722 Lanipola Place Kaneohe, HI  96744 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: SPECTRUM REMOVE & REINSTALL DATED 5/8/2020 | CHARTER COMMUNICATIONS |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: SPECTRUM REROOF DATED 5/8/2020 | CHARTER COMMUNICATIONS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| | | | |
|---|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ching, Edric & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,364.92;  Billed: $3,364.92; Bal Due to PD: $4,614.92; Proj. Status: Permitting / In Progress; Contract Date: 05/30/2020 | Ching, Edric 1435 Pueo Street Honolulu, HI  96816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| | | | |
|---|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Chock, Gordon & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $8,000.00; Billed: $31,421.48; Bal Due to PD: $23,421.48; Proj. Status: Final Inspection / In Progress; Contract Date: 04/28/2019 | Chock, Gordon 1097 Kaweloka St Pearl City, HI  96782 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| | | | |
|---|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Clark, Richard & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $6,459.00;  Billed: $7,209.00; Bal Due to PD: $750.00; Proj. Status: Final Inspection / In Progress; Contract Date: 08/04/2019 | Clark, Richard 2503 Pauoa Rd Honolulu, HI  96813 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| | | | |
|---|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Clement, Harriet & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $3,905.00;  Billed: $8,560.00; Bal Due to PD: $4,655.00; Proj. Status: Scheduling / ReroofDelay; Contract Date: 02/18/2019 | Clement, Harriet 914 19th Ave Honolulu, HI  96816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC                              Case Number (known)    20-12814-mkn
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Coloma, Velma & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,609.39;  Billed: $7,968.78; Bal Due to PD: $4,359.39; Proj. Status: PTO / Legal Delay; Contract Date: 04/06/2019 | Coloma, Velma
364 S Lehua Street
Kahului, HI  96732 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Culver, Phillip & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $13,899.00; Proj. Status: Design / In Progress; Contract Date: 06/22/2020 | Culver, Phillip
79 Molehulehu Loop
Kahului, HI  96732 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: David, Nicole & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $13,839.76; Bal Due to PD: $27,679.52; Proj. Status: Permitting / In Progress; Contract Date: 01/10/2020 | David, Nicole
269 Komo Mai Street
Lahaina, HI  96761 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: D'Avirro, David & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $31,087.50; Proj. Status: CAP Req / In Progress; Contract Date: 05/31/2020 | D'Avirro, David
551 Halela Street
Kailua, HI  96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Dearborn, Thomas & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $69,773.40; Proj. Status: Site Survey / Cust Delay; Contract Date: 05/14/2020 | Dearborn, Thomas
2727 Kauhale Street
Kihei, HI  96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12813 mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Decoite, Donald & PD Hawaii; Trans Type: Cash; Payments Rec'd: $51,997.50; Billed $87,695.75; Bal Due to PD: $50,997.50; Proj. Status: Scheduling / Cust Delay; Contract Date: 08/15/2019 | Decoite, Donald<br>481 Haiku Rd<br>Haiku, HI 96708 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Demello, Dori & PD Hawaii; Trans Type: Financed by - Sunlight Fin; Payments Rec'd: $0.00; Billed: $59,174.45; Bal Due to PD: $69,617.00; Proj. Status: Pre-Permitting / Sales Delay; Contract Date: 08/18/2018 | Demello, Dori<br>85-1429 Waianae Valley Road<br>Waianae, HI 96792 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Dennison, Deborah & PD Hawaii; Trans Type: Cash; Payments Rec'd: $38,656.50; Billed: $38,656.50; Bal Due to PD: $37,656.50; Proj. Status: Pre-Permitting / In Progress; Contract Date: 11/19/2019 | Dennison, Deborah<br>108 Ulumalu Road<br>Haiku, HI 96708 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Deponte, Waltin & PD Hawaii; Trans Type: Financed by - Greensky Reg; Payments Rec'd: $47,740.65; Billed: $55,989.00; Bal Due to PD: $8,248.35; Proj. Status: Final Inspection / In Progress; Contract Date: 12/20/2019 | Deponte, Waltin<br>94-1092 Pulelo Street<br>Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Dirksen, Stephanie & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $57,651.69; Billed: $60,104.16; Bal Due to PD: $2,452.47; Proj. Status: Warranty / Util Delay; Contract Date: 04/10/2019 | Dirksen, Stephanie<br>3130 Akala Drive<br>Kihei, HI 96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii, LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Duffer, Debbie & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $37,151.91;  Billed: $38,994.40; Bal Due to PD: $1,842.49; Proj. Status: Install / In Progress; Contract Date: 07/25/2019 | Duffer, Debbie 95-249 Lealea Pl Mililani, HI  96789 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Durante, Nani & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00; Billed: $29,210.98; Bal Due to PD: $34,365.85; Proj. Status: Scheduling / Sales Delay; Contract Date: 05/13/2019 | Durante, Nani 94-135 Punane Loop Mililani, HI  96789 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Endicott, John S & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00; Billed: $33,067.20; Bal Due to PD: $66,134.39; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 04/15/2019 | Endicott, John S 355 Lapa Place Kailua, HI  96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | BUILDER AGREEMENT RE: KIHAPAI HUI DATED 12/18/2019 | ETERNAX SOLAR 564 WALD IRVINE, CA  92618 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Evangelista, Madeline & PD Hawaii; Trans Type: Financed by - Svc Fin Pre;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $6,350.62; Proj. Status: Site Survey / In Progress; Contract Date: 05/17/2020 | Evangelista, Madeline 958 E Onaha Place Wailuku, HI  96793 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: INTERNATIONAL TRUCKING (CONTRACT) DATED 9/26/2019 | FAR WEST PROPERTIES, LLC MARK YRAGUI 91-554 KOMOHANA STREET LOT 9 KAPOLEI, HI 96707 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ferreira, Frances & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $31,681.73; Billed: $33,113.91; Bal Due to PD: $1,432.17; Proj. Status: Install / In Progress; Contract Date: 01/29/2020 | Ferreira, Frances 1258 Wanaka Street Honolulu, HI 96818 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Gabrielson, Brian & PD Hawaii; Trans Type: Cash; Payments Rec'd: $3,369.80;  Billed: $3,369.80; Bal Due to PD: $4,869.80; Proj. Status: Design / In Progress; Contract Date: 06/22/2020 | Gabrielson, Brian 3403 Akala Drive Kihei, HI 96753 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Garces, Melvyn & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $46,000.00; Billed: $46,329.20; Bal Due to PD: $329.20; Proj. Status: PTO / In Progress; Contract Date: 07/06/2019 | Garces, Melvyn 92-760 Nohopaa St Kapolei, HI 96707 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Garcia, Kevin & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $8,890.00; Bal Due to PD: $8,890.00; Proj. Status: Permitting / In Progress; Contract Date: 10/08/2019 | Garcia, Kevin 92-1206 Olana St Apt 1 Kapolei, HI 96707 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii, LLC | Case Number (known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Garcia, Kevin & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd $1,000.00; Billed $21,914.40; Bal Due to PD: $20,914.40; Proj. Status: Permitting / In Progress; Contract Date: 10/08/2019 | Garcia, Kevin 92-1206 Olani Street Unit 1 Kapolei, HI 96707 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Gaston, Michael & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00; Billed: $29,048.80; Bal Due to PD: $34,175.05; Proj. Status: Permitting / Cust FinDel; Contract Date: 07/11/2018 | Gaston, Michael 550 Kama'aha Ave Unit 1205 Kapolei, HI 96707 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Gaston, Michael & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $7,354.00; Bal Due to PD: $7,354.00; Proj. Status: Scheduling / Cust FinDel; Contract Date: 07/11/2018 | Gaston, Michael 550 Kama'aha Ave Unit 1205 Kapolei, HI 96707 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Gaston, Teresa & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,013.09;  Billed: $3,013.09; Bal Due to PD: $4,263.08; Proj. Status: Design / In Progress; Contract Date: 06/25/2020 | Gaston, Teresa 91-925 Ikulani Street Kapolei, HI 96706 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Gines, Giancarlo & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $38,204.10; Bal Due to PD: $44,946.00; Proj. Status: Permitting / In Progress; Contract Date: 05/08/2019 | Gines, Giancarlo 84-711 Lahaina St Waianae, HI 96792 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12813-mkn |
|--------|--------------------------|------------------------|--------------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Goddard, Angela & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $58,401.68; Proj. Status: Design / In Progress; Contract Date: 06/09/2020 | Goddard, Angela 72 Huluhulu Place Kahului, HI  96732 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Gomes, Grace & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $38,062.60; Proj. Status: Design / In Progress; Contract Date: 06/11/2020 | Gomes, Grace 822 Kuhio Street Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Gomes, James & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,265.95;  Billed: $3,265.95; Bal Due to PD: $4,765.95; Proj. Status: Design / In Progress; Contract Date: 06/05/2020 | Gomes, James 8640 Kula Highway Kula, HI  96790 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Gonsalves, Jayzlyn-Aleigha & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $39,249.32; Billed: $39,249.32; Bal Due to PD: $38,249.32; Proj. Status: Pre-Permitting / In Progress; Contract Date: 03/12/2020 | Gonsalves, Jayzlyn-Aleigha 95-204 Hoakea Place Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Gonsalves, Tammy G & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $7,499.50; Bal Due to PD: $12,999.00; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 07/13/2019 | Gonsalves, Tammy G 410 Kahiki St Kahului, HI  96732 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Petersen Dean Hawaii LLC                          Case Number (if known) 20-12814-mkn
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Gonsalves, Tammy G & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $13,299.05; Bal Due to PD: $13,999.00; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 07/13/2019 | Gonsalves, Tammy G 410 Kahiki St Kahului, HI  96732 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Goo, Karen & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $47,439.77; Bal Due to PD: $49,379.14; Proj. Status: Permitting / In Progress; Contract Date: 07/03/2019 | Goo, Karen 531-A Judd St Honolulu, HI  96817 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Goto, Edwin & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $0.00;  Billed: $2,681.68; Bal Due to PD: $6,613.36; Proj. Status: Pre-Permitting / In Progress; Contract Date: 05/27/2020 | Goto, Edwin 94-218 Kiaha Loop Mililani, HI  96789 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Goya, Kelli & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $32,772.71; Billed: $34,254.20; Bal Due to PD: $1,481.49; Proj. Status: Scheduling / On Hold; Contract Date: 08/18/2019 | Goya, Kelli 1343 Hele Street Kailua, HI  96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Griffin, Chintana & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $25,458.50; Proj. Status: CAP Req / In Progress; Contract Date: 05/29/2020 | Griffin, Chintana 160 Lunalilo Home Road Honolulu, HI  96825 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>ADDITION</b></td></tr>
<tr>
<td>2.69</td>
<td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td>
<td>Consumer Const. Contract: Haga, Harold & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $0.00;  Billed: $1,000.00; Bal Due to PD: $30,482.17; Proj. Status: Design / Sales Delay; Contract Date: 02/12/2020</td>
<td>Haga, Harold<br>94-1424 Kahuli Street<br>Waipahu, HI  96797</td>
</tr>
<tr>
<td></td>
<td><b>State the term remaining</b></td>
<td>CURRENT</td>
<td></td>
</tr>
<tr>
<td></td>
<td><b>List the contract number of any government contract</b></td>
<td></td>
<td></td>
</tr>
<tr>
<td>2.70</td>
<td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td>
<td>LEASE AGREEMENT - 99-1265 HALAWA VALLEY ST, AIEA, HI 96701 - OFFICE</td>
<td>HALAWA HOUSE OF THE SUN, LLC<br>661 KAAPUNI PLACE<br>KIHEI, HI  96753</td>
</tr>
<tr>
<td></td>
<td><b>State the term remaining</b></td>
<td>9/30/2021</td>
<td></td>
</tr>
<tr>
<td></td>
<td><b>List the contract number of any government contract</b></td>
<td></td>
<td></td>
</tr>
<tr><td colspan="3" align="center"><b>ADDITION</b></td></tr>
<tr>
<td>2.71</td>
<td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td>
<td>Consumer Const. Contract: Harper, Lan & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $48,296.50; Bal Due to PD: $91,281.00; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 11/15/2019</td>
<td>Harper, Lan<br>722 Alulike Street<br>Kihei, HI  96753</td>
</tr>
<tr>
<td></td>
<td><b>State the term remaining</b></td>
<td>CURRENT</td>
<td></td>
</tr>
<tr>
<td></td>
<td><b>List the contract number of any government contract</b></td>
<td></td>
<td></td>
</tr>
<tr><td colspan="3" align="center"><b>ADDITION</b></td></tr>
<tr>
<td>2.72</td>
<td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td>
<td>Consumer Const. Contract: Hayashibara, Jacqueline & PD Hawaii; Trans Type: Cash; Payments Rec'd: $30,433.36;  Billed: $35,627.48; Bal Due to PD: $5,194.12; Proj. Status: Install / Util Delay; Contract Date: 10/26/2019</td>
<td>Hayashibara, Jacqueline<br>767 Hahaione Street<br>Honolulu, HI  96825</td>
</tr>
<tr>
<td></td>
<td><b>State the term remaining</b></td>
<td>CURRENT</td>
<td></td>
</tr>
<tr>
<td></td>
<td><b>List the contract number of any government contract</b></td>
<td></td>
<td></td>
</tr>
<tr><td colspan="3" align="center"><b>ADDITION</b></td></tr>
<tr>
<td>2.73</td>
<td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td>
<td>Consumer Const. Contract: Hee, Al & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $103,690.59; Proj. Status: CAP Req / In Progress; Contract Date: 04/30/2020</td>
<td>Hee, Al<br>1155 Akipola Street<br>Kailua, HI  96734</td>
</tr>
<tr>
<td></td>
<td><b>State the term remaining</b></td>
<td>CURRENT</td>
<td></td>
</tr>
<tr>
<td></td>
<td><b>List the contract number of any government contract</b></td>
<td></td>
<td></td>
</tr>
</table>

| Debtor | Petersen Dean Hawaii LLC | Case Number (known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Hee, Patricia & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $6,663.61;  Billed: $7,413.61; Bal Due to PD: $750.00; Proj. Status: Final Inspection / In Progress; Contract Date: 02/21/2020 | Hee, Patricia 6482 Hawaii Kai Drive Honolulu, HI  96825 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Herstus, Cestmir & PD Hawaii; Trans Type: Cash; Payments Rec'd: $0.00;  Billed: $1,000.00; Bal Due to PD: $32,263.28; Proj. Status: Site Survey / In Progress; Contract Date: 06/10/2020 | Herstus, Cestmir 657 Olinda Road Makawao, HI  96768 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Hetrick, Dan & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $28,800.00; Proj. Status: Pre-Permitting / HOA Delay; Contract Date: 01/22/2017 | Hetrick, Dan 98-1722 Kaahumanu #A Pearl City, HI  96782 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Higa, Kathy & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $27,701.39;  Billed: $32,413.40; Bal Due to PD: $4,712.01; Proj. Status: Final Inspection / In Progress; Contract Date: 08/01/2019 | Higa, Kathy 1239 Ala Aolani St Honolulu, HI  96819 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Hokama, Dustin & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $20,200.70;  Billed: $33,641.19; Bal Due to PD: $21,052.92; Proj. Status: Redesign / MPU Delay; Contract Date: 06/23/2019 | Hokama, Dustin 46-165 Lilipuna Road Kaneohe, HI  96744 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor  Petersen Dean Hawaii, LLC                                    Case Number (known)  20-12814-mkn

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Holland, Carol & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $17,711.91; Proj. Status: CAP NReq / In Progress; Contract Date: 04/30/2020 | Holland, Carol 28 Hoolalei Way Kihei, HI 96753 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Hoopii, Carol & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $37,422.00; Proj. Status: Design / In Progress; Contract Date: 06/10/2020 | Hoopii, Carol 301 Hokulani Street Makawao, HI 96768 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Hottendorf, Nicholas & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $6,582.45; Bal Due to PD: $8,478.50; Proj. Status: CAP Req / Cust Delay; Contract Date: 08/08/2019 | Hottendorf, Nicholas 45-522 Luluku Rd Kaneohe, HI 96744 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Hottendorf, Nicholas & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $66,217.35; Bal Due to PD: $67,272.40; Proj. Status: Redesign / Cust Delay; Contract Date: 08/06/2019 | Hottendorf, Nicholas 45-522 Luluku Rd Kaneohe, HI 96744 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: IAO GARDENS  AOAO DATED 8/27/2019 | IAO GARDENS AOAO PERRY KUNIN / NATHAN DOLE 2180 VINEYARD STREET WAILUKU, HI 96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Ikeda, Jean & Myles & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $39,379.00; Proj. Status: Design / In Progress; Contract Date: 06/13/2019 | Ikeda, Jean & Myles 79-1014 Honuaino St Kealakekua, HI  96750 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Imamura, Janice & PD Hawaii; Trans Type: Financed by - Greensky Reg;  Payments Rec'd: $27,657.90;  Billed: $29,448.93; Bal Due to PD: $6,987.90; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 09/13/2019 | Imamura, Janice 45-335 Nakuluai St Kaneohe, HI  96744 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Inciong, Perfecto & PD Hawaii; Trans Type: Cash; Payments Rec'd: $3,331.81;  Billed: $7,413.62; Bal Due to PD: $4,081.80; Proj. Status: Scheduling / In Progress; Contract Date: 11/18/2019 | Inciong, Perfecto 99-516 Halawa Heights Drive Aiea, HI  96701 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Inciong, Perfecto & PD Hawaii; Trans Type: Cash; Payments Rec'd: $3,331.81;  Billed: $7,413.62; Bal Due to PD: $4,081.80; Proj. Status: Scheduling / In Progress; Contract Date: 11/18/2019 | Inciong, Perfecto 99-516A Halawa Heights Drive Aiea, HI  96701 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: India, Monsoon & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $148,780.12; Proj. Status: Site Survey / In Progress; Contract Date: 04/08/2020 | India, Monsoon 760 S. Kihei Road, #109/110 Kihei, HI  96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii, LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ingram, Tom & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $55,751.40; Proj. Status: CAP Req / In Progress; Contract Date: 05/02/2020 | Ingram, Tom<br>1922 Ulana Street<br>Honolulu, HI  96819 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ishii, Sean & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $2,976.00;  Billed: $2,976.00; Bal Due to PD: $4,386.00; Proj. Status: Permitting / In Progress; Contract Date: 05/21/2020 | Ishii, Sean<br>334 Elelupe Road<br>Honolulu, HI  96821 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ishizuka, Russell & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $15,769.94; Bal Due to PD: $29,539.89; Proj. Status: CAP Req / Sales Delay; Contract Date: 08/13/2019 | Ishizuka, Russell<br>94-1018 Waiolina St<br>Waipahu, HI  96797 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Israel III., John & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $31,298.77; Proj. Status: Design / In Progress; Contract Date: 04/06/2020 | Israel III., John<br>2451 Kamaile Street<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Israel III., John & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $38,218.50; Proj. Status: Design / In Progress; Contract Date: 04/06/2020 | Israel III., John<br>2451 Kamaile Street<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen-Dean Hawaii, LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Jackson, Chuck & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $10,287.05;  Billed: $10,287.05; Bal Due to PD: $9,287.05; Proj. Status: Permitting / Util Delay; Contract Date: 02/14/2020 | Jackson, Chuck 27 Laukahi Street Kihei, HI  96753 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | JIM PETERSEN - GENERAL CONTINUING GUARANTY OF PAYMENT - INDEPENDENT ELECTRIC SUPPLY, INC., INC. AND ONESOURCE DISTRIBUTORS, LLC, INC EXECUTED 3/13/20 | JAMES P. PETERSEN 39300 CIVIC CENTER DRIVE SUITE 300 FREMONT, CA  94538 |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | JIM PETERSEN PERSONAL GUARANTEE OF ROOFING SUPPLY GROUP LLC DATED 1/23/2013 | JAMES P. PETERSEN 39300 CIVIC CENTER DRIVE SUITE 300 FREMONT, CA  94538 |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Jones, Gregory & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $44,596.68; Proj. Status: CAP NReq / In Progress; Contract Date: 02/27/2020 | Jones, Gregory 209 Plantation Club Drive Lahaina, HI  96761 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kaai, John & PD Hawaii; Trans Type: Financed by - Greensky Reg;  Payments Rec'd: $0.00; Billed: $20,537.00; Bal Due to PD: $41,074.00; Proj. Status: Pre-Permitting / In Progress; Contract Date: 03/17/2020 | Kaai, John 87-179 Pualeilani Street Waianae, HI  96792 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) 20-12814-mkn |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | **ADDITION** | |
|---|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kado, Kel & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,276.83;  Billed: $7,303.66; Bal Due to PD: $4,026.83; Proj. Status: Install / In Progress; Contract Date: 02/23/2020 | Kado, Kel 91-217 Aukahi Place Kapolei, HI  96707 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: KAI WAHINE COMMUNITY CENTER DATED 8/15/2019 | KAI WAHINE COMMUNITY CENTER ROBYBE VETTRAINO TMK KIHEI, HI  96753 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: KAI WAHINE PUMP HOUSE DATED 8/16/2019 | KAI WAHINE COMMUNITY CENTER ROBYBE VETTRAINO TMK KIHEI, HI  96753 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| | | **ADDITION** | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kamimoto, Linda & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $63,858.61;  Billed: $77,822.13; Bal Due to PD: $13,963.52; Proj. Status: Install / MPU Delay; Contract Date: 08/01/2019 | Kamimoto, Linda 95-889 Makeaupea Place Mililani, HI  96789 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| | | **ADDITION** | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kaminaga, Michael & PD Hawaii; Trans Type: Cash; Payments Rec'd: $34,261.35;  Billed: $40,131.00; Bal Due to PD: $5,869.65; Proj. Status: Final Inspection / In Progress; Contract Date: 10/10/2019 | Kaminaga, Michael 2064 Mahaoo Pl Honolulu, HI  96819 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kanno, Lora & Roland & PD Hawaii; Trans Type: Cash; Payments Rec'd: $39,399.30; Billed: $66,278.81; Bal Due to PD: $38,399.30; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 07/25/2019 | Kanno, Lora & Roland 45-601 Olakino Pl Kaneohe, HI 96744 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kanoa, Donald & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $30,866.18; Proj. Status: CAP Req / In Progress; Contract Date: 01/13/2020 | Kanoa, Donald 637 Keolu Drive Kailua, HI 96734 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kindred, Jonathan & PD Hawaii; Trans Type: Cash; Payments Rec'd: $237,997.30;  Billed: $239,597.30; Bal Due to PD: $241,197.29; Proj. Status: Install / In Progress; Contract Date: 09/17/2018 | Kindred, Jonathan 129 Pahiki Pl Lahaina, HI 96761 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kiyotoki, Linda & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $19,220.48; Proj. Status: Design / In Progress; Contract Date: 06/25/2020 | Kiyotoki, Linda 47-101 Heno Place Kaneohe, HI 96744 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Klappert, Gerald & PD Hawaii; Trans Type: Cash; Payments Rec'd: $88,241.25;  Billed: $103,636.76; Bal Due to PD: $15,395.51; Proj. Status: Install / In Progress; Contract Date: 05/08/2019 | Klappert, Gerald 2200 Kamaile St Wailuku, HI 96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC                                     Case Number (if known)    20-12814-mkn
           (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Koeberle, Scott & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $50,937.06;  Billed: $59,749.48; Bal Due to PD: $8,812.42; Proj. Status: Permitting / In Progress; Contract Date: 05/31/2019 | Koeberle, Scott 16-1858 34th Ave Keaau, HI 96749 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kral, Daryl & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $2,882.54;  Billed: $2,882.54; Bal Due to PD: $4,132.54; Proj. Status: Design / In Progress; Contract Date: 06/16/2020 | Kral, Daryl 51-278 Kamehameha Highway Kaaawa, HI 96730 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Kumar Sharma, Rohitasua & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $86,948.56;  Billed: $91,007.00; Bal Due to PD: $4,058.44; Proj. Status: Permitting / In Progress; Contract Date: 10/08/2019 | Kumar Sharma, Rohitasua 1334 Kanewai Street Honolulu, HI 96816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Lapierre, Russell & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $19,900.00; Proj. Status: CAP Req / In Progress; Contract Date: 04/15/2020 | Lapierre, Russell 91-491 Kuhialoko Street Ewa Beach, HI 96706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Leong, Thomas & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $6,047.48;  Billed: $6,047.48; Bal Due to PD: $5,047.47; Proj. Status: Permitting / In Progress; Contract Date: 04/07/2020 | Leong, Thomas 91-1108 Kai Oio Street Ewa Beach, HI 96706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC

(Name)

Case number (if known)   20-12814-mkn

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Likes, James & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $7,699.50; Bal Due to PD: $13,399.00; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 02/28/2020 | Likes, James<br>1712 Hihimanu Street<br>Kihei, HI  96753 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Linklater, Jack & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $29,688.35;  Billed: $34,751.00; Bal Due to PD: $5,062.65; Proj. Status: Scheduling / In Progress; Contract Date: 06/03/2019 | Linklater, Jack<br>75-6122 Lea Pl<br>Kailua, HI  96740 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - 70 E KAAHUMANU AVE, UNIT C-3, KAHULUI, HI 96732 - WAREHOUSE | LIPT EAST KAAHUMANU AVE<br>C/O FESTIVAL MANAGEMENT CORPORATION<br>5901 CENTURY BLVD., SUITE 700<br>LOS ANGELES, CA  90045 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Liu, Jennifer & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $1,000.00; Billed: $63,319.31; Bal Due to PD: $65,651.90; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 08/17/2019 | Liu, Jennifer<br>94-206 Kaloli Pl<br>Waipahu, HI  96797 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Lofaro, Michael & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $8,541.59; Bal Due to PD: $15,083.17; Proj. Status: Pre-Permitting / Cust Delay; Contract Date: 03/01/2020 | Lofaro, Michael<br>595 Kaiola Street<br>Kihei, HI  96753 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC                                    Case Number (if known)    20-12813-mkn
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Logan, Aline & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $27,593.63; Billed: $27,593.63; Bal Due to PD: $921.37; Proj. Status: CAP Req / ReroofDelay; Contract Date: 06/02/2019 | Logan, Aline<br>56-129 Kahana Street<br>Kahuku, HI  96731 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Logan, Aline & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $7,218.63; Billed: $7,218.63; Bal Due to PD: $1,671.37; Proj. Status: CAP Req / ReroofDelay; Contract Date: 06/06/2019 | Logan, Aline<br>56-129Kahana Street<br>Kahuku, HI  96731 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Long, John & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00; Billed: $23,664.17; Bal Due to PD: $27,840.20; Proj. Status: Permitting / Cust FinDel; Contract Date: 10/25/2018 | Long, John<br>2634 Date St<br>Honolulu, HI  96826 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Low, Eli & PD Hawaii; Trans Type: Financed by - Sunlight Fin;  Payments Rec'd: $0.00;  Billed: $31,534.18; Bal Due to PD: $63,068.36; Proj. Status: Pre-Permitting / In Progress; Contract Date: 05/01/2020 | Low, Eli<br>91-1161 Kaileonui Street<br>Ewa Beach, HI  96706 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Lum, Dolores & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,619.76;  Billed: $7,989.53; Bal Due to PD: $4,369.77; Proj. Status: Install / Cust Delay; Contract Date: 04/08/2019 | Lum, Dolores<br>1663 Ala Mahamoe Street, Unit 2<br>Honolulu, HI  96819 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Lumpkin, George & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $34,374.48; Bal Due to PD: $34,324.49; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 05/20/2019 | Lumpkin, George<br>696 Kealahou St<br>Honolulu, HI  96825 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Lutz, Christine & PD Hawaii; Trans Type: Cash;  Payments Rec'd $37,358.30;  Billed: $76,616.60; Bal Due to PD: $39,258.30; Proj. Status: CAP Req / MPU Delay; Contract Date: 09/30/2019 | Lutz, Christine<br>95-129 Wailawa Place<br>Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Macaraeg, Elpidio & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $16,369.50; Bal Due to PD: $32,739.00; Proj. Status: Pre-Permitting / Cust Delay; Contract Date: 11/07/2019 | Macaraeg, Elpidio<br>1753 Hookupa Street<br>Pearl City, HI  96782 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Madema-Sy, Jean-Claude & PD Hawaii; Trans Type: Cash;  Payments Rec'd $14,703.59; Billed: $24,996.10; Bal Due to PD: $14,703.58; Proj. Status: Permitting / Util Delay; Contract Date: 02/11/2020 | Madema-Sy, Jean-Claude<br>2241 Mahinalani Place<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Maeda, Calvin & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $8,079.97; Proj. Status: Permitting / Sales Delay; Contract Date: 10/30/2018 | Maeda, Calvin<br>98-1764 Kaahumanu Street<br>Pearl City, HI  96782 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Maeda, Calvin & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $49,666.32; Proj. Status: Permitting / Sales Delay; Contract Date: 10/30/2018 | Maeda, Calvin<br>98-1764 Kaahumanu Street, #B<br>Pearl City, HI 96782 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Makahilahila, Robert & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $0.00; Billed: $38,904.40; Bal Due to PD: $38,904.40; Proj. Status: Install / Mat'l Delay; Contract Date: 01/14/2020 | Makahilahila, Robert<br>750 Ululani Street<br>Kailua, HI 96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Mamuad, Eddie & PD Hawaii; Trans Type: Cash; Payments Rec'd: $29,197.30; Billed: $29,197.30; Bal Due to PD: $28,197.30; Proj. Status: Pre-Permitting / In Progress; Contract Date: 08/01/2019 | Mamuad, Eddie<br>1931 Ulana Street<br>Honolulu, HI 96819 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Manuel, Joseph & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $0.00; Billed: $5,692.21; Bal Due to PD: $12,134.42; Proj. Status: Pre-Permitting / On Hold; Contract Date: 11/08/2019 | Manuel, Joseph<br>94-470 Kuahui Street<br>Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Manuel, Joseph & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $1,000.00; Billed: $31,874.50; Bal Due to PD: $61,749.00; Proj. Status: Pre-Permitting / On Hold; Contract Date: 11/08/2019 | Manuel, Joseph<br>94-470 Kuahui Street<br>Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|--------|--------------------------|------------------------|--------------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Marini, Mark & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $36,591.50; Bal Due to PD: $73,183.00; Proj. Status: Pre-Permitting / In Progress; Contract Date: 04/28/2020 | Marini, Mark<br>565 Kaimake Loop<br>Kailua, HI  96734 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Marini, Mark & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $4,071.93; Bal Due to PD: $8,893.85; Proj. Status: Permitting / In Progress; Contract Date: 04/28/2020 | Marini, Mark<br>565 Kaimake Loop<br>Kailua, HI  96734 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Martin, Michael & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $39,155.50; Billed: $39,155.50; Bal Due to PD: $38,155.50; Proj. Status: Pre-Permitting / In Progress; Contract Date: 05/29/2020 | Martin, Michael<br>3124 Kikihi Street<br>Kihei, HI  96753 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Mates, Steven & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $44,177.79;  Billed: $44,177.79; Bal Due to PD: $7,619.61; Proj. Status: Permitting / In Progress; Contract Date: 05/30/2019 | Mates, Steven<br>95 Kaulana St<br>Hilo, HI  96720 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Mathias, Bennet & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $2,019.20;  Billed: $29,798.55; Bal Due to PD: $30,145.60; Proj. Status: Scheduling / In Progress; Contract Date: 06/23/2019 | Mathias, Bennet<br>1559 Meyers St Unit G<br>Honolulu, HI  96819 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: McCormick, Brandon & PD Hawaii; Trans Type: Cash; Payments Rec'd: $3,579.70; Billed: $3,579.70; Bal Due to PD: $4,329.70; Proj. Status: Scheduling / In Progress; Contract Date: 10/22/2019 | McCormick, Brandon 1545 N. Alaniu Pl Kihei, HI 96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: McPhee, Dennis & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $41,579.41;  Billed: $43,459.00; Bal Due to PD: $1,879.59; Proj. Status: Install / ReroofDelay; Contract Date: 11/13/2019 | McPhee, Dennis 2260 Palolo Avenue Honolulu, HI 96816 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Mencias, Ponciano & PD Hawaii; Trans Type: Unknown;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $14,735.00; Proj. Status: Site Survey / Sales Delay; Contract Date: 02/11/2020 | Mencias, Ponciano 94-1128 Kahuailani Street Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Meyer, Leilani & PD Hawaii; Trans Type: Unknown; Payments Rec'd: $1,000.00;  Billed: $18,159.60; Bal Due to PD: $34,319.20; Proj. Status: Redesign / In Progress; Contract Date: 12/21/2019 | Meyer, Leilani 334 Malunui Avenue Kailua, HI 96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Milare, Chadrick & PD Hawaii; Trans Type: Cash; Payments Rec'd: $31,296.68;  Billed: $37,787.69; Bal Due to PD: $6,491.01; Proj. Status: Final Inspection / In Progress; Contract Date: 08/12/2019 | Milare, Chadrick 94-1088 Hapalima Pl Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Miller, David & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $47,116.50; Bal Due to PD: $92,233.00; Proj. Status: Pre-Permitting / In Progress; Contract Date: 02/26/2020 | Miller, David 147 Haniu Street Lahaina, HI 96761 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Mitsunaga, Dave & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $42,661.50; Proj. Status: CAP NReq / Sales Delay; Contract Date: 01/16/2020 | Mitsunaga, Dave 1627 Hanai Loop Honolulu, HI 96817 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Mitsunaga, Dave & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $6,396.99; Proj. Status: CAP NReq / Sales Delay; Contract Date: 01/16/2020 | Mitsunaga, Dave 1627 Hanai Loop Honolulu, HI 96817 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Montgomery, Melody & PD Hawaii; Trans Type: Cash; Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $31,660.91; Proj. Status: Design / In Progress; Contract Date: 05/31/2020 | Montgomery, Melody 61 Ohaoha Place Makawao, HI 96768 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Moore, Jeffrey & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $21,275.75; Bal Due to PD: $42,551.50; Proj. Status: Pre-Permitting / In Progress; Contract Date: 01/09/2020 | Moore, Jeffrey 45-556 Mahinui Road Kaneohe, HI 96744 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC                                    Case Number (if known)    20-12814-mkn
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** ||
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Morimoto, Renee & PD Hawaii; Trans Type: Cash; Payments Rec'd: $41,598.74; Billed: $79,098.74; Bal Due to PD: $37,500.00; Proj. Status: Scheduling / In Progress; Contract Date: 04/10/2019 | Morimoto, Renee 7123 Kukii Street Honolulu, HI 96825 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **ADDITION** |||
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Mueller, Peter & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $12,653.56; Proj. Status: Design / In Progress; Contract Date: 05/26/2020 | Mueller, Peter 75 Luakaha Circle Kihei, HI 96753 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **ADDITION** |||
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Murakami, Verne & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $1,000.00;  Billed: $20,054.50; Bal Due to PD: $38,109.00; Proj. Status: Pre-Permitting / In Progress; Contract Date: 04/03/2020 | Murakami, Verne 49 Ponlu Circle Wailuku, HI 96793 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **ADDITION** |||
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Nagasawa, Roy K & PD Hawaii; Trans Type: Financed by - Greensky Reg; Payments Rec'd: $27,418.47;  Billed: $34,476.12; Bal Due to PD: $7,057.65; Proj. Status: Install / In Progress; Contract Date: 03/21/2019 | Nagasawa, Roy K 94-1139 Akeu Place Waipahu, HI 96797 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **ADDITION** |||
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Nelms, Chris & PD Hawaii; Trans Type: Cash; Payments Rec'd: $30,968.38;  Billed: $36,256.92; Bal Due to PD: $5,288.54; Proj. Status: Warranty / In Progress; Contract Date: 11/01/2019 | Nelms, Chris 243 Aiokoa Street Kailua, HI 96734 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii, LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Nevado, Mark & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $76,744.60;  Billed: $76,744.60; Bal Due to PD: $0.00; Proj. Status: Final Inspection / In Progress; Contract Date: 09/13/2019 | Nevado, Mark 94-980 Awanani Street Waipahu, HI  96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Norrie, Stewart & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $13,205.20; Bal Due to PD: $24,410.40; Proj. Status: Pre-Permitting / In Progress; Contract Date: 01/29/2020 | Norrie, Stewart 3480 Malina Place Kihei, HI  96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Norrie, Stewart & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $20,847.60;  Billed: $20,847.60; Bal Due to PD: $19,847.60; Proj. Status: Pre-Permitting / In Progress; Contract Date: 01/29/2020 | Norrie, Stewart 3480 Malina Place Kihei, HI  96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Ogata, Kathy & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $4,308.90;  Billed: $4,308.90; Bal Due to PD: $4,308.90; Proj. Status: Pre-Permitting / In Progress; Contract Date: 12/13/2019 | Ogata, Kathy 585 Papalani Street Kailua, HI  96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Ogata, Kathy & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $93,597.04;  Billed: $109,937.69; Bal Due to PD: $16,340.65; Proj. Status: PTO / In Progress; Contract Date: 03/13/2019 | Ogata, Kathy 585 Papalani Street Kailua, HI  96734 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Petersen Dean Hawaii LLC                                    Case Number (known) 20-12814-mkn
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

<table>
<tr><td colspan="2" align="center">ADDITION</td></tr>
<tr><td>2.159</td><td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td><td>Consumer Const. Contract: Omoto, Norita & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $32,297.49; Billed: $33,757.50; Bal Due to PD: $1,460.01; Proj. Status: Install / ReroofDelay; Contract Date: 05/26/2019</td><td>Omoto, Norita<br>2223 Komo Mai Drive<br>Pearl City, HI  96782</td></tr>
<tr><td></td><td><b>State the term remaining</b></td><td>CURRENT</td><td></td></tr>
<tr><td></td><td><b>List the contract number of any government contract</b></td><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="2" align="center">ADDITION</td></tr>
<tr><td>2.160</td><td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td><td>Consumer Const. Contract: O'Neill, Stevan & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $18,707.10;  Billed: $36,414.20; Bal Due to PD: $17,707.10; Proj. Status: Permitting / In Progress; Contract Date: 07/04/2019</td><td>O'Neill, Stevan<br>75-289 Malulani Dr<br>Kailua Kona, HI  96740</td></tr>
<tr><td></td><td><b>State the term remaining</b></td><td>CURRENT</td><td></td></tr>
<tr><td></td><td><b>List the contract number of any government contract</b></td><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="2" align="center">ADDITION</td></tr>
<tr><td>2.161</td><td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td><td>Consumer Const. Contract: Oshiro, Diane & Michael & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $21,781.87;  Billed: $21,781.87; Bal Due to PD: $716.53; Proj. Status: Pre-Permitting / In Progress; Contract Date: 12/10/2019</td><td>Oshiro, Diane & Michael<br>95-175 Wailawa Street<br>Mililani, HI  96789</td></tr>
<tr><td></td><td><b>State the term remaining</b></td><td>CURRENT</td><td></td></tr>
<tr><td></td><td><b>List the contract number of any government contract</b></td><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="2" align="center">ADDITION</td></tr>
<tr><td>2.162</td><td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td><td>Consumer Const. Contract: Oshiro, Diane & Michael & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $7,938.47;  Billed: $7,938.47; Bal Due to PD: $1,466.53; Proj. Status: CAP Req / In Progress; Contract Date: 03/18/2020</td><td>Oshiro, Diane & Michael<br>95-175 Wailawa Street<br>Mililani, HI  96789</td></tr>
<tr><td></td><td><b>State the term remaining</b></td><td>CURRENT</td><td></td></tr>
<tr><td></td><td><b>List the contract number of any government contract</b></td><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="2" align="center">ADDITION</td></tr>
<tr><td>2.163</td><td><b>State what the contract or lease is for and the nature of the debtor's interest</b></td><td>Consumer Const. Contract: Oshiro, Rick & PD Hawaii; Trans Type: Financed by - Hawaii Credi;  Payments Rec'd: $11,000.00; Billed: $54,358.46; Bal Due to PD: $52,774.66; Proj. Status: Pre-Permitting / On Hold; Contract Date: 05/02/2019</td><td>Oshiro, Rick<br>1773-C Eames St<br>Wahiwa, HI  96786</td></tr>
<tr><td></td><td><b>State the term remaining</b></td><td>CURRENT</td><td></td></tr>
<tr><td></td><td><b>List the contract number of any government contract</b></td><td></td><td></td></tr>
</table>

| Debtor | Petersen Dean Hawaii LLC | Case Number (known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Oyadomari, Felice & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $750.00; Billed: $11,663.08; Bal Due to PD: $10,913.08; Proj. Status: Final Inspection / In Progress; Contract Date: 10/16/2019 | Oyadomari, Felice<br>94-500 Mehe Pl<br>Waipahu, HI  96797 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Pangilinan, Jayson & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $9,290.00; Proj. Status: Design / Sales Delay; Contract Date: 11/15/2019 | Pangilinan, Jayson<br>92-1267 Pueonani Street<br>Kapolei, HI  96707 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Pantaleon, Allen R & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $7,629.17;  Billed: $12,269.59; Bal Due to PD: $6,629.16; Proj. Status: CAP NReq / HOA Delay; Contract Date: 12/06/2018 | Pantaleon, Allen R<br>92-44 Kinohi Pl #46<br>Kapolei, HI  96707 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Pascua, Erin & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $17,700.00; Bal Due to PD: $32,400.00; Proj. Status: Design / In Progress; Contract Date: 05/15/2020 | Pascua, Erin<br>34 Ia Iki Street<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Peros, Abraham & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $59,046.99;  Billed: $61,671.00; Bal Due to PD: $2,624.01; Proj. Status: Warranty / In Progress; Contract Date: 09/16/2019 | Peros, Abraham<br>4309 Olaloa Street<br>Honolulu, HI  96818 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii, LLC | Case Number (if known) 20-12814-mkn |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Perry, Daniel & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $35,428.40; Billed: $41,504.00; Bal Due to PD: $6,075.60; Proj. Status: Permitting / In Progress; Contract Date: 07/28/2019 | Perry, Daniel 73-1044 Ahulani St Kailaua-Kona, HI  96740 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Peterson, Mike & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $22,645.10;  Billed: $44,290.20; Bal Due to PD: $21,645.10; Proj. Status: Permitting / In Progress; Contract Date: 07/29/2019 | Peterson, Mike 73-1077 Kuuleialoha Circle Kailua, HI  96740 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Peterson, Paulo & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $7,303.66;  Billed: $7,303.66; Bal Due to PD: $0.00; Proj. Status: Final Inspection / In Progress; Contract Date: 11/06/2019 | Peterson, Paulo 91-103 Kaope Street Ewa Beach, HI  96706 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Peterson, Paulo & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $56,259.00; Billed: $56,259.00; Bal Due to PD: $0.00; Proj. Status: Install / Mat'l Delay; Contract Date: 11/08/2019 | Peterson, Paulo 91-1037 Kaope Street Ewa Beach, HI  96706 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Petro, Paul & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $21,834.53;  Billed: $21,834.53; Bal Due to PD: $20,834.52; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 01/07/2020 | Petro, Paul 19 Halina Street Wailuku, HI  96732 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Politano, David & PD Hawaii; Trans Type: Unknown; Payments Rec'd: $0.00;  Billed: $4,047.20; Bal Due to PD: $8,094.40; Proj. Status: Site Survey / [-not-set-]; Contract Date: 07/01/2020 | Politano, David 160 Kinohi Loa Loop Wailuku, HI  96793 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Privratsky, Shawn & PD Hawaii; Trans Type: Cash; Payments Rec'd: $45,706.73;  Billed: $45,706.73; Bal Due to PD: $1,000.01; Proj. Status: Install / On Hold; Contract Date: 01/15/2019 | Privratsky, Shawn 3264 Keha Drive Kihei, HI  96753 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Ramos, Juvenal & PD Hawaii; Trans Type: Cash; Payments Rec'd: $4,702.41;  Billed: $4,802.41; Bal Due to PD: $6,202.41; Proj. Status: Design / In Progress; Contract Date: 05/28/2020 | Ramos, Juvenal 899 N Niheu Place Lahaina, HI  96761 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Ramos, Noemi & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $8,251.31;  Billed: $8,251.31; Bal Due to PD: $0.00; Proj. Status: Final Inspection / In Progress; Contract Date: 02/14/2020 | Ramos, Noemi 94-203 Loaa Street Waipahu, HI  96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Rego, Ellen & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $36,637.19; Billed: $38,313.40; Bal Due to PD: $1,676.21; Proj. Status: Scheduling / MPU Delay; Contract Date: 11/04/2019 | Rego, Ellen 3441 Ala Haukulu Street Honolulu, HI  96818 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Reneau, Robbie & PD Hawaii; Trans Type: Cash; Payments Rec'd: $2,526.05; Billed: $2,526.05; Bal Due to PD: $4,026.05; Proj. Status: Pre-Permitting / In Progress; Contract Date: 06/02/2020 | Reneau, Robbie<br>1876 Koae Place<br>Wailuku, HI  96793 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ricks, John & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $29,880.84; Billed: $31,453.52; Bal Due to PD: $1,572.68; Proj. Status: Scheduling / On Hold; Contract Date: 06/23/2019 | Ricks, John<br>92-1288 Kikaha St #73<br>Kapolei, HI  96707 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: 100 KAMAOLE  SOLAR HOT WATER DATED 2/11/2020 | RIEDEL CONSTRUCTION, INC<br>PO BOX 1656<br>KAHULUI, HI  96733 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ritchie, John & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $16,649.39;  Billed: $16,649.39; Bal Due to PD: $15,649.38; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 04/29/2020 | Ritchie, John<br>15120 Haleakala Highway<br>Kula, HI  96790 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Roberts, Dawn & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $33,879.93;  Billed: $56,895.88; Bal Due to PD: $32,879.92; Proj. Status: Scheduling / Cust Delay; Contract Date: 02/01/2019 | Roberts, Dawn<br>688 Kupulau Dr<br>Kihei, HI  96753 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Petersen Dean Hawaii LLC                                    Case Number (if known)  20-12814-mkn
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Rogers, Matt & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $72,730.00;  Billed: $72,730.00; Bal Due to PD: $0.00; Proj. Status: Final Inspection / In Progress; Contract Date: 10/04/2019 | Rogers, Matt 151 Melekomo Pl Lahaina, HI  96761 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Rousso, Steven & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $18,759.50;  Billed: $31,191.15; Bal Due to PD: $17,759.50; Proj. Status: Pre-Permitting / In Progress; Contract Date: 05/22/2019 | Rousso, Steven 68-1122 North Kaniku Dr. Apt#70-1 Kamuela, HI  96743 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Sabalboro, Roy & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $3,276.83;  Billed: $4,026.83; Bal Due to PD: $4,026.83; Proj. Status: Permitting / MPU Delay; Contract Date: 09/09/2018 | Sabalboro, Roy 91-1035 Kaipalaoa St Unit 1301 Ewa Beach, HI  96706 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Sakai, William & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $36,853.65;  Billed: $43,180.76; Bal Due to PD: $6,327.11; Proj. Status: Final Inspection / In Progress; Contract Date: 11/29/2018 | Sakai, William 101 Iiwipolena Hilo, HI  96720 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Sakuma, Roland & PD Hawaii; Trans Type: Cash; Payments Rec'd: $28,499.30;  Billed: $28,449.30; Bal Due to PD: $27,449.30; Proj. Status: Permitting / In Progress; Contract Date: 04/01/2020 | Sakuma, Roland 99-810 Hulumanu Street Aiea, HI  96701 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii, LLC | Case Number (known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Sanchez, Imelda & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $35,547.03;  Billed: $35,806.45; Bal Due to PD: $2,143.97; Proj. Status: Permitting / In Progress; Contract Date: 09/11/2019 | Sanchez, Imelda<br>3040 Kahili Street<br>Honolulu, HI  96819 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Sanchez, Imelda & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $5,742.75;  Billed: $5,742.75; Bal Due to PD: $1,052.25; Proj. Status: Permitting / In Progress; Contract Date: 09/11/2019 | Sanchez, Imelda<br>3040 Kahili Street<br>Honolulu, HI  96819 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Schwarz, Daniel & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $82,489.49;  Billed: $86,433.00; Bal Due to PD: $3,943.51; Proj. Status: Scheduling / ReroofDelay; Contract Date: 12/31/2019 | Schwarz, Daniel<br>661 Ulumalu Street<br>Kailua, HI  96734 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Shimamoto, Chris M & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $1,000.00;  Billed: $19,628.52; Bal Due to PD: $19,661.60; Proj. Status: Pre-Permitting / Cust Delay; Contract Date: 09/20/2019 | Shimamoto, Chris M<br>92-842 Kinohi Place #36<br>Kapolei, HI  96707 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Shimaura, Stan & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $32,488.74; Billed: $32,488.74; Bal Due to PD: $1,468.66; Proj. Status: Pre-Permitting / On Hold; Contract Date: 06/21/2019 | Shimaura, Stan<br>94-174 Hokuala Pl<br>Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Shiraishi, Barney & PD Hawaii; Trans Type: Cash; Payments Rec'd: $17,817.38; Billed: $34,634.76; Bal Due to PD: $16,817.38; Proj. Status: Scheduling / On Hold; Contract Date: 10/31/2019 | Shiraishi, Barney 94-1015 Koliana Street Waipahu, HI 96797 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Smith, James & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $1,000.00; Billed: $38,103.98; Bal Due to PD: $74,207.96; Proj. Status: Pre-Permitting / In Progress; Contract Date: 04/24/2020 | Smith, James 91-1143 Waikapoo Street Ewa Beach, HI 96706 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Smith, Karen & PD Hawaii; Trans Type: Unknown; Payments Rec'd: $16,626.34;  Billed: $17,626.34; Bal Due to PD: $17,626.34; Proj. Status: Pre-Permitting / ReroofDelay; Contract Date: 04/08/2020 | Smith, Karen 68-126 Au Street Waialua, HI 96791 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Souza, Alfred & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $24,025.50; Bal Due to PD: $48,051.00; Proj. Status: CAP Req / On Hold; Contract Date: 11/15/2019 | Souza, Alfred 45-024 Mahalani Circle Kaneohe, HI 96744 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Consumer Const. Contract: Spence, Rick & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $7,303.66;  Billed: $7,303.66; Bal Due to PD: $0.00; Proj. Status: Final Inspection / In Progress; Contract Date: 01/31/2020 | Spence, Rick 91-1061 Makahaiaku Street Kapolei, HI 96707 |
|---|---|---|---|
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Petersen Dean Hawaii, LLC | Case number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Stangeland, Ronald & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $21,084.50; Bal Due to PD: $42,169.00; Proj. Status: Pre-Permitting / In Progress; Contract Date: 11/11/2019 | Stangeland, Ronald 91-1022 Kaiko Street Haiku, HI  96706 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Stewart, Diane & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $12,433.40; Proj. Status: Design / In Progress; Contract Date: 05/22/2020 | Stewart, Diane 91-115 Haloko Place Ewa Beach, HI  96706 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Stritmatter, Paul & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $37,941.60;  Billed: $37,941.60; Bal Due to PD: $36,941.60; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 02/07/2020 | Stritmatter, Paul 77 Iliahi Way Unit A Lahaina, HI  96761 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Suyama, Ken & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $18,659.50;  Billed: $18,659.50; Bal Due to PD: $17,659.50; Proj. Status: Permitting / In Progress; Contract Date: 04/08/2020 | Suyama, Ken 1741 Maoi Place Honolulu, HI  96816 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Szakacs, Robert & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $15,667.82; Proj. Status: CAP NReq / In Progress; Contract Date: 05/29/2020 | Szakacs, Robert 105 Molehulehu Loop Kahului, HI  96732 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii, LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Szymanski, Tytus & PD Hawaii; Trans Type: Cash; Payments Rec'd: $86,674.60; Billed: $96,194.00; Bal Due to PD: $9,519.40; Proj. Status: Final Inspection / Cust Delay; Contract Date: 08/01/2018 | Szymanski, Tytus<br>4317 Kaikoo Place<br>Honolulu, HI 96816 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Tabin, Ben & Milagros & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $1,000.00; Billed: $20,280.00; Bal Due to PD: $38,560.00; Proj. Status: Permitting / HOA Delay; Contract Date: 11/26/2019 | Tabin, Ben & Milagros<br>91-1003 Alepa Street<br>Kapolei, HI 96707 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Takahashi, Tod & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $46,711.41; Billed: $46,711.41; Bal Due to PD: $2,111.59; Proj. Status: Pre-Permitting / MPU Delay; Contract Date: 03/02/2020 | Takahashi, Tod<br>905 Kapoho Place<br>Honolulu, HI 96825 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Takara, Brent & PD Hawaii; Trans Type: Financed by - Greensky Reg; Payments Rec'd: $36,515.15; Billed: $42,959.00; Bal Due to PD: $6,443.85; Proj. Status: PTO / In Progress; Contract Date: 11/21/2019 | Takara, Brent<br>91-1001 Keanui Drive #409<br>Ewa Beach, HI 96706 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Takenaka, Steven & PD Hawaii; Trans Type: Financed by Svc Fin Co; Payments Rec'd: $53,593.75; Billed: $59,733.00; Bal Due to PD: $6,139.25; Proj. Status: PTO / In Progress; Contract Date: 11/20/2019 | Takenaka, Steven<br>2821 Kihei Place<br>Honolulu, HI 96816 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (Known) | 20-12813-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Tapec, James & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $0.00; Bal Due to PD: $42,959.00; Proj. Status: CAP Req / Cust Delay; Contract Date: 09/18/2019 | Tapec, James<br>91-1012 Huluhulu St<br>Ewa Beach, HI  96706 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENDED TRADE PAYABLES AGREEMENT TO ALLOW PDI/PDS/PDH TO VENDOR BALANCE THROUGH DECEMBER 18, 2020. | TARGRAY TECHNOLOGY INTERNATIONAL<br>8105 TRANSCANADIENNE<br>KIRKLAND, QC  H9J3Z4<br>CANADA |
|---|---|---|---|
| | **State the term remaining** | 1/14/2020 | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Todd, John & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $11,947.04; Proj. Status: CAP Req / In Progress; Contract Date: 05/18/2020 | Todd, John<br>140 Uwapo Road<br>Kihei, HI  96753 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Toma, Sharon & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $48,835.10; Billed: $68,670.20; Bal Due to PD: $19,835.10; Proj. Status: PTO / In Progress; Contract Date: 11/01/2019 | Toma, Sharon<br>95-208 Ikaika Place<br>Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Tonkel, Jeff & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $15,440.00;  Billed: $29,880.00; Bal Due to PD: $14,440.00; Proj. Status: Permitting / In Progress; Contract Date: 07/30/2019 | Tonkel, Jeff<br>92-1134 Olani Street #1<br>Kapolei, HI  96707 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Petersen Dean Hawaii LLC                                    Case Number (known)    20-12814-mkn
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Torrecer, Lillian & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $2,488.29;  Billed: $2,488.29; Bal Due to PD: $3,988.29; Proj. Status: Design / In Progress; Contract Date: 06/15/2020 | Torrecer, Lillian<br>314 Palama Drive<br>Kahului, HI  96732 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Trafford, Clark & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $0.00;  Billed: $29,975.15; Bal Due to PD: $59,950.30; Proj. Status: Pre-Permitting / In Progress; Contract Date: 04/03/2020 | Trafford, Clark<br>67-312 Kanalu Street<br>Waialua, HI  96791 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Trinacty, Matt & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $16,357.18; Proj. Status: Redesign / MPU Delay; Contract Date: 01/28/2020 | Trinacty, Matt<br>1492 Akeakamai Street<br>Honolulu, HI  96816 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Ulcak, Chris & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $31,446.80; Proj. Status: Redesign / In Progress; Contract Date: 02/10/2020 | Ulcak, Chris<br>356 Lapa Place<br>Kailua, HI  96734 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Uyematsu, Debbie & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00;  Billed: $34,935.61; Bal Due to PD: $41,100.72; Proj. Status: Redesign / On Hold; Contract Date: 07/23/2018 | Uyematsu, Debbie<br>360C Haleloa PL<br>Honolulu, HI  96821 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Van Hooser, Natalie & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD $61,267.64; Proj. Status: Design / In Progress; Contract Date: 05/18/2020 | Van Hooser, Natalie<br>95-728 Kaululena Street<br>Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Van Hooser, Natalie & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $0.00; Billed: $0.00; Bal Due to PD: $8,721.00; Proj. Status: Design / In Progress; Contract Date: 05/27/2020 | Van Hooser, Natalie<br>95-728 Kaululena Street<br>Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Velez, Shanika & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $1,000.00; Billed: $56,739.00; Bal Due to PD: $55,739.00; Proj. Status: Permitting / MPU Delay; Contract Date: 10/01/2019 | Velez, Shanika<br>94-497 Holaniku Street<br>Mililani, HI  96789 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: KOKO MARINA CENTER PHASE 2 -INSTALL DATED 5/24/2019 | VOLTA CHARGING LLC<br>155 DE HARO STREET<br>SAN FRANCISCO, CA  94103 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDER AGREEMENT RE: HAUIKI GUARD HOUSE DATED 9/24/2018 | WATERS, CHAD<br>1050 BISHOP STREET<br>HONOLULU, HI  96813 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Petersen Dean Hawaii LLC | Case Number (if known) | 20-12814-mkn |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Wilson, Guy & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $1,000.00; Bal Due to PD: $39,677.47; Proj. Status: CAP NReq / In Progress; Contract Date: 05/14/2020 | Wilson, Guy<br>351 Kama Street<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Wong, Raleigh & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $37,119.56;  Billed: $43,493.60; Bal Due to PD: $6,374.04; Proj. Status: Install / Mat'l Delay; Contract Date: 02/04/2020 | Wong, Raleigh<br>7525 Nakalele Street<br>Honolulu, HI  96825 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Wood, Bob & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $1,000.00;  Billed: $8,284.24; Bal Due to PD: $14,568.48; Proj. Status: Pre-Permitting / Util Delay; Contract Date: 04/28/2020 | Wood, Bob<br>129 Hoolaau Street<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Yonahara, Bob & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $2,581.57;  Billed: $2,581.57; Bal Due to PD: $4,081.57; Proj. Status: Design / In Progress; Contract Date: 06/10/2020 | Yonahara, Bob<br>1877 Koae Place<br>Wailuku, HI  96793 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Yoshinaga, Gene & PD Hawaii; Trans Type: Cash; Payments Rec'd: $24,797.22;  Billed: $48,594.44; Bal Due to PD: $23,797.22; Proj. Status: Install / In Progress; Contract Date: 01/03/2020 | Yoshinaga, Gene<br>44-174 Nanamoana Street<br>Kaneohe, HI  96744 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Petersen Dean Hawaii LLC
         (Name)

Case Number (known) 20-12814-mkn

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Young, Anthony & PD Hawaii; Trans Type: Cash;  Payments Rec'd: $19,313.74;  Billed: $19,313.74; Bal Due to PD: $19,092.30; Proj. Status: Pre-Permitting / In Progress; Contract Date: 11/20/2019 | Young, Anthony 2204 Apaakuma Street Pearl City, HI  96782 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Const. Contract: Young, Anthony & PD Hawaii; Trans Type: Financed by Svc Fin Co;  Payments Rec'd: $389.28;  Billed: $3,776.96; Bal Due to PD: $7,164.64; Proj. Status: Permitting / In Progress; Contract Date: 10/22/2019 | Young, Anthony 2204 Apaakuma Street Pearl City, HI  96782 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2" style="background-color:black;color:white;"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>PetersenDean Hawaii LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Nevada</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12823-mkn</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                4/19

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  CALIFORNIA EQUIPMENT LEASING ASSOCIATION, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  FENCES4AMERICA, INC. | 2201 WALNUT AVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| <div align="center">**ADDITION**</div> | | | |
| 2.3  JAMES P. PETERSEN | 39300 CIVIC CENTER DRIVE SUITE 300 FREMONT, CA  94538 | BEACON ROOFING SUPPLY FKA ROOFING SUPPLY GROUP LLC | ☐ D<br>☑ E/F<br>☑ G |
| <div align="center">**ADDITION**</div> | | | |
| 2.4  JAMES P. PETERSEN | 39300 CIVIC CENTER DRIVE SUITE 300 FREMONT, CA  94538 | INDEPENDENT ELECTRIC SUPPLY, INC., INC. AND ONESOURCE DISTRIBUTORS, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.5  PACIFIC COAST ROOFING & CONSTRUCTION, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.6  PD SOLAR, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.7  PD SOLAR, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | TARGRAY TECHNOLOGY INTERNATIONAL, INC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.8  PETERSENDEAN BUILDER GROUP, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.9  PETERSEN-DEAN COMMERCIAL, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA  94538 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.10  PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC. | 7517 CURRENCY DRIVE ORLANDO, FL  32809 | ACF FINCO I LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    PetersenDean Hawaii LLC                                      Case number *(if known)*    20-12814-mkn
          (Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.11 | PETERSENDEAN TEXAS, INC. | 14713 JERSEY SHORE DRIVE HOUSTON, TX 77047 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |
| 2.12 | PETERSEN-DEAN, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA 94538 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |
| 2.13 | PETERSEN-DEAN, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA 94538 | TARGRAY TECHNOLOGY INTERNATIONAL, INC. | ☐ D ☑ E/F ☐ G |
| 2.14 | RED ROSE, INC. | 4530 NORTH WALNUT ROAD LAS VEGAS, NV 89081 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |
| 2.15 | ROOFS 4 AMERICA, INC. | 2201 WALNUT AVE, SUITE 300 FREMONT, CA 94538 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |
| 2.16 | SOLAR 4 AMERICA, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA 94538 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |
| 2.17 | SONOMA ROOFING SERVICES, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA 94538 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |
| 2.18 | TRI VALLEY SUPPLY, INC. | 39300 CIVIC CENTER DRIVE, SUITE 300 FREMONT, CA 94538 | ACF FINCO I LP | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | PetersenDean Hawaii LLC |
| United States Bankruptcy Court for the: | Nevada |
| Case number (if known) | 20-12823-mkn |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    04/19

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Delcaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/28/2020
      MM / DD / YYYY

✘ /s/ Stephen Nerheim
Signature of individual signing on behalf of debtor

Stephen Nerheim
Printed name

CFO
Position or relationship to debtor