BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for the Debtor*

Electronically Filed August 20, 2020

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>RED ROSE, INC.,<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors | Case No. BK-S-20-12814-mkn<br><br>Jointly Administered with<br>Case No. BK-S-20-12815-mkn<br>Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn<br>Case No. BK-S-20-12820-mkn<br>Case No. BK-S-20-12821-mkn<br>Case No. BK-S-20-12822-mkn<br>Case No. BK-S-20-12823-mkn<br>Case No. BK-S-20-12824-mkn<br>Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn<br>Case No. BK-S-20-12829-mkn<br>Case No. BK-S-20-12831-mkn<br>Case No. BK-S-20-12833-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER AUTHORIZING DEBTORS PURSUANT TO 11 U.S.C. §§ 361 AND 363 TO HONOR PRE-PETITION INSURANCE PREMIUM FINANCE AGREEMENT AND PROVIDE ADEQUATE PROTECTION PAYMENTS TO AFS/IBEX PURSUANT TO THE SAME**<br><br>Hearing Date:  August 19, 2020<br>Hearing Time:  10:30 a.m. |

1

Active\113439444

**PLEASE TAKE NOTICE** that on the 20th day of August 2020, the Court entered an *Order Authorizing Debtors Pursuant to 11 U.S.C. §§ 361 and 363 to Honor Pre-petition Insurance Premium Finance Agreement and Provide Adequate Protection Payments to AFS/IBEX Pursuant to the Same* [ECF No. 742], a copy of which is attached hereto.

Dated this 20th day of August 2020.

**FOX ROTHSCHILD LLP**

By:     */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
   *Counsel for Debtors*

Active\113439444

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 20, 2020

---

1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: (702) 262-6899
4  Facsimile: (702) 597-5503
   Email: baxelrod@foxrothschild.com
5  *Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-20-12814-mkn |
|---|---|
| RED ROSE, INC., | Jointly Administered with |
| ☐ Affects Beachhead Roofing and Supply, Inc. | Case No. BK-S-20-12815-mkn |
| ☐ Affects California Equipment Leasing Association, Inc. | Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn |
| ☐ Affects Fences 4 America, Inc. | Case No. BK-S-20-12819-mkn |
| ☐ Affects James Petersen Industries, Inc. | Case No. BK-S-20-12820-mkn |
| ☐ Affects PD Solar, Inc. | Case No. BK-S-20-12821-mkn |
| ☐ Affects Petersen Roofing and Solar LLC | Case No. BK-S-20-12822-mkn |
| ☐ Affects Petersen-Dean, Inc. | Case No. BK-S-20-12823-mkn |
| ☐ Affects PetersenDean Hawaii LLC | Case No. BK-S-20-12824-mkn |
| ☐ Affects PetersenDean Roofing and Solar Systems, Inc. | Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn |
| ☐ Affects PetersenDean Texas, Inc. | Case No. BK-S-20-12827-mkn |
| ☐ Affects Red Rose, Inc. | Case No. BK-S-20-12829-mkn |
| ☐ Affects Roofs 4 America, Inc. | Case No. BK-S-20-12831-mkn |
| ☐ Affects Solar 4 America, Inc. | Case No. BK-S-20-12833-mkn |
| ☐ Affects Sonoma Roofing Services, Inc. | |
| ☐ Affects TD Venture Fund, LLC | Chapter 11 |
| ☐ Affects Tri-Valley Supply, Inc. | |
| ☒ Affects All Debtors | **ORDER AUTHORIZING DEBTORS PURSUANT TO 11 U.S.C. §§ 361 AND 363 TO HONOR PRE-PETITION INSURANCE PREMIUM FINANCE AGREEMENT AND PROVIDE ADEQUATE PROTECTION PAYMENTS TO AFS/IBEX PURSUANT TO THE SAME** |
| | Hearing Date:    August 19, 2020<br>Hearing Time:    10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

1

This Court having reviewed and considered Debtors' motion for the entry of an order, pursuant to sections 361 and 363 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authority to honor their obligations under the Premium Finance Agreement and make adequate protection payments to AFS/IBEX in accordance with the Premium Finance Agreement; and upon consideration of the *Declaration of Jeffrey Perea*; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of Debtors, their creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED:**

1. The Motion is granted.

2. Debtors are authorized to honor their obligations under the Premium Finance Agreement, as set forth in greater detail in the Motion.

3. Debtors are authorized to make adequate protection payments to AFS/IBEX in the amounts of the Monthly Payments owed to AFS/IBEX under the Premium Finance Agreement and all such adequate protection payments made, and to be made, are approved.

4. To the extent any Insurance Policies or related agreements are deemed to be executory contracts within the meaning of section 365 of the Bankruptcy Code, neither this Order nor any payments made in accordance with this Order shall be constituted as the postpetition assumption of those Insurance Policies or related agreements under section 365 of the Bankruptcy Code.

5. Any stay pursuant to Bankruptcy Rule 6004(h) or otherwise is hereby waived, and this Order shall be effective immediately.

      6.      This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Prepared and Respectfully Submitted by:

**FOX ROTHSCHILD LLP**

By   */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*Counsel for Debtors*

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☒ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I has served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3