_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 23, 2020

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV  89101
Telephone:  (702) 385-5544
Facsimile:   (702) 385-2741

BROWN RUDNICK LLP
Max D. Schlan, Esq.
mschlan@brownrudnick.com
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4969
Facsimile:   (212) 938-2939

*Counsel for Official Committee of
Unsecured Creditors for Red Rose, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| In re:<br><br>RED ROSE, INC.<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors<br><br>Debtors. | Case No.: 20-12814-mkn<br><br>Jointly Administered with<br><br>Case No. BK-S-20-12815-mkn<br>Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn<br>Case No. BK-S-20-12820-mkn<br>Case No. BK-S-20-12821-mkn<br>Case No. BK-S-20-12822-mkn<br>Case No. BK-S-20-12823-mkn<br>Case No. BK-S-20-12824-mkn<br>Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn<br>Case No. BK-S-20-12829-mkn<br>Case No. BK-S-20-12831-mkn<br>Case No. BK-S-20-12833-mkn<br><br>Chapter 11<br><br>Hearing Date: October 7, 2020<br>Hearing Time: 9:30 a.m. |
|---|---|

**<u>ORDER APPROVING SECOND STIPULATION TO MODIFY BRIEFING DEADLINES</u>**

1

The Official Committee of Unsecured Creditors (the "**Committee**") of Red Rose, Inc. and the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), together with James P. Petersen and Tricia Yeh Petersen (jointly, the "**Petersens**") (collectively with the Committee, the "**Parties**"), by and through their undersigned counsel, having stipulated and agreed as provided for in that certain *Stipulation to Modify Briefing Deadline on Debtors' Motion* (the "**Motion**") *for Approval of Compromise, Pursuant to Fed. R. Bankr. P. 9019, between (A) Debtors and (B) James P. Petersen and Tricia Yeh Petersen* (the "**Stipulation**"); and the Court having considered the Stipulation and finds that the relief requested in the Stipulation is appropriate and sufficient cause exists to grant relief; and good cause appearing, it is hereby:

**ORDERED** that the Stipulation, attached hereto as **Exhibit A**, is approved; and it is further

**ORDERED** that the deadline for the Committee to file its opposition to the Motion shall be extended to September 25, 2020, and the deadline for the Debtors and the Petersens to file any reply thereto shall be October 2, 2020; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters relating to the entry of this Order.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

/s/ Samuel A. Schwartz
SAMUEL A. SCHWARTZ, ESQ.
601 East Bridger Avenue
Las Vegas, NV  89101

BROWN RUDNICK LLP
MAX D. SCHLAN, Esq.
Seven Times Square
New York, NY 10036

*Counsel for Official Committee of Unsecured Creditors for Red Rose, Inc., et al.*

###

# Exhibit A

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741

BROWN RUDNICK LLP
Max D. Schlan, Esq.
mschlan@brownrudnick.com
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4969
Facsimile: (212) 938-2939

*Counsel for Official Committee of
Unsecured Creditors for Red Rose, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>RED ROSE, INC.<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors<br><br>Debtors. | Case No.: 20-12814-mkn<br><br>Jointly Administered with<br><br>Case No. BK-S-20-12815-mkn<br>Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn<br>Case No. BK-S-20-12820-mkn<br>Case No. BK-S-20-12821-mkn<br>Case No. BK-S-20-12822-mkn<br>Case No. BK-S-20-12823-mkn<br>Case No. BK-S-20-12824-mkn<br>Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn<br>Case No. BK-S-20-12829-mkn<br>Case No. BK-S-20-12831-mkn<br>Case No. BK-S-20-12833-mkn<br><br>Chapter 11<br><br>Hearing Date: October 7, 2020<br>Hearing Time: 9:30 a.m. |

**STIPULATION TO MODIFY BRIEFING
DEADLINES ON DEBTORS' MOTION FOR APPROVAL OF
COMPROMISE, PURSUANT TO FED. R. BANKR. P. 9019, BETWEEN
(A) DEBTORS AND (B) JAMES P. PETERSEN AND TRICIA YEH PETERSEN**

The Official Committee of Unsecured Creditors (the "**Committee**") of Red Rose, Inc. and the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), together with James P. Petersen and Tricia Yeh Petersen (jointly, the "**Petersens**") (collectively with the

1

Committee, the "**Parties**"), by and through their undersigned counsel, hereby stipulate and agree (the "**Stipulation**") as follows:

### RECITALS

WHEREAS, on September 9, 2020, the Debtors filed the *Motion for Approval of Compromise, Pursuant to Fed. R. Bankr. P. 9019, between (A.) Debtors and (B) James P. Petersen and Tricia Yeh Petersen* (the "**Motion**") (Docket No. 900), which is currently scheduled for hearing on October 7, 2020, at 9:30 a.m.;

WHEREAS, pursuant to Local Rule 9014(c), the Committee has until September 23, 2020, to file its opposition to the Motion, and the Debtors and Petersens until September 30, 2020, to file any reply thereto;

WHEREAS, the Parties have conferred and agreed that the deadline for the Committee to file its opposition to the Motion shall be further extended to September 25, 2020, and the deadline for the Debtors and the Petersens to file any reply thereto shall be October 2, 2020.

### AGREEMENT

NOW, THEREFORE, in consideration of the foregoing, the Parties stipulate and agree as follows:

IT IS HEREBY STIPULATED that the deadline for the Committee to file its opposition to the Motion shall be extended to September 25, 2020, and the deadline for the Debtors and the Petersens to file any reply thereto shall be October 2, 2020.

**IT IS SO STIPULATED**.

[*SIGNATURE PAGE TO FOLLOW*]

DATED: September 22, 2020.

| Prepared and Submitted By: | Agreed and Accepted: |
|---|---|
| SCHWARTZ LAW, PLLC | FOX ROTHSCHILD LLP |
| By: /s/ Samuel A. Schwartz<br>SAMUEL A. SCHWARTZ, ESQ.<br>saschwartz@nvfirm.com<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: (702) 385-5544<br>Facsimile: (702) 385-2741 | By: /s/ Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>Email: baxelrod@foxrothschild.com |
| BROWN RUDNICK LLP<br>MAX D. SCHLAN, Esq.<br>mschlan@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4969<br>Facsimile: (212) 938-2939 | *Counsel for the Debtors*<br><br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>By: /s/ Ori Katz<br>ORI KATZ, ESQ.<br>Nevada Bar No. 209561<br>Four Embarcadero Center<br>Seventeenth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 774-3238<br>Facsimile: (415) 434-3947<br>Email: okatz@sheppardmullin.com |
| *Counsel for Official Committee of Unsecured Creditors for Red Rose, Inc., et al.* | *Counsel for James P. Petersen and Tricia Yeh Petersen* |