BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for Debtor*

Electronically Filed October 8, 2020

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>RED ROSE, INC.,<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors | Case No. BK-20-12814-mkn<br><br>Jointly Administered with<br>Case No. BK-S-20-12815-mkn<br>Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn<br>Case No. BK-S-20-12820-mkn<br>Case No. BK-S-20-12821-mkn<br>Case No. BK-S-20-12822-mkn<br>Case No. BK-S-20-12823-mkn<br>Case No. BK-S-20-12824-mkn<br>Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn<br>Case No. BK-S-20-12829-mkn<br>Case No. BK-S-20-12831-mkn<br>Case No. BK-S-20-12833-mkn<br><br>Chapter 11<br><br>**FOURTH STAFFING REPORT OF CONWAY MACKENZIE MANAGEMENT SERVICES, LLC FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

| | |
|---|---|
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention Order: | June 12, 2020, *nunc pro tunc* |
| Period for which Compensation and Reimbursement is sought: | September 1, 2020 to September 30, 2020 |
| Amount of Compensation sought as Actual, Reasonable and Necessary: | $72,460.00 |
| Amount of Expenses sought as Actual, Reasonable and Necessary: | $78.80 |
| Aggregate Amount of Compensation and Expenses sought: | $72,538.80 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

115036803.v1

**EXHIBIT LIST**

| Exhibit A | Professional Staffing Report |
|---|---|
| Exhibit B | Summary of Compensation Earned by Task Category |
| Exhibit C | Time Detail by Task by Professionals Billed at Hourly Rates |
| Exhibit D | Summary of Expenses Incurred |

This fourth staffing report (the "**Staffing Report**") for Conway MacKenzie Management Services, LLC ("**CMS**") for the period from September 1, 2020 to September 30, 2020 (the "**Reporting Period**") is filed pursuant to the *Order Amending the Authorization Order Authorizing Debtors to Retain and Employ Conway MacKenzie Management Services, LLC to Provide Chief Restructuring Officer Under 11 U.S.C. §§ 105(a) & 363(b) Effective as of June 11, 2020* Docket No. 851 (the "**Retention Order**").[1] The objection deadline for the Staffing Report is twenty-one (21) days after the date the Staffing Report is filed with the Court (the "**Objection Deadline**").

As set forth in the Staffing Report, CMS earned $72,460.00 in compensation and $78.80 in expenses, totaling $72,538.80 in aggregate pursuant to the terms of the Engagement Letter. CMS holds a prepetition retainer balance of $126,213.28.

WHEREFORE, pursuant to the Retention Order, CMS hereby submits its Staffing Report of compensation and expenses for the Reporting Period.

Dated: October 8, 2020

    /s/ Jeffrey C. Perea
Name: Jeffrey C. Perea
Title: Managing Director

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Order.

115036803.v1

# EXHIBIT A

## Professional Staffing Report

| Employee | Titles | Total Hours Billed | Hourly Rate | Amount Billed |
|---|---|---|---|---|
| A. Jeffrey Zappone | Chief Executive Officer | 1.8 | $835.00 | $1,503.00 |
| Michael Correra | Senior Managing Director | 3.6 | $860.00 | $3,096.00 |
| Erik Graber | Managing Director | 22.0 | $695.00 | $15,290.00 |
| Jeffrey Perea | Chief Restructuring Officer | 52.4 | $685.00 | $35,894.00 |
| Hayley Orcutt | Director | 8.6 | $495.00 | $4,257.00 |
| Michael Flynn | Director | 19.4 | $485.00 | $9,409.00 |
| Megan Donahue | Senior Associate | 6.2 | $455.00 | $2,821.00 |
| Tracy Dever | Office Manager | 1.0 | $190.00 | $190.00 |
| **Total** | | | | **$72,460.00** |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT B

## Summary of Compensation Earned by Task Category

| Task Code Summary | Total Hours Billed | Amount Billed |
|---|---:|---:|
| B110 - Case Administration | 18.8 | $11,951.00 |
| B210 - Business Operations | 55.4 | $38,004.00 |
| B275 - Corporate Finance | 10.9 | $6,626.50 |
| B410 - General Bankruptcy Advice | 7.5 | $5,107.50 |
| B501 - Cash Flow Analysis/Reporting | 10.6 | $5,087.00 |
| B625 - Monthly Operating Reports | 8.7 | $4,180.50 |
| B635 - SOFA / SOAL | 3.1 | $1,503.50 |
| **Total** | **115.0** | **$72,460.00** |

115036803.v1

# EXHIBIT C

**Time Detail by Task by Professionals Billed at Hourly Rates**

115036803.v1

# **EXHIBIT D**

## **Summary of Expenses Incurred**

| Expenses | Amount Billed |
|---|---:|
| Other: Telecommunications and Conference Call Service Charges | $78.80 |
| **Total** | **$78.80** |

7

115036803.v1