GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF Finco I LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>RED ROSE, INC.,<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors | CASE NO. BK-S-20-12814-MKN<br><br>Jointly Administered with<br>Case No. BK-S-20-12815-MKN<br>Case No. BK-S-20-12816-MKN<br>Case No. BK-S-20-12818-MKN<br>Case No. BK-S-20-12819-MKN<br>Case No. BK-S-20-12820-MKN<br>Case No. BK-S-20-12821-MKN<br>Case No. BK-S-20-12822-MKN<br>Case No. BK-S-20-12823-MKN<br>Case No. BK-S-20-12824-MKN<br>Case No. BK-S-20-12825-MKN<br>Case No. BK-S-20-12826-MKN<br>Case No. BK-S-20-12827-MKN<br>Case No. BK-S-20-12829-MKN<br>Case No. BK-S-20-12831-MKN<br>Case No. BK-S-20-12833-MKN<br><br>Chapter 11<br><br>Date:     December 22, 2020<br>Time:     9:30 a.m.<br>Location: 300 South Las Vegas Boulevard<br>               Courtroom 2<br>               Las Vegas, Nevada 89101 |

**ACF'S STATEMENT REGARDING MOTION FOR ORDER PURSUANT TO SECTIONS 105(A), 363, 365, 503 AND 507 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006, 9007, 9008 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING AND AUTHORIZING: (A) BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS ASSETS TO THE STALKING HORSE BIDDER; (B) FORM AND**

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4821-1819-1825, v. 1

1 of 2

**MANNER OF NOTICE OF SALE HEARING; (C) SALE OF SUBSTANTIALLY ALL OF THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT THE DIP FACTORING AND AS PROVIDED IN THE STALKING HORSE AGREEMENT; (D) PURCHASE AGREEMENT RELATING THERETO; (E) ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (F) RELATED RELIEF**

ACF Finco I, LP ("ACF"), by and through its counsel, the law firm of Garman Turner Gordon LLP, hereby submits this statement regarding the *Motion for Order Pursuant to Sections 105(a), 363, 365, 503 and 507 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, 9008 and 9014 of the Federal Rules of Bankruptcy Procedure Approving and Authorizing: (A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets to the Stalking Horse Bidder; (B) Form and Manner of Notice of Sale Hearing; (C) Sale of Substantially all of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except the DIP Factoring and as Provided in the Stalking Horse Agreement; (D) Purchase Agreement Relating Thereto; (E) Assumption and Assignment of Certain of the Debtors Executory Contracts and Unexpired Leases Related Thereto; and (F) Related Relief* [ECF No. 1172] ("Motion").

As stated in the Motion, ACF consents to the sale proposed in the Motion. ACF does not, however, consent to waive its secured liens in the assets subject to the sale in the Motion.

Dated this 21st day of December, 2020

GARMAN TURNER GORDON LLP

*/s/ Mark M. Weisenmiller*
GREGORY E. GARMAN
WILLIAM M. NOALL
MARK M. WEISENMILLER
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Counsel for ACF Finco I, LP*

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4821-1819-1825, v. 1

2 of 2