BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice Granted*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Attorneys for ACF FINCO I, LP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>RED ROSE, INC.,<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors | CASE NO. BK-S-20-12814-MKN<br><br>Jointly Administered with<br>Case No. BK-S-20-12815-MKN<br>Case No. BK-S-20-12816-MKN<br>Case No. BK-S-20-12818-MKN<br>Case No. BK-S-20-12819-MKN<br>Case No. BK-S-20-12820-MKN<br>Case No. BK-S-20-12821-MKN<br>Case No. BK-S-20-12822-MKN<br>Case No. BK-S-20-12823-MKN<br>Case No. BK-S-20-12824-MKN<br>Case No. BK-S-20-12825-MKN<br>Case No. BK-S-20-12826-MKN<br>Case No. BK-S-20-12827-MKN<br>Case No. BK-S-20-12829-MKN<br>Case No. BK-S-20-12831-MKN<br>Case No. BK-S-20-12833-MKN<br><br>Chapter 11<br><br>Date:     October 21, 2021<br>Time:     9:30 a.m.<br>Location: 300 South Las Vegas Boulevard<br>              Courtroom 2<br>              Las Vegas, Nevada 89101 |
|---|---|

## **STATUS REPORT FOR THE FIRST AVOIDANCE ACTIONS OMNIBUS HEARING**

ACF Finco I, LP, by and through its counsel, Bankruptcy Recovery Group, LLC, hereby respectfully files this status report pursuant to this Court's *Order Establishing Streamlined Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547*

*Through 550* (the "Procedures Order") [ECF No. 1992]¹ and reports as follows with respect to the Adversary Proceedings filed to date:

A. **ADVERSARY PROCEEDINGS IN THE MEDIATION PROCESS**

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 21-01084-mkn | ACF Finco I, LP v. Berridge Manufacturing Company | Mediation being scheduled in December 2021 |
| 21-01087-mkn | ACF Finco I, LP v. Emergency Roadside Assistance, Inc. | Mediation being scheduled in November 2021 |
| 21-01097-mkn | ACF Finco I, LP v. Penske Truck Leasing Co., L.P. and PTL, GP, LLC | Motion to Dismiss filed on 10/7/2021 [ECF No. 9]; Mediation to be scheduled in Nov/Dec 2021 |
| 21-01099-mkn | ACF Finco I, LP v. Victor Venegas Duran d/b/a V&S Material Stockers | Mediation being scheduled on November 11/18/2021, at 1:00 p.m. |
| 21-01100-mkn | ACF Finco I, LP v. Valley Gutter Supply, Inc. | Mediation being scheduled in Nov/Dec 2021 |
| 21-01158-mkn | ACF Finco I, LLP v. American Builders & Contractors Supply Co. d/b/a ABC Supply | Mediation scheduled on 11/19/2021, at 9:30 a.m. |

. . .

. . .

. . .

. . .

---

¹ All capitalized, undefined terms have the meaning set forth in the Procedures Order.

BANKRUPTCY RECOVERY GROUP, LLC
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
(702) 483-6126

B. **ADVERSARY PROCEEDINGS WHERE THE ANSWER IS DUE AFTER NOVEMBER 14, 2021**

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 21-01141-mkn | ACF Finco I, LP v. Natural Concepts Marketing Group Inc. d/b/a Ad Leverage | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01142-mkn | ACF Finco I, LP v. Almeda County | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01143-mkn | ACF Finco I, LP v. Arch Companies LLC d/b/a Arch Roofing | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01144-mkn | ACF Finco I, LP v. Chowchilla Elementary School District | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01145-mkn | ACF Finco I, LP v. Custom Built Holdings, LLC d/b/a Custom-Built Metals | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01146-mkn | ACF Finco I, LP v. JA Gutter and Soffit LLC | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01147-mkn | ACF Finco I, LP v. JR Metal Express, Inc. | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01148-mkn | ACF Finco I, LP v. OKTA Inc. | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01149-mkn | ACF Finco I, LP v. Nick Barbieri Trucking, LLC d/b/a Redwood Coast Fuels | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01150-mkn | ACF Finco I, LP v. Riedel Construction, Inc. | Answer due 11/15/2021; Mediation |

| Adversary Case No. | Case Name | Status |
|---|---|---|
|  |  | process starts on 11/30/2021 |
| 21-01151-mkn | ACF Finco I, LP v. Southern Counties Oil Co., d/b/a SC Fuels | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01152-mkn | ACF Finco I, LP v. Silfab Solar USA, Inc. | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01153-mkn | ACF Finco I, LP v. Sombrilla Roofing LLC | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01155-mkn | ACF Finco I, LP v. TPx Communications Co. | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01156-mkn | ACF Finco I, LP v. VAR Technology Finance North America, Inc. | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |
| 21-01157-mkn | ACF Finco I, LLP v. West Coast Equipment LLC | Answer due 11/15/2021; Mediation process starts on 11/30/2021 |

C.   **ADVERSARY PROCEEDINGS WHERE DEFAULT HAS BEEN ENTERED**

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 21-01085-mkn | ACF Finco I, LP v. Diamante Sheet Metal, LLC | Default Entered on 10/8/2021 [ECF No. 12] |
| 21-01086-mkn | ACF Finco I, LP v. EB Roofing LLC | Default Entered on 10/12/2021 [ECF No.10] |
| 21-01088-mkn | ACF Finco I, LP v. Eusebio Guevara d/b/a Guevara Roofing Services | Default Entered on 10/12/2021 [ECF No. 12] |
| 21-01089-mkn | ACF Finco I, LP v. Gibbor Construction, Inc. | Default Entered on 10/12/2021 [ECF No. 10] |

BANKRUPTCY RECOVERY GROUP, LLC
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
(702) 483-6126

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 21-01090-mkn | ACF Finco I, LP v. JC Custom Roofing, Inc. | Default Entered on 10/12/2021 [ECF No. 10] |
| 21-01091-mkn | ACF Finco I, LP v. JC Roofing, L.L.C. | Default Entered on 10/12/2021 [ECF No. 10] |
| 21-01092-mkn | ACF Finco I, LP v. JJ Best Roofing LLC | Default Entered on 10/12/2021 [ECF No. 10] |
| 21-01093-mkn | ACF Finco I, LP v. John E. Patison d/b/a JP Electrical Power & Controls | Default Entered on 10/__/2021 [ECF No.    ] |
| 21-01094-mkn | ACF Finco I, LP v. Juan E. Cruz d/b/a Juan Cruz Roofing | Default Entered on 10/12/2021 [ECF No. 12] |
| 21-01096-mkn | ACF Finco I, LP v. Primos Roofing and Construction Inc. | Default Entered on 10/12/2021 [ECF No. 10] |
| 21-01095-mkn | ACF Finco I, LP v. R&R Services Inc. | Default Entered on 10/12/2021 [ECF No. 10] |
| 21-01098-mkn | ACF Finco I, LP v. Lorenzo Almaguer d/b/a SOL Sheet Metal Roofing | Default Entered on 10/12/2021 [ECF No. 12] |

Dated this 14th day of October, 2021.

BANKRUPTCY RECOVERY GROUP, LLC

By: /s/ Talitha Gray Kozlowski
TALITHA GRAY KOZLOWSKI, ESQ.
GARRETT NYE, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Counsel for ACF FINCO I, LP*