DICKINSON WRIGHT PLLC
BRIAN R. IRVINE
Nevada Bar No. 7758
100 West Liberty Street
Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: birvine@dickinsonwright.com

*Attorneys for Alpha Supply, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>　　RED ROSE, INC.,<br><br>Affects Beachhead Roofing and Supply, Inc.<br>Affects California Equipment Leasing Association, Inc.<br>Affects Fences 4 America, Inc.<br>Affects James Petersen Industries, Inc.<br>Affects PD Solar, Inc.<br>Affects Petersen Roofing and Solar LLC<br>Affects Petersen-Dean, Inc.<br>Affects PetersenDean Hawaii LLC<br>Affects PetersenDean Roofing and Solar Systems, Inc.<br>Affects PetersenDean Texas, Inc.<br>Affects Red Rose, Inc.<br>Affects Roofs 4 America, Inc.<br>Affects Solar 4 America, Inc.<br>Affects Sonoma Roofing Services, Inc.<br>Affects TD Venture Fund, LLC<br>Affects Tri-Valley Supply, Inc.<br>Affects All Debtors | Case No.: BK-S-20-12814-mkn<br><br>Jointly Administered with<br>Case No. BK-S-20-12815-mkn<br>Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn<br>Case No. BK-S-20-12820-mkn<br>Case No. BK-S-20-12821-mkn<br>Case No. BK-S-20-12822-mkn<br>Case No. BK-S-20-12823-mkn<br>Case No. BK-S-20-12824-mkn<br>Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn<br>Case No. BK-S-20-12829-mkn<br>Case No. BK-S-20-12831-mkn<br>Case No. BK-S-20-12833-mkn<br><br>Chapter 11<br><br>**Hearing Date: December 28, 2022**<br>**Hearing Time:  9:30 a.m.**<br>**Location: Telephonic Hearing** |

### NOTICE OF HEARING ON APPLICATION OF ALPHA SUPPLY, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS AND FOR DETERMINATION OF PRIORITY FOR PAYMENT OF THOSE CLAIMS



**NOTICE IS HEREBY GIVEN** that:

1. The *Application of Alpha Supply, LLC for Allowance and Payment of Administrative Expense Claims and for Determination of Priority for Payment of Those Claims* ("Application"), was filed on November 23, 2022, by Alpha Supply, LLC's attorney of record Brian Irvine of the law firm of Dickinson Wright PLLC.

2. The hearing on the Application will be held before a United States Bankruptcy Judge at the time and place specified in the caption to this document. This hearing may be continued from time to time without further notice to you.

3. A copy of the Application may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting Alpha Supply, LLC's attorney, Brian R. Irvine, at either the phone number or email address listed above.

4. If you do not want the Court to grant the relief sought in the Application, then you must file an opposition with the Court, and serve a copy on the person making the Application **by no later than 14 days preceding the hearing date for the pending Application,** unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c). If you do not file an objection within the time permitted, an order granting the requested relief in the Application may be entered by the Court without further notice of hearing.

> If you object to the relief requested, you must file a **WRITTEN** response to the Application with the Court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The Court may refuse to allow you to speak at any scheduled hearing; and
> • The Court may rule against you without formally calling the matter at any hearing.

WHEREFORE, notice is further given that the hearing on the Application will be held before the Honorable United States Bankruptcy Judge Mike K. Nakagawa, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, NV 89101, in Courtroom 2, on the captioned date and time. Hearing participation will be by remote teleconference.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at:

https://www.nvb.uscourts.gov/calendars/court-calendars/.

Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED this 23rd day of November, 2022.

DICKINSON WRIGHT PLLC

/s/ Brian R. Irvine
BRIAN R. IRVINE
Nevada Bar No. 7758
JUSTIN J. BUSTOS
Nevada Bar No. 10320
ANJALI D. WEBSTER
Nevada Bar No. 12515
100 West Liberty Street
Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
Email: birvine@dickinsonwright.com
Email: jbustos@dickinsonwright.com
Email: awebster@dickinsonwright.com

*Attorneys for Alpha Supply, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Dickinson Wright PLLC and that on November 23, 2022, I caused to be served a true and correct copy of the within document in the following manner:

X (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

/s/ *Angela M. Shoults*
An Employee of Dickinson Wright PLLC

4