_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 29, 2022

Michael F. Lynch
Nevada Bar No. 8555
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, NV 89169
702.684.6000
michael@lynchlawpractice.com

*Attorney for SolarJuice American, Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-20-12814-mkn |
| RED ROSE, INC., | Jointly Administered with |
| ☐ Affects Beachhead Roofing and Supply, Inc. | Case No. BK-S-20-12815-mkn |
| ☐ Affects California Equipment Leasing | Case No. BK-S-20-12816-mkn |
|   Association, Inc. | Case No. BK-S-20-12818-mkn |
| ☐ Affects Fences 4 America, Inc. | Case No. BK-S-20-12819-mkn |
| ☐ Affects James Petersen Industries, Inc. | Case No. BK-S-20-12820-mkn |
| ☐ Affects PD Solar, Inc. | Case No. BK-S-20-12821-mkn |
| ☐ Affects Petersen Roofing and Solar LLC | Case No. BK-S-20-12822-mkn |
| ☐ Affects Petersen-Dean, Inc. | Case No. BK-S-20-12823-mkn |
| ☐ Affects PetersenDean Hawaii LLC | Case No. BK-S-20-12824-mkn |
| ☐ Affects PetersenDean Roofing and Solar | Case No. BK-S-20-12825-mkn |
|   Systems, Inc. | Case No. BK-S-20-12826-mkn |
| ☐ Affects PetersenDean Texas, Inc. | Case No. BK-S-20-12827-mkn |
| ☐ Affects Red Rose, Inc. | Case No. BK-S-20-12829-mkn |
| ☐ Affects Roofs 4 America, Inc. | Case No. BK-S-20-12831-mkn |
| ☐ Affects Solar 4 America, Inc. | Case No. BK-S-20-12833-mkn |
| ☐ Affects Sonoma Roofing Services, Inc. | |
| ☐ Affects TD Venture Fund, LLC | Chapter 11 |
| ☐ Affects Tri-Valley Supply, Inc. | |
| ☒ Affects All Debtors | |

**ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE, PURSUANT TO FED. R. BANKR. P. 9019, BETWEEN (A) SOLARJUICE, (B) DEBTORS , (C) LENNAR HOMES, LLC, AND LENNAR HOMES OF CALIFORNIA, LLC and (D) LSQ FUNDING GROUP L.C. AND LS DE, LLC**

1    The Court, having read and considered SolarJuice American, Inc.'s ("SolarJuice")

2    *unopposed* motion (the "Motion") for entry of an order, pursuant to Bankruptcy Rule

3    9019(a),[1] approving the settlement agreement (the "Settlement Agreement") between (A)

4    SolarJuice, (B) Debtors,[2] (C) Lennar Homes, LLC, and Lennar Homes of California, LLC, as

5    successor to Lennar Homes of California, Inc. (collectively, "Lennar"), and (D) LSQ Funding

6    Group L.C. and LS DE, LLC (collectively "LSQ", and together with SolarJuice, Debtors, and

7    Lennar, the "Parties") (ECF No. 2488); and upon consideration of the Declarations of Randy

8    Conone and Michael Lynch in support thereof (ECF Nos. 2490, 2491), and SolarJuice having

9    appeared by and through their counsel, Lynch Law Practice, PLLC, and all other appearances

10    having been noted on the record; the Court having stated its findings of fact and conclusions of

11    law on the record at the hearing on the Motion, which findings of fact and conclusions of law

12    are incorporated herein by this reference in accordance with Federal Rule of Civil Procedure

13    52, as made applicable by Bankruptcy Rule 9014; and it appearing that the relief requested is

14    warranted on the grounds, among others, that the Settlement Agreement: (a) was negotiated in

15    good faith and is fair and equitable, (b) contemplates an immediate resolution of the disputes

16    between the Parties; (c) avoids litigation which could prove to be protracted and expensive;

17    and (d) is in the best interests of Debtors, their estates and creditors because it resolves the

18

19

20    [1] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code"
appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the

21    Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall refer to the
Local Rules of Bankruptcy Practice of the U.S. Bankruptcy Court for the District of Nevada.

22

23    [2] All references to "Debtor" herein shall be to (i) Petersen-Dean, Inc., (ii) Beachhead Roofing
& Supply, Inc., (iii) California Equipment Leasing Association, Inc., (iv) Fences 4 America,

24    Inc., (v) James Petersen Industries, Inc., (vi) PD Solar, Inc., (vii) Petersen Roofing and Solar

25    LLC, (viii) PetersenDean Hawaii LLC, (ix) PetersenDean Roofing and Solar Systems, Inc., (x)
PetersenDean Texas, Inc., (xi) Red Rose, Inc., (xii) Roofs 4 America, Inc., (xiii) Solar 4

26    America, Inc., (xiv) Sonoma Roofing Services, Inc., (xv) TD Venture Fund, LLC, and (xvi)

27    Tri-Valley Supply, Inc., debtors and debtors in possession, collectively.

28

1  disputes between the Parties; after due deliberation and sufficient cause appearing therefor, it

2  is hereby:

3       **ORDERED** that the Motion is GRANTED; and

4       **IT IS FURTHER ORDERED** that:

5       1. The Settlement Agreement is approved;

6       2. This Order is immediately effective, and the Parties are authorized and directed to

7  take all actions contemplated by the Settlement Agreement; and

8       3. This Court shall, and hereby does, retain jurisdiction with respect to all matters

9  arising from or related to the implementation and interpretation of this Order.

10

11  Prepared and respectfully submitted by:

12  **LYNCH LAW PRACTICE, PLLC**

13  /s/ Michael F. Lynch
   Nevada Bar No. 8555
14  3613 S. Eastern Ave.
   Las Vegas, NV 89169
15  702.684.6000
   702.543.3279 (fax)
16  *Attorney for SolarJuice American Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

1    **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

2    In accordance with Local Rule 9021, counsel submitting this document certifies as

3    follows:

4    ☒ The Court has waived the requirement of approval in LR 9021(b)(1).

5    ☐ No party appeared at the hearing or filed an objection to the motion

6    ☐ I have delivered a copy of this proposed order to all counsel who appeared at the

7    hearing, any unrepresented parties who appeared at the hearing, and each has approved or

8    disapproved the order, or failed to respond, as indicated below:

9

10    ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this

11    order with the motion pursuant to LR 9014(g), and that no party has objected to the form or

12    content of the order.

13    # # #

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4