LOUIS M. BUBALA III, NV 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 700
Reno, NV 89501
Ph: 775-852-3900
Fx: 775-327-2011
lbubala@kcnvlaw.com

*Attorney for Creditor Joseph Dean*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RED ROSE, INC.,<br><br>☒ Affects All Debtors<br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc. | CASE NO.: 20-12814-mkn<br><br>Jointly Administered with<br>Case No. BK-S-20-12815-mkn<br>Case No. BK-S-20-12816-mkn<br>Case No. BK-S-20-12818-mkn<br>Case No. BK-S-20-12819-mkn<br>Case No. BK-S-20-12820-mkn<br>Case No. BK-S-20-12821-mkn<br>Case No. BK-S-20-12822-mkn<br>Case No. BK-S-20-12823-mkn<br>Case No. BK-S-20-12824-mkn<br>Case No. BK-S-20-12825-mkn<br>Case No. BK-S-20-12826-mkn<br>Case No. BK-S-20-12827-mkn<br>Case No. BK-S-20-12828-mkn<br>Case No. BK-S-20-12829-mkn<br>Case No. BK-S-20-12831-mkn<br>Case No. BK-S-20-12833-mkn<br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>**Hearing Date: December 7, 2022**<br>**Hearing Time: 9:30 a.m.** |

Louis M. Bubala III of Kaempfer Crowell moved to withdraw as counsel for Creditor Joseph Dean (Dkt. 2503, amd'd 2510). No responsive papers have been filed. Counsel and Mr. Dean have reached a resolution, and counsel withdraws the motion.

Dated this 1st of December, 2022     Kaempfer Crowell

/s/Louis M Bubala III

Active\112408020