Jason A. Imes Esq., NV Bar No. 7030
FOX, IMES & CROSBY, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Telephone:    (702) 382-1007
Facsimile:    (702) 382-1921
E-Mail:    JImes@FICLegal.com
*Attorneys for Troy S. Fox, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RED ROSE, INC.,<br>                                Debtor.<br><br>☐ Affects Beachhead Roofing and Supply, Inc.<br>☐ Affects California Equipment Leasing Association, Inc.<br>☐ Affects Fences 4 America, Inc.<br>☐ Affects James Petersen Industries, Inc.<br>☐ Affects PD Solar, Inc.<br>☐ Affects Petersen Roofing and Solar LLC<br>☐ Affects Petersen-Dean, Inc.<br>☐ Affects PetersenDean Hawaii LLC<br>☐ Affects PetersenDean Roofing and Solar Systems, Inc.<br>☐ Affects PetersenDean Texas, Inc.<br>☐ Affects Red Rose, Inc.<br>☐ Affects Roofs 4 America, Inc.<br>☐ Affects Solar 4 America, Inc.<br>☐ Affects Sonoma Roofing Services, Inc.<br>☐ Affects TD Venture Fund, LLC<br>☐ Affects Tri-Valley Supply, Inc.<br>☒ Affects All Debtors | Case No. BK-S-20-12814-MKN **(Lead Case)**<br><br>**Substantively Consolidated with:**<br>Case No. BK-S-20-12815-MKN<br>Case No. BK-S-20-12816-MKN<br>Case No. BK-S-20-12818-MKN<br>Case No. BK-S-20-12819-MKN<br>Case No. BK-S-20-12820-MKN<br>Case No. BK-S-20-12821-MKN<br>Case No. BK-S-20-12822-MKN<br>Case No. BK-S-20-12823-MKN<br>Case No. BK-S-20-12824-MKN<br>Case No. BK-S-20-12825-MKN<br>Case No. BK-S-20-12826-MKN<br>Case No. BK-S-20-12827-MKN<br>Case No. BK-S-20-12829-MKN<br>Case No. BK-S-20-12831-MKN<br>Case No. BK-S-20-12833-MKN<br><br>Chapter 7<br><br>**NOTICE OF HEARING FOR MOTION TO APPROVE SALE OF REMNANT ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES AND RELATED RELIEF (11 U.S.C. §§ 105 and 363)**<br><br>Hearing Date:    March 11, 2026<br>Hearing Time:    2:30 p.m.<br><br>Location:    TELEPHONIC HEARING<br>Phone number:    (833) 435-1820<br>Meeting ID:    161 062 2560<br>Participant ID:    None<br>Meeting Passcode:  029066# |

**NOTICE IS HEREBY GIVEN** that a *Motion to Approve Sale of Remnant Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and Related Relief (11 U.S.C. §§ 105 and 363)* (the "Motion") was filed June 5, 2025, on behalf of Chapter 7 Trustee TROY S. FOX ("Trustee") by his counsel, Fox, Imes & Crosby, LLC.

**SUMMARY OF RELIEF REQUESTED:** Trustee Fox requests that the Court approve his proposed sale of remnant assets of the bankruptcy estate to OAK POINT PARTNERS, LLC, for the sum of Seven Thousand Five Hundred Dollars **($7,500.00), or such higher qualified bid as he may receive prior to approval of the proposed sale,** free and clear of any liens, claims, interests, and encumbrances, pursuant to 11 U.S.C. §§ 105 and 363. The terms of the proposed sale, description of the remnant assets, and bidding procedures are set forth in the Motion and in the *Asset Purchase Agreement* attached to the Motion as **Exhibit "1"** (the "Purchase Agreement").

To maximize the net benefit to the estate, parties interested in overbidding may offer qualifying overbids, subject to the other terms, prior to approval of the proposed sale. Parties interested in qualifying to overbid should refer to the bidding procedures set forth in the Motion.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion may be continued from time to time without further notice to you. **You do not need to attend the hearing for the Motion unless you wish to oppose it**.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, hearings (except when testimony is taken in person) are currently being held telephonically absent further order of the Court. The hearing on this matter will be held **March 11, 2026, at 2:30 p.m. Pacific Time**. Parties are permitted to appear telephonically by dialing (833) 435-1820, and entering meeting ID 161 062 2560, and entering meeting code/passcode 029066#. If you intend to participate, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/ and select the hearing judge, and click the "calendar date" to view the judge's dial-in number and access codes.

/ / /

/ / /

**NOTICE IS FURTHER GIVEN** that a copy of the Motion and related materials may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) Trustee's counsel's office at either (702) 382-1007 or by email at info@FICLegal.com.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy to Debtor's counsel no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
> • The court may *rule against you* without formally calling the matter at the hearing.

DATED: January 28, 2026.

*/s/ Jason A. Imes*
Jason A. Imes, Esq.